# TABLE OF EXHIBITS
*(Pursuant to L.R. 5.1(e))*

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1 | Autel US's order form with EULA signature page, signed January 25, 2016 | 69 |
| Exhibit 2 | Mitchell 1's 2016 order form and EULA | 72 |
| Exhibit 3 | Order form and Order Terms and Conditions signed by Autel US in 2020 | 77 |
| Exhibit 4 | Mitchell 1's 2020 "Order Terms and Conditions" | 80 |
| Exhibit 5 | Screen shot of Snap-on device software's EULA notice | 84 |
| Exhibit 6 | Snap-on's Software License Agreement (Snap-on EULA) | 86 |