# EXHIBIT 5

EXHIBIT 5
PAGE 84



EXHIBIT 5
PAGE 85