| | |
|---|---|
| 1 | KENNETH A. KUWAYTI (CA SBN 145384)<br>BERKELEY FIFE (CA SBN 325293) |
| 2 | MORRISON & FOERSTER LLP<br>755 Page Mill Road |
| 3 | Palo Alto, California  94304-1018<br>Telephone: 650.813.5600 |
| 4 | |
| 5 | JOHN R. LANHAM (CA SBN 289382)<br>JANET S. KIM (CA SBN 313815) |
| 6 | MORRISON & FOERSTER LLP<br>12531 High Bluff Drive |
| 7 | San Diego, California  92130-2040<br>Telephone: 858.720.5100 |
| 8 | Attorneys for Plaintiffs |
| 9 | MITCHELL REPAIR INFORMATION<br>COMPANY, LLC AND SNAP-ON<br>INCORPORATED |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability corporation, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**PLAINTIFF MITCHELL REPAIR INFORMATION COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Plaintiff Mitchell Repair Information Company, LLC ("Mitchell 1"), through its counsel of record, submits the following statement pursuant to Federal Rule of Civil Procedure 7.1 and CivLR 40.2:

The publicly-traded corporation Snap-on Incorporated owns more than 10% of Mitchell 1.

The publicly-traded company Genuine Parts Company owns more than 10% of Mitchell 1.

Dated: July 27, 2021

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Kenneth A. Kuwayti
KENNETH A. KUWAYTI
KKuwayti@mofo.com

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED