1   KENNETH A. KUWAYTI (CA SBN 145384)
    BERKELEY FIFE (CA SBN 325293)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California  94304-1018
    Telephone: 650.813.5600
4
    JOHN R. LANHAM (CA SBN 289382)
5   JANET S. KIM (CA SBN 313815)
    MORRISON & FOERSTER LLP
6   12531 High Bluff Drive
    San Diego, California  92130-2040
7   Telephone: 858.720.5100

8   Attorneys for Plaintiffs
    MITCHELL REPAIR INFORMATION
9   COMPANY, LLC and SNAP-ON
    INCORPORATED
10

11              **UNITED STATES DISTRICT COURT**

12              **SOUTHERN DISTRICT OF CALIFORNIA**

13

14   MITCHELL REPAIR                      Case No. 3:21-cv-01339-CAB-BGS
     INFORMATION COMPANY, LLC,
15   a Delaware limited liability         **PLAINTIFF SNAP-ON,**
     corporation, and SNAP-ON             **INCORPORATED'S**
16   INCORPORATED, a Delaware             **CORPORATE DISCLOSURE**
     corporation,                         **STATEMENT AND NOTICE OF**
17                                        **PARTY WITH FINANCIAL**
                  Plaintiffs,             **INTEREST**
18
            v.
19
     AUTEL. US INC., a New York
20   corporation, and AUTEL
     INTELLIGENT TECHNOLOGY
21   CORP., LTD., a Chinese corporation,

22               Defendants.

23

24

25

26

27

28

1    Plaintiff Snap-on Incorporated ("Snap-on"), through its counsel of record,

2    submits the following statement pursuant to Federal Rule of Civil Procedure 7.1

3    and CivLR 40.2:

4    Snap-on is a publicly-traded corporation.  As of Snap-on's most recent

5    Schedule 14A filing with the Securities and Exchange Commission, the investment

6    firm The Vanguard Group, Inc. was the beneficial owner of more than 10% of

7    Snap-on's stock.

8

9     Dated: July 27, 2021                    Respectfully submitted,

10                                            MORRISON & FOERSTER LLP

11

12                                    By: */s/ Kenneth A. Kuwayti*

13                                         KENNETH A. KUWAYTI
                                           KKuwayti@mofo.com

14

15                                         Attorneys for Plaintiffs
                                           MITCHELL REPAIR INFORMATION
16                                         COMPANY, LLC and SNAP-ON
                                           INCORPORATED

17

18

19

20

21

22

23

24

25

26

27

28

SNAP-ON'S CORP. DISCLOSURE STMNT.
CASE NO. 3:21-cv-01339-CAB-BGS

sf-4532917