| | |
|---|---|
| 1 | KENNETH A. KUWAYTI (CA SBN 145384) |
| | KKuwayti@mofo.com |
| 2 | BERKELEY G. FIFE (CA SBN 325293) |
| | BFife@mofo.com |
| 3 | Morrison & Foerster LLP |
| | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 5 | |
| | JOHN R. LANHAM (CA SBN 289382) |
| 6 | JLanham@mofo.com |
| | JANET S. KIM (CA SBN 313815) |
| 7 | JKim@mofo.com |
| | Morrison & Foerster LLP |
| 8 | 12531 High Bluff Drive |
| | San Diego, California 92130-2040 |
| 9 | Telephone: 858.720.5100 |
| 10 | Attorneys for Plaintiffs |
| 11 | MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 16 | MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation, | Case No.   3:21-cv-01339-CAB-BGS |
| | | **DECLARATION OF JEFF GRIER IN SUPPORT OF *EX PARTE* MOTION FOR (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION** |
| | Plaintiffs, | |
| | v. | |
| | AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation, | Judge: Hon. Cathy Ann Bencivengo Courtroom: 15A |
| | | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
| | Defendants. | |
| | | **Jury Trial Demanded** |

**REDACTED VERSION OF DOCUMENT LODGED UNDER SEAL**

I, Jeff Grier, declare:

1. I am Senior Director of Product Development at Mitchell Repair Information Company, LLC ("Mitchell 1").

2. I submit this declaration in support of Mitchell 1 and Snap-on Incorporated's ("Snap-on") application for a temporary restraining order and motion for a preliminary injunction. I have personal knowledge of the matters set forth below. If called as a witness, I could and would competently testify as follows.

**Personal Background**

3. I have been working in the software industry since I graduated from the Department of Defense Computer Science School in 1980.

4. My over 40 years of experience in this industry had included roles at telecommunications companies, insurance companies, and various companies in the automotive space.

5. I began working at Snap-on in 2002, when I was hired as Director of Product Engineering. In this role, I was responsible for all technical and management aspects of the development of software and platforms for different product lines, including for several Vehicle Information and Diagnostic product lines.

6. Since 2010, I have been the Senior Director of Product Management at Mitchell 1. In this role, I typically oversee roughly 50 individuals. Among other things, my team is responsible for creating and maintaining the data services and security services supporting and protecting Snap-on and Mitchell 1's products.

7. In particular, my team has developed expansive security code and database server code that govern the ability of Snap-on's diagnostic devices and Mitchell 1's ProDemand and TruckSeries services to access diagnostic and repair data and services relevant to the end user.

**Data services used by Snap-on diagnostic devices**

8. Snap-on devices provide automotive technicians with vehicle diagnostic and repair information curated for a particular vehicle and particular problem(s) the technician is handling. The devices' ability to access and present this tailored information is dependent on the device (1) satisfying multiple authentication and authorization challenges and (2) making a properly structured query to our data services and web services. My team built, and continues to maintain, the proprietary security and data services code governing this process.

9. In order for a Snap-on device to make an information request to a Snap-on / Mitchell 1 data server, the device must be validated by unique security code 

10. 

11. This security code, which also underlies the authentication and authorization process for the ProDemand and TruckSeries products discussed

below, was developed in-house by my team. It includes over 30,000 lines of code written by Mitchell 1 software developers. This code took roughly three years to create, even though we had 2-3 developers working on it mostly full time.

12. Assuming a Snap-on device is adequately authenticated and authorized after the security code runs, the device can then make a query for information that is stored on a Snap-on / Mitchell 1 server. My team has created various requirements for how this query must be made (e.g., specific order required for string). If these requirements are not satisfied exactly, the query will fail.

13. If the Snap-on device makes a properly structured query, and that query is authorized, it will access the software my team developed that manages Snap-on / Mitchell 1's databases and returns to the device information from those databases.

14. This unique data services code, which easily comprises tens of thousands of lines of code, or more, has evolved over time. It was developed in-house and we continue to fine-tune the code even now. The first iteration of this code supporting Snap-on diagnostic device requests was released in 2013. We undertook a major modification of the code in 2016 to 2017, to support additional features and to fundamentally alter the approach by which we navigate the code. In total, I estimate that the creation of this code has been the result of 8-10 person years of work by my software team.

15. Creating this code was a massive project, and it is one that continues to this day. Our databases contain [REDACTED] which have been extracted from our billions of repair records. The labor and creativity required to find a way to efficiently manage this data so that it can be efficiently searched and returned to the end user was, and continues to be, substantial. Because Snap-on and Mitchell 1's products are customer-facing, the ability to almost instantaneously deliver the proper data set is critical. These efficiency requirements, along with the enormous

amount of data that must be characterized, grouped, and stored in an organized fashion, required my team to make a number of difficult design choices, evaluate trade-offs, and test different ideas via trial and error.

16.     To further complicate matters, our database changes substantially over time, and, by extension, so does its needs. For example, as Snap-on devices advance and offer more and more features, our database receives new types of data which require new data services to support them. The addition of significant new features was part of the motivation for us substantially revamping our data services software in 2016-2017. At that time, over the course of about eighteen months, my team evaluated our current software and considered how to respond to significant new additions to the database. We made many changes to the code corresponding to new functionality and to improve our capabilities for more efficiently and accurately returning data. For example, we created ███████████████████████████████████████████████████████████████ We also ████████████████████████████████████████████████████ We had a number of different approaches that we could have taken, and in fact we did use a different approach to searching when we first created the code in 2013.

17.     Importantly, our data services code cannot be accessed by a Snap-on device (or otherwise) unless all of the requirements I discussed above are met. If a user fails to satisfy the authentication and authorization security requirements or makes a faulty query, they will not be able to invoke our data services software.

**Data services used by Mitchell 1's ProDemand and TruckSeries products**

18.     Mitchell 1's ProDemand and TruckSeries products are web-based interfaces that provide repair and diagnostic information for automobiles and medium / heavy trucks, respectively. Users who purchase subscriptions to these

services can use them to request various types of information, similar to a user with a Snap-on diagnostic device.

19.  While there is some overlap, the information available on ProDemand and TruckSeries is not co-extensive with the information available via a diagnostic device.  There are certain categories of proprietary diagnostic information that are accessible to users of the handheld device that are not available on ProDemand, and there is a large set of OEM repair information that is available on ProDemand that is not accessible to users of the handheld device unless they pay for a separate subscription to ProDemand.

20.  The information provided by ProDemand and TruckSeries is located in ████████████████████████████████████████████████████████████████████████████████████████████████████████████████

21.  I have already discussed the development process for the security code that underlies the authentication and authorization process for the ProDemand and TruckSeries products in paragraph 11 above.  To access the information available on ProDemand or TruckSeries, a user typically must have an active subscription along with a username and password tied to the account. ████████████████████████████████████████████████████████████████████████████████████████████████ This is the information that is used for the authentication, as opposed ████████████████████████ with the handheld diagnostic tools.  The ProDemand and TruckSeries security code is more complex and has a different workflow, as these services are web-based instead of device-based, and have to handle different modes of access.

22.  For the authorization portion of the security process, both ProDemand and TruckSeries use ████████████████████████████████████████████████████████

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23. Data requests deriving from ProDemand and TruckSeries are also subject to the same structured query requirements that I explained above for Snap-on diagnostic device data requests. The data services software used for managing and retrieving data from the database is essentially the same as I described above in the context of Snap-on diagnostic devices. The major difference is that the data being accessed may be different, because, as described above, while there is some overlap, ProDemand and TruckSeries offer different information than is provided by diagnostic devices.

24. Finally, just like with Snap-on diagnostic devices, this data services code cannot be accessed by ProDemand or TruckSeries unless all of the security requirements I discussed above are met. If a user fails to satisfy the authentication and authorization security requirements or makes a faulty query, they will not be able to invoke our data services software.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in San Diego, California, on this 27 day of July 2021.

JEFF GRIER