KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
BERKELEY FIFE (CA SBN 325293)
BFife@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
JANET S. KIM (CA SBN 313815)
JKim@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone: 858.720.5100

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**DECLARATION OF DANIEL ROFFMAN IN SUPPORT OF PLAINTIFFS MITCHELL REPAIR INFORMATION COMPANY, LLC'S AND SNAP-ON INCORPORATED'S *EX PARTE* MOTION FOR: (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 15A<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>**Jury Trial Demanded** |

**REDACTED VERSION OF
DOCUMENT LODGED UNDER SEAL**

I, Daniel Roffman, declare as follows:

1.     I am a Vice President in the Forensic Services Practice at Charles River Associates, Inc. ("CRA"). I have over 20 years of digital forensics and information security consulting experience, helping clients protect their most valuable information, and investigating allegations of cyber incidents. My primary job duties involve leading digital forensic investigations and providing expert advice or testimony for clients.

2.     In my previous employments, I was a Senior Managing Director at FTI Consulting in their digital forensics practice for the last 15 years. I also previously worked in the High Technology Investigations Unit of the Criminal Division of the US Department of Justice. At the DOJ, I assisted in investigations and developed software that was used to track IP addresses and websites that the DOJ investigators analyzed. I have extensive testimony experience and have served as a court-appointed neutral expert in matters involving deletion, alteration, and recovery of emails. I am a recognized thought leader in the industry; a frequently requested speaker at conferences; an author of numerous articles and whitepapers on digital forensics, cybersecurity, and trade secret theft; and an innovator in developing unique technical solutions for our clients.

3.     I hold a bachelor's degree in Information Systems from the University of Maryland, as well as the EnCase Certified Examiner certification for complex computer investigations and analysis. I have been recognized seven times by Who's Who Legal, an organization that identifies the foremost legal practitioners and consulting experts based upon comprehensive, independent research. My curriculum vitae, attached as **Appendix A**, further describes my professional credentials, including publications, prior expert reports, and testimony.

## Background

4.     CRA was retained by Morrison & Foerster LLP ("MoFo") on behalf of their clients, Snap-on Inc. ("Snap-on"), and Mitchell Repair Information Company,

LLC ("Mitchell 1") in connection with an investigation into excessive access to Snap-on and Mitchell 1 data. I have led CRA's investigation since the inception of the matter. CRA is being compensated on an hourly basis at rates ranging between $446.25 and $705.50 an hour for our time and our compensation is not tied to the outcome of the investigation.

5.     I understand that Snap-on and Mitchell 1 observed unusually high traffic to their data servers beginning in November 2020, which they implemented measures to stop. Then, in May 2021, they observed other unusual activity with their Mitchell 1 data. CRA was retained following their observation of the unusual activity in May 2021 to investigate this activity. To conduct my analysis, I examined IIS and API logs and account opening documents related to three different Snap-on products and services – (1) diagnostic devices, (2) ProDemand, and (3) TruckSeries. Each is described more fully below.

### Diagnostic Devices

6.     Snap-on develops and sells diagnostic devices that are used by automotive technicians to diagnose the cause of problems with automobiles. The flagship diagnostic device that Snap-on develops is named ZEUS™.  ZEUS is a handheld diagnostic computer running Windows 10 that uses proprietary hardware and runs Snap-on's intelligent diagnostic software. The ZEUS connects to both the automobile's computers and the Snap-on and Mitchell 1 data service (via the internet) to provide information that can be used to diagnose and repair automobile issues. The MSRP for a ZEUS device is $9,995.00, not inclusive of subscription access to Snap-on proprietary diagnostic features, which costs an additional $1,099 per year. (Declaration of Bradley Lewis In Support of *Ex Parte* Motion For: (1) Temporary Restraining Order and (2) Order To Show Cause Regarding Preliminary Injunction ("Lewis Decl.") ¶ 29.)

7.    I understand that, among other things, the ZEUS device provides an automotive technician with access to the following diagnostic and repair information that Snap-on and Mitchell 1 consider to be proprietary:

- Top Repairs: based on the data obtained and analyzed from Snap-on and Mitchell 1's billions of repair records, this feature shows the most common repairs performed for a vehicle with particular trouble codes, at particular mileages

- Real Fixes: millions of recommendations for the most common vehicle repairs for the specific vehicle trouble code, including millions of narrative descriptions created by Snap-on's industry experts

- Troubleshooter tips: tips and suggestions for repairs created by Snap-on's industry experts that are associated with specific trouble codes or problems

- Smart Data: this feature allows technicians to view vehicle Parameter IDs ("PIDs") that are relevant to the specific diagnostic trouble code being displayed by the vehicle, and indicates whether or not specific relevant PIDs are within the acceptable or "known good range" for that particular parameter. I understand that the selection of which PIDs to display and the determination of the "known good range" is determined by Snap-on's industry experts based upon their analysis of the database of repair records and hundreds of billions of PID data values

- Functional tests: this feature displays the functional tests (interactions with vehicle components or systems) that are most relevant to a particular trouble code, again as determined by Snap-on's experts based upon the analysis of the database of repair records

- Guided Component tests: this feature displays the guided component tests that are most relevant to a particular trouble code.  Similar to the Functional tests, I understand that the selection of which tests to display is

sf-4537331

1   determined by Snap-on's experts based on their analysis of the repair

2   records database.

3       8.      Snap-on has developed the ZEUS to be used by technicians in

4   automobile repair shops. As such, security is controlled on a device-by-device basis

5   and not on a username basis – since only those in the repair shop that purchased the

6   ZEUS will have physical access to the device to use it. In addition, the device will

7   only return data when it has been connected to a vehicle (or to a vehicle simulator,

8   which I understand are not commercially sold to emulate numerous cars or with a

9   comprehensive ability to test every trouble code) and will only return the data

10  applicable to the diagnostic trouble code. For example, if the device is connected to

11  a 2017 Toyota Camry 3.5L displaying a trouble code of P0101, the device will only

12  display the diagnostic and repair information that is relevant to trouble code P0101

13  on a 2017 Toyota Camry 3.5L. I understand that the identification of the relevant

14  diagnostic and repair information for particular trouble codes is itself proprietary to

15  Snap-on and Mitchell 1.

16      9.      For example, for the illustration of the 2017 Toyota Camry 3.5L

17  displaying the hypothetical trouble code of P0101, discussed immediately above,

18  the Top Repairs feature will display only the most common repairs performed for

19  2017 Toyota Camry 3.5Ls with trouble code P0101 (or for similar vehicles that

20  Snap-on has determined have the same relevant components), and how the

21  frequency of those repairs differs based on the mileage of the vehicle.  The

22  frequency of these repairs at each mileage level is determined by Snap-on based on

23  its review and analysis of all of the relevant data, as contained in the extensive

24  database of repairs that has been collected over time.

25      10.     I understand that another of the proprietary features of ZEUS and

26  Snap-on's intelligent diagnostic software described above is the ability to read

27  vehicle PIDs relevant to the car's fault code and present the automotive technician

28  with real-time validation of whether the readings are within the minimum and

maximum values for the "known good range" for specific parameters. As a more practical example, a ZEUS can be connected to a 2017 Toyota Camry 3.5L, read the trouble code P0101, which relates to a "Mass Air Flow Circuit Range / Performance Problem" and then intelligently display color coded sensor readings related to this specific problem in order to show the technician real-time indicators of the sensors that are causing the fault code. I understand that competitors of Snap-on develop tools that present sensor readings, but the identification of relevant sensors for the particular trouble codes and the minimum and maximum values of the "known good range" that Snap-on uses is something proprietary to Snap-on that was developed over many years. To enable this functionality, the ZEUS interacts with Snap-on and Mitchell 1's data service to lookup the automobile manufacturer, automobile model, engine system and problem code. The data service returns the minimum and maximum tolerance levels for relevant sensors to ZEUS, which does not display these values to the automotive technician but instead color codes them if the sensor reading falls outside of the tolerance range. Thus, even technicians and repair shops who have paid for a ZEUS device and a data subscription, and used it on numerous cars, would never see the values of the acceptable ranges for the PIDs. I understand that ZEUS devices are only sold in North America, the UK and Australia by authorized franchisees. Access to the intelligent diagnostics software requires an applicable software agreement and up-to-date software. That software agreement states

> **PERMITTED USES** YOU MAY: (i) install the Software on a single automotive diagnostic computer, the diagnostics tool for which it was intended, provided you keep the original solely for backup or archival purposes; (ii) transfer the Software and License to another party if the other party agrees to accept the terms and conditions of this Agreement, you retain no copies of the Software, and you transfer all of the Software to such other party. (Complaint Exhibit 6 at 87)

5

sf-4537331

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

**PROHIBITED USES** YOU MAY NOT: (i) copy the Software into any machine readable or printed form for backup or archival purposes; (ii) modify, merge, translate, decompile, reverse engineer, disassemble, decode, or otherwise alter or attempt to derive the source code of the Software; (iii) use the Software on more than one computer at the same time; (iv) separate the Software's component parts for use on more than one computer; the diagnostics tool for which it was intended (v) transfer, assign, rent, lease, sell, or otherwise dispose of the Software on temporary or permanent basis except as expressly provided herein; (vi) use the Software in any outsourcing, timesharing or service bureau arrangement; and/or (vii) provide, disclose, divulge or make available to, or permit use of the Software by any third party without Snap-on's prior written consent. You will not remove any proprietary notices from the Software and will include such notices on any authorized copies of the Software. (Complaint Exhibit 6 at 87)

The ZEUS software must be updated every six (6) months, ███████████ ████████████████████████████████████████ ██████████. I understand that to update the software the user must click through the end-user license agreement ("EULA"), or obtain an upgrade of the EULA directly from a Snap-on franchisee. In addition, upon starting the diagnostic and repair software on a ZEUS device, a splash screen is shown to the user telling them that the usage is governed by the terms of the EULA and displaying a link to the EULA.

11. In order to protect their data and prevent those that have not paid for the ZEUS or a software subscription or update, Snap-on has developed a security system ███████████████████████████████████ ███████████████████████████████████████ ████████████████████████████████ ███████████████████████████████████████

sf-4537331

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS



## ProDemand

12.     ProDemand is an online solution for technicians that combines comprehensive OEM repair information for the different systems of the vehicle, estimating and maintenance information, along with exclusive real-world knowledge in a single location. ProDemand does not include PID data parameters, functional test data or the functional elements of guided component test data, which require a live vehicle connection through a Snap-on diagnostic device.  ProDemand does, however, include proprietary data in its Top 10 Repairs, Real Fixes, and Troubleshooting features discussed above.

13.     ProDemand is licensed on a concurrent usage basis. For example, you could purchase an account with five "seats" to ProDemand, which would allow five computers to use your credentials to access the ProDemand website at the same time. ProDemand is hosted on the web and makes use of HTTPS encryption to transfer data to users. The website is protected via usernames and passwords, which are obtained after signing up for the service and providing contact and business information.

1   ██████████████████████████████████████████████ Upon signing up,

2   the new account holder is provided with a EULA. Snap-on has an anti-piracy team

3   that actively looks for instances where organizations are sharing their credentials,

4   against the EULA.

5                                    **TruckSeries**

6          14.    TruckSeries is an online solution for technicians that repair medium

7   and heavy-duty trucks.  TruckSeries uses a similar web-based interface to

8   ProDemand.  TruckSeries allows technicians to search for curated diagnostic and

9   repair information as well as interactive wiring diagrams, step-by-step test

10  guidance, advanced driver-assistance systems ("ADAS") information, high-

11  resolution photos of components and locations, and torque specifications.

12  TruckSeries, like ProDemand, does not include PID data parameters, functional test

13  data or guided component test data that is exclusive to Snap-on diagnostic units.

14         15.    I understand that TruckSeries has the same type of security features as

15  ProDemand. To gain access, one must register for a separate TruckSeries account,

16  obtain a username and password, obtain a EULA, and access the website over an

17  encrypted connection.  Further, as is the case with both ProDemand and ZEUS,

18  TruckSeries utilizes ████████████████████████████████████████

19  ████████████████

20        **Snap-on's Efforts to Stop the Apparent Misappropriation of their Data**

21         16.    I understand that in mid-November 2020, Snap-on and Mitchell 1

22  observed a spike in activity appearing to originate from ZEUS devices. They

23  observed an unusually high level of activity on its network associated with various

24  IP addresses.[1] One internal email from Andrew Des Lauriers, Mitchell 1's IT

25  Operations Manager, refers to the fact that on November 13, 2020, "performance

26  _____

27  [1] IP stands for "Internet Protocol."  An IP address is a unique address assigned to a
    device to communicate over a network or the internet. An IP address can be split to
    multiple users via a router. A common example of this may be that your home
28  internet is shared using a router among all of your household devices.

impacting spikes" were noticed on the servers, and that "multiple IP addresses" were looking up data at a rate that appeared to be automated, based on the number of lookups taking place in a one hour period.  (Lewis Decl. Ex, 8.)  The companies were concerned that the high volume of traffic was the result of someone trying to scrape their database. Scraping is a programmatic process to download information in bulk from a website or web service.

17.   The companies' initial response was to blacklist the IP addresses generating this activity and block the traffic that was coming from them.  The email above refers to blocking "approximately 40 IP addresses of the heavy offenders." (*Id.*)  I understand that the blocking worked for those IP addresses, but traffic continued to come from other addresses.  A November 13 email from Randy Bislew, Mitchell 1's Senior Manager of Information Technology, states that "[f]or the last few days the data services have been under attack" and reports activity on Wednesday, November 11 of 1.6 million requests, 2.2 million requests on Thursday, November 12, and 1.8 million requests on Friday, November 13 before the IP addresses were disabled.  (Lewis Decl. Ex. 9.)   A November 2020 email from Mr. Calenzo reports that over 200,000 requests for proprietary repair and diagnostic information that were made just between the hours of 2-3 a.m. on November 12, 2020, and over 600,000 requests that were made between the hours of 2-3 a.m. on November 13, 2020.  (Lewis Decl. Ex. 10.)

18.   In late November 2020, during the week before Thanksgiving, the dramatic spikes in traffic continued. The first "IIS Logs" that the company still has in its possession date from November 21, 2020.[2] As described in more detail below, my review of those logs shows that during the four-day period from November 21

_____

[2] IIS stands for "Internet Information Services," a web server developed by Microsoft for use with Windows Server. IIS logs provide information that includes dates, times, and queries that have been made on the web server, along with the IP addresses and user information.

1  to November 25, 2020, more than 5 million anomalous requests were made for

2  repair and diagnostic information.

3    19.    Much of the traffic that Snap-on and Mitchell 1 observed was coming

4  from predominantly China-based IP addresses and virtual private network ("VPN")

5  addresses originating from locations in the US and other foreign countries. VPNs

6  are a common method of making one's IP address appear to come from a different

7  geographic region.

8    20.    I understand that during this time period, legitimate customers were

9  calling Snap-on to let them know that their ZEUS devices were not working. I

10  understand that this occurred because the Snap-on intelligent diagnostic software

11  automatically disabled legitimate customers' access to the Mitchell 1servers when ███

12  ████████████████████████████████████████████████████████

13  ████████████████████████████

14    21.    In addition, I understand from Bradley Lewis, Snap-on's Vice-

15  President of Repair Systems & Information, that Snap-on and Mitchell 1 disabled

16  access to all of the devices ████████████████████████████

17  ████████    over the Thanksgiving weekend to prevent the high volume, anomalous

18  activity that was occurring.  They continued to disable access to such devices at

19  various times during the subsequent weeks.

20    22.    Snap-on and Mitchell 1 were unable to identify the source of the

21  unusually high traffic at the time. Therefore, Snap-on and Mitchell 1 took

22  additional steps to protect and obscure their sensitive data. After initially blocking

23  the suspicious IP addresses, I understand that on ████████████████████

24  ████████████████████████████████████████████

25  ████████████████████████████████████████████████

26  ████████████████████████████████████████████████

27  ████████████████████████.  When a request was made from an IP address that Snap-

28  on associated with the high-volume activity, the Mitchell 1 data service sent data

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

1    for the wrong vehicle. For example, if a request was made for information about

2    components from a 2019 Honda Pilot 3.5L, the Mitchell 1 data service might have

3    responded by providing the same information but for a 2013 Toyota Highlander

4    2.7L to protect Snap-on's proprietary data.

5         23.    I understand that Snap-on and Mitchell 1 have implemented additional

6    security features as a result of this incident and improved reporting across their

7    services. ███████████████████████████████████████████████████

8    ████████████████████████    I was retained by Morrison & Foerster after they

9    observed other activity in May 2021.

10                                **My Investigation**

11        24.    Below is a high-level summary of my findings, which are then

12   discussed in detail in the following sections.

13        25.    I should note, however, that my findings are limited to the data that I

14   have been able to review to date.  In particular, while the companies reported

15   receiving millions of anomalous requests for proprietary repair and diagnostic

16   information purportedly attributable to their ZEUS devices beginning as early as

17   November 11, 2020, as described above, the earliest date for which the company

18   still has IIS logs is November 21, 2020.  I also understand that IIS logs for some

19   data prior to December 21, 2020, are no longer available. By December 21, 2020,

20   much of the activity had been reduced by Snap-on's efforts, though Autel appears

21   to continue to access Snap-on's data services to present day. In addition, because of

22   the relatively compressed period associated with preparing a declaration in support

23   of a motion for a temporary restraining order and preliminary injunction, I have not

24   had time to review the data as extensively as I will when writing my expert report

25   for trial.  I may add to, and revise, my opinions further as I have further time to

26   parse the existing data and receive additional data going forward.

27

28

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

26.     As a result, the findings below, particularly with regards to device diagnostic data, should be viewed as a partial snapshot of the anomalous activity that the company experienced.

*Findings Related to Device Diagnostic Data*

a. I observed that on November 9, 2020, and then again on November 14, 2020,  hundreds of diagnostic devices attempted to connect to the Mitchell 1 data service ███████████████ ████████████████████████████████████ ██████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ███████████████████████████████████████ ██████████ at least some of these device serial numbers were used on IP addresses associated with Autel, a competitor to Snap-on and Mitchell 1. This mass effort ███████████████ ██████████████████████████████████ was likely not the beginning of Autel's efforts to obtain Snap-on and Mitchell 1's data. The process of reverse engineering the Snap-on and Mitchell 1 security mechanisms to spoof[3] this many devices would have taken time to develop.

b. The available logs show a pattern of programmatic access to data that is typically only accessible to a diagnostic device user when that diagnostic device is connected to an automobile. The pattern of activity I observed is more consistent with an effort to scrape data (e.g., take the companies' data in bulk) than

---

[3] Spoofing is a technical term that means to emulate a device. Per Wikipedia, a spoofing attack, which this appears to be, is defined as: "In the context of information security, and especially network security, a spoofing attack is a situation in which a person or program successfully identifies as another by falsifying data, to gain an illegitimate advantage."

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

1    legitimate use by an automotive technician. From the day the

2    logs began on November 21, 2020, until the day before

3    Thanksgiving, November 25, 2020, I observed more than 5

4    million anomalous data requests for a variety of categories of

5    proprietary data that originated from multiple IP addresses.

6    Snap-on and Mitchell 1 took efforts to shut this activity down by

7    disabling access to their data services over the Thanksgiving

8    weekend ████████████████████████████████████

9    ████████████████████████████████████████████

10    ████████████████████████████ during the

11    succeeding weeks.

12    c.  Then, in January 2021, the logs show a spike in activity related

13    to PID data, a highly proprietary data source that Snap-on

14    provides to automotive technicians to diagnose problems on

15    automobiles. For three days in January, numerous Chinese IP

16    addresses and VPNs requested high volumes of this data. ██

17    ████████████████████████████████████████████

18    ████████████████████████████████████████████

19    ████████████████████████████████████████████

20    ████████████████████████████████████ This

21    suggests that the activity emanating from China was focused on

22    obtaining this proprietary data in a way that Snap-on's software

23    was not designed to do.

24    d.  Efforts to access Snap-on and Mitchell 1 data continued after

25    that time, though in smaller quantities. I have established many

26    links between Autel and the anomalous activity. For example,

27    eight different ZEUS device serial numbers connected to the

28    companies' Authentication API between December 29, 2020,

and July 3, 2021 from Autel's static US IP address, geolocated to its facility in New York. I have found that seven of these devices also used 86 total IP addresses to obtain data from the Snap-on and Mitchell 1 data service, including IP addresses from China that are associated with the scraping activity described previously. I have also observed identical data requests for the same car and problem code being made within one minute of each other from Autel's US IP address and an IP address in China.

e. The actions taken by Autel circumvented the security features that Snap-on and Mitchell 1 implemented in order to access proprietary data belonging to Snap-on and Mitchell 1, including confidential PID "known good ranges" that was not otherwise made public, even at an individual level to those who purchased a ZEUS device. Their efforts allowed them to gain access to far more data than any legitimate user ever would have requested or obtained.

f. Autel's actions continue to present day. I have observed activity by Autel as recently as July 15, 2021.[4]

g. To summarize the diagnostic data requested by Autel, I have prepared the chart below:

---

[4] Unless noted elsewhere, all references to actions occurring on a particular day, as I observed them in Snap-on and Mitchell 1's logs, are in UTC, otherwise known as coordinated universal time. I understand that Autel is located in New York, which is five hours behind UTC, except during daylight savings when it is four hours behind UTC.



*Findings Regarding ProDemand & TruckSeries*

h. While I understand that Autel has not registered a diagnostic device or paid a monthly subscription for a diagnostic device to Snap-on, I understand that Autel does have a ProDemand account with Mitchell 1 for which it has paid a monthly subscription fee. I examined the pattern of Autel's activity on ProDemand and determined that they are using the service in a manner that I understand is not typical of an automotive

---

[5] This type of data request returns data for all requests, even if the response is just that no data exists. This explains why there are no requests for data that doesn't exist and a higher count of requests that returned data.

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

technician repairing a car and that I understand is in violation of
their license. Instead Autel appeared to have been systematically
procuring data relating to different vehicle features, particularly
relating to ADAS. ███████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████ This also suggests that Autel is in possession of the
ProDemand data. Autel's requests for ADAS data were so
extensive that during the time period I analyzed, Autel requested
the second most ADAS data of any ProDemand customer—
including nationwide accounts for automobile chains who have
many automotive technicians diagnosing and repairing cars.

i.  I understand that Autel never purchased a license to TruckSeries
and does not have a TruckSeries account. However, my review
of the web server logs shows that Autel's static IP address
accessed a TruckSeries account belonging to Tom Machine
Equipment Repair. I observed similar patterns to Autel's
conduct in ProDemand in the Tom Machine Equipment Repair
TruckSeries account ███████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████. Again, the activity appeared to be directed
to systematically obtaining data relating to the different features
of the trucks.

j.  I limited my review of the Autel Pro Demand account and the
TruckSeries account to October 1, 2020—at around the time the

anomalous diagnostic device data activity was observed—until July 15, 2021, when I understand that Snap-on and Mitchell 1 terminated the Autel ProDemand account and the Tom Machine Equipment Repair TruckSeries account. My analysis of the 1Pixel records showed that since October 1, 2020, the Autel ProDemand account has performed a total of 9,657 search and print actions, comprised of 7,702 search actions (4,082 targeting ADAS features) and 1,955 print actions. I also observed 810 search actions, 739 print actions, and 71 ADAS transactions logged on the Tom Machine Equipment Repair TruckSeries account, all of which occurred from IP addresses used in common between Tom Machine Equipment Repair and Autel. Autel's actions continue to present day. I have observed usage of Autel's ProDemand account as recently as July 15, 2021, and usage of Tom Machine Equipment Repair's TruckSeries account on July 14, 2021. Autel's recent actions suggest that their pattern of activity had not stopped before the accounts were terminated and appeared to have escalated over the last two weeks. Across the Autel and Tom Machine Equipment Repair accounts, I observed 785 print actions since July 1, 2021, including six that occurred on the Autel ProDemand account on July 14, 2021, using an IP address that I geolocated to China.

**Data That I Analyzed**

27.    My analysis thus far has focused on Internet Information Services ("IIS") logs for Snap-on's Data API from November 21, 2020, through July 18, 2021, which provide detailed information for the Mitchell 1 data API requests associated with the Diagnostic Devices. IIS logs contain details associated with the timestamp, IP address, request status, and request parameters for data requests to

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

1    the Mitchell 1 data service. At the time of the incident in mid-November 2020,

2    Snap-on only kept IIS logs for a short period of time.  This is fairly typical, in my

3    experience, as IIS logs contain a huge volume of data. Starting on November 21,

4    2020, they began retaining their IIS logs. ███████████████████████

5    ████████████████████████████████████████████████████████████

6    ███████████████. Further, certain days of IIS logs for the period before

7    December 21, 2020, have not been located. What follows is a description of what I

8    can observe happened between November 21, 2020, and present. It is only a partial

9    picture of all of Autel's actions prior to December 21, 2020.

10        28.    The data logged by the Data API IIS server contained over 2.7 billion

11   records. Given the volume, my team and I used custom built scripts to parse the log

12   files and load them to a SQL Server database where I conducted my analysis. I

13   enriched this data by adding geo-location and internet service provider information.

14   I utilized an IP-API.com pro subscription to obtain this information. This service

15   performs WHOIS lookups for provided IP addresses. I also participated in

16   numerous meetings with Snap-on representatives, during which I reviewed account

17   opening documents, observed their software in action, and got confirmation on the

18   expected uses of their software versus the findings from my investigations. I have

19   also reviewed the declaration of Bradley Lewis that is being filed in support of the

20   motion for a temporary restraining order and preliminary injunction.

21        29.    I observed that many of the IP addresses requesting high volumes of

22   data originated out of China (where ZEUS devices are not sold). To isolate

23   anomalous activity, I also asked Snap-on for a list of IP addresses associated with

24   their employees and contractors, some of whom are in China, and removed their

25   activity from the set that I was analyzing.

26

27

28



**Diagnostic Device Spoofing & Data Scraping**

*November 9-14, 2020*

30.     Snap-on diagnostic devices connect to the Mitchell 1 data service over the internet. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ I observed that between November 9, 2020, and November 14, 2020, hundreds of diagnostic devices attempted to connect to the Mitchell 1 data service ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

31.     ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

32.     As will be described later, my analysis of Data API IIS logs from Mitchell 1 identified anomalous data requests that I attributed to Autel, a competitor of Snap-on and Mitchell 1 in the diagnostic device space. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

1

2 ████████████████ 276 devices were associated with the high-volume anomalous

3 data requests that I attributed to Autel.

4      33.    I have met with Snap-on and Mitchell 1 representatives and have

5 observed the device authorization and data request process. I ███████████████

6 ████████████████████████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████████████

8 ██████████████; Based on this, I conclude that the effort to spoof devices that

9 occurred in November, 2020, was likely not the first attempt to gain access to the

10 Mitchell 1 data service as it would have taken time to understand how the security

11 worked and developed a system to bypass it in a programmatic fashion.

12 *November 21-25, 2020*

13      34.    Starting from the first day where data access logs exist, I observed

14 millions of anomalous requests[6] for data across a number of data categories.

15 Between November 21, 2020, and November 25, 2020, I observed at least

16 5,388,055 anomalous data requests to the Snap-on and Mitchell 1 data service.

17 These data requests do not follow the normal pattern of activity one would expect

18 of an automotive technician using these device diagnostic tools or performing a

19 repair. I understand from speaking to Snap-on and Mitchell 1 representatives that

20 these high volume, anomalous requests did not start on November 21, 2020, as is

21 reflected in the documents that I have described above from this earlier time period,

22 but that this was the first date that logs exist for me to analyze. The type of high-

23 volume activity, coming from multiple IP addresses that is described in those

24 ─────────────────────────

25 [6] I isolated the anomalous requests in the course of my investigation by identifying patterns of data that were associated with the unusual activity that I observed. The anomalous data set included: requests from diagnostic device

26 █████████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████████████a

ch no data existed and associated IP addresses using the

28 same VPN services, and Autel's static IP address.

20

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

earlier documents is consistent with the activity that I have observed from the November 21 and November 25, 2020, time period.

35. In my analysis of the data between November 21 and November 25, 2020, I observed various categories of data that were requested in high volumes. For example, the IP address 104.160.43.105 ███████████████████████████

██████████████████████████████████████████████████

36. Top Repair data is a category of information that Snap-on makes available to their customers on their diagnostic devices. This data can only be obtained through the diagnostic device when it is connected to an automobile. This feature works by sending the Mitchell 1 data service information about the particular car currently connected to the diagnostic device and either the problem code or component that is malfunctioning. The data service sends the ZEUS device the most common Top Repairs (e.g. replacing or repairing/cleaning that malfunctioning device) and the common mileages at which this repair is carried out. The ZEUS device takes this information and puts it into a color-coded graph for the technician showing the mileage where that repair was most frequently performed, at mileage intervals of 25,000 miles. Below is an example of the Top Repair data for a 2016 Chevy Tahoe (4WD) with a 5.3L V8 engine with trouble code P0300 as seen on the intelligent diagnostic software on a ZEUS device.



Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

A screenshot of the data returned by this API is below for a single repair – a spark plug replacement. The example shows that for this trouble code, 13 replacements were performed at 25,000 miles, 60 replacements were performed at 50,000 miles, 169 replacements were performed at 75,000 miles, 202 replacements were performed at 100,000 miles, 188 replacements were performed at 125,000 miles, 87 replacements were performed at 150,000 miles, 51 replacements were performed at 175,000 miles, and 32 replacements were performed at 200,000 miles:

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS



37.   The raw data above is an example of the data that Autel received from the Top Repair data requests that they made. My analysis has shown that, for the period for which the company still has IIS logs,

38.   Of the 284,046 Top Repair data requests made by the example IP address referenced above (104.160.43.105) between November 21 and November 25, 2020,

39.

I have observed how the ZEUS devices make Top Repair Data requests – since the devices are designed to service automobiles, they look up just the trouble codes or components that are malfunctioning.

---

[7] The IP address used was from a VPN, a common service used when masking activity from one country to make it appear that it came from another country.

[8] Throughout this declaration, I represented the number of re

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331



1  It
2  is also unlikely that this volume of requests would be generated from a U.S.-based
3  repair shop, at an hour of the day when automotive technicians would likely be
4  sleeping.
5
6
7
8
9
10
11
12      41.   Another category of data that was requested was Component data.
13
14
15
16
17
18          Similar to Top Repair data, Component data is provided to a
19  diagnostic device only when the diagnostic device is connected to an automobile.
20  An example of the Component data that the Mitchell 1 data service would provide
21  for a particular trouble code is below, showing that the three most likely
22  components that are causing trouble for this particular example are the ignition coil,
23  spark plugs, or engine fuel system:
24
25
26
27
28



42. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

43.     A third category of data that was requested in high volume was Real Fix data.  Real Fix data is comprised of two types of requests, Real Fix summaries and Real Fixes. A typical diagnostic device would request summary information about a problem code for a particular car that is malfunctioning, along with the detailed Real Fix for the top item in that same summary list. ▮▮▮▮▮▮▮▮▮

 To see this list of summary information, one would need to click on the Real Fixes button on the diagnostic device to review the summary of the other Real Fixes, then click on each of the Real Fixes individually for more detail. Here is example of the data sent from the data service to the diagnostic device for a Real Fix summary.



Below is a screenshot of the detailed Real Fix data that is requested once a user clicks on a particular Real Fix.

sf-4537331

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS



46.

This would further corroborate my finding that these anomalous requests were associated with programmatic scraping, and not legitimate use from a diagnostic device.

47.    I understand that Snap-on took actions to limit access to their data service which resulted in a dramatic decrease in activity. This included shutting down their data service over the Thanksgiving weekend



48.   Further, I do not have complete Data API IIS logs until December 21, 2020. From the logs that I did have, I found approximately 17,798 anomalous requests between November 26, 2020, and January 14, 2021. However, I understand from Snap-on and Mitchell 1 that they continued to see high volumes of anomalous activity during at least three windows during this period for which logging was not available to me.

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

1   ████████████████████████████████████████████████████

2   █████████████████████████████

52.     This is a further indication that the anomalous activity reflected in the

logs that I have been able to review represents only a fraction of the number of

requests for diagnostic and repair data that were actually made.

*January 15-18, 2021 - PID Data*

53.     The next spike in activity that I observed was a three-day period of

high-volume PID data requests. ███████████████████████████████

████████████████████████████████████████████

██████████████     The values are not displayed to the user, but color-coded to

reflect whether a sensor reading is within or outside of the range. Below is a

simulated response for a request for PID data from a 2016 Chevrolet Tahoe (4WD)

with a 5.3L+V8+(L83) engine reporting a P0300 trouble code. ██████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

---

[9] Logging of device serial numbers in data requests was not available until
November 25, 2020. Thus, I did not include a description of this in the activity from
November 1, 2020, to November 25, 2020.

sf-4537331



54.     Below is what an actual user of a ZEUS device would see when the ZEUS is connected to a 2016 Chevrolet Tahoe (4WD) with a 5.3L+V8+(L83) engine with the trouble code P0300.

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

1
2
3
4
5
6
7
8
9
10



11

12   55.   My review of the IIS Data API logs shows that between January 15
13   and January 18, 2021, there were 245,302 requests for 118 vehicles by 76 different
14   ZEUS device serial numbers. ███████████████████████████████████
15   ██████████████████████████████████████████████████████████
16   ██████████████████████████████████████████████████████████
17   ██████████████████████████████████████████████████████████
18   █████████████████████████

19   56.   My analysis showed that the volume of data being requested was
20   significant given the timeframe of the requests. In one instance, I found that IP
21   address 116.162.1.38, an IP registered to China Unicom in the Hunan Province,
22   requested 73,715 PID data requests. I understand that a PID data request typically
23   occurs when a ZEUS device is physically connected to a car, ████████████████
24   ██████████████████████████████████████████████████████████
25   ██████████████████████████████████████ These more
26   than 73,000 requests occurred between January 16, 2021, at 10:40 AM UTC time
27   and January 16, 2021, at 11:27 AM UTC time, requesting data for 63 unique
28

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

vehicle configurations.[10] Put simply, there is no physical way to connect the ZEUS
to this many vehicles and go through the process of requesting these parameters in
the normal course of using a ZEUS device, in less than one hour.

57.     It is also unlikely that any technician would need to look up this many
different PID values, as the lookups are performed based on a trouble code reported
by a car. From my review of the software with Snap-on representatives, I
understand that if a car has two fault codes causing a check engine light, the
technician can click on one fault code within the intelligent diagnostic software,

I understand that cars only have one to a few fault codes
for a specific issue, so these requests are inconsistent with normal usage of the
device diagnostic software.

58.

59.

_____

[10] I counted these configurations by year, make, model and engine type.

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

1

2

3

60.     I also considered the pattern of usage compared to how a diagnostic device should be used. I understand from my discussions with Snap-on representatives that a typical technician would connect the ZEUS device to a car, lookup the information needed to complete their repair, and then move to the next car in their shop. One might expect a variety of models of cars and model years in any given day. In this example, the 63 different cars that had data requested for them were all Audis. Moreover, the requested data was for only five models of Audis (A6, A3, A4, Q5, and Q3) repeated with different engine configurations year over year for roughly a ten-year span. The pattern of data access suggests an effort to obtain data about specific cars rather than a repair shop seeing a variety of different types of cars in need of repair.

61.     I also observed that 58 different diagnostic device serial numbers were used from this same IP address on this same day to make PID data requests. Putting aside the cost of having 58 devices (more than half a million dollars), it is unlikely that any legitimate repair shop in China would have more than a few of these devices, which are not even sold in China, let alone 58 of them on the same internet connection.

62.     To confirm this point, I analyzed other data samples and verified the same point. For example, on January 15, 2021, at 16:12:02 UTC, the IP 116.162.0.172, which is registered to China Unicom in Hunan China, requested 10 PID parameters from 10 different serials numbers for a 2015 Audi A4. For this to have occurred in the normal and intended course of using ZEUS devices, it would have required at least 10 different ZEUS devices connected to 2015 Audi A4s where all pressed the same sequence of buttons to request PID data at precisely the

sf-4537331

34

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

1  same time for 10 unique problem code values.[11] Moving ahead in the data just one

2  second later and there were 11 data requests, including from the same ZEUS serial

3  numbers. This activity can only be explained by a programmatic effort to access

4  this information (e.g. spoofing and scraping).

5      63.



1

2

3 ███████████████████████████████████████████  While I do not

4 have enough evidence at this time to determine the exact method that was used, in

5 all scenarios the circumvention of the authentication process would have been

6 required to obtain any of the data categories described previously.

7      64.    Thus far, I have determined that 95 device serial numbers generated

8

9

10 *Activity Post January 18, 2021*

11      65.    The attempts to access Snap-on's proprietary device diagnostic data

12 did not stop after January 18, 2021. While I have not identified a high-volume

13 pattern of anomalous activity comparable to what I have described above, I have

14 observed 46 different dates where the same IP addresses associated with the

15 anomalous activity have attempted to request additional proprietary data from the

16 Mitchell 1 data service. I also cannot rule out the possibility that the activity is

17 being carried out in smaller volumes or via other methods to mask the activity.

18      **Linking the China Spoofing and Scraping Activity to Autel**

19      66.    The spoofing activity on the diagnostic devices only provided IP

20 addresses associated with the scraping activity. To link the data to Autel, I needed

21 to analyze web server logs that included information about ProDemand. Autel

22 subscribes to a ProDemand account, account number 1033986. When comparing

23 the activity related to serial numbers that had been spoofed to ProDemand activity,

24 I determined that a static IP address[12] that Autel used to sign-in to ProDemand

25 (100.37.210.242) was also used with a diagnostic device that had been previously

26 ――――――――――――――
[12] A computer or router on the internet can have a static or dynamic IP address. A
static IP address does not change, while a dynamic IP address does. I performed a

27 DNS lookup of this IP address and determined that it is a static IP address from
Verizon FIOS. The implication is that this IP address was assigned to one

28 subscriber who regularly used Autel's ProDemand account.

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331



1    spoofed (device serial number ███████████, which made 382 data requests

2    between November 25, 2020, and June 19, 2021, from China and US IP addresses).

3    I analyzed the ProDemand logs and determined that this IP address was the most

4    prevalent IP address used to login to Autel's ProDemand account since October 1,

5    2020.

6         67.    I also analyzed logging built into the Authorization API (the "Auth

7    API"). ████████████████████████████████████

8    ████████████████████████████████████

9    ████████████████████████████████████

10   ████████████████████████████████████

11   ████████████████████████████████████

12   ████████████████████████████████████

13   ████████████████████████████████████

14   ████████████████████████████████████

15   █████████████████████

16        68.    I also examined Autel's device diagnostic data requests from Autel's

17   main ProDemand IP address, 100.37.210.242, and determined that this IP address

18   was used to make twelve PID data requests: two on March 8, 2021, one on May 8,

19   2021, and nine on June 24, 2021. The PID data requests that Autel made on

20   March 8, 2021, particularly the second request which they made at 9:50 PM UTC

21   time, preceded another request for the exact same PID parameters (B389A on a

22   2015 Chevy Cruze) as a spoofed device in China. The timing of these two requests

23   for highly specific data came only one minute apart. I confirmed that the China IP

24   address, 112.97.61.44 (registered to China Unicom in Guangdong Province, China)

25   and serial number (████████████) were receiving randomized data at this time.

26   [13] ██████████████████████████████████

27   ████████████████████████

28   [14] All but ████████████

37

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

Thus, the request for the same PID data values by a device in the US that was not receiving randomized data and a device in China that was receiving randomized data could be an indicator that Autel was checking whether they were receiving the same data in the US as they were in China, where much of their spoofing and scraping took place. At a minimum, the lookup of identical and highly specific data in such close proximity is not likely a coincidence. In my opinion, it shows a coordinated effort between the activity emanating from Autel's US and China IP addresses.

69. [redacted]

70. [redacted] . Additionally, one of the six PID data requests[15] was the exact same request that the same serial number device made back on May 10, 2021, except from a China IP address which received confused data. This activity pattern is inconsistent with my understanding of how the ZEUS device is supposed to be used.

_____
[15] Problem code "B0012" on a 2015 Chevy Cruze

71.     In addition, I examined the overlap of IP addresses used to sign in to Autel's ProDemand account between October 1, 2020 and July 15, 2021 in comparison to the anomalous diagnostic device data requests. From this analysis, I observed that six of the IP addresses that Autel used to sign in to their ProDemand account emanated from China. Of these, one Chinese IP address, 113.246.154.141, signed in to ProDemand and made anomalous device diagnostic data requests. Specifically, this Chinese IP address accessed ProDemand between April 12, 2021 and June 12, 2021 and made anomalous diagnostic device data requests between February 6, 2021 and May 29, 2021 from three different ZEUS serial numbers. This included 77 Real Fix data requests, none of which were requests for valid Real Fix data so none returned any data. The same IP address made 29 requests for PID data values and received data for 23 of those, though the device was sent confused data for these PID parameters.

72.     Given the fact pattern above, I linked Autel with the China spoofing and scraping activity.

### Software Versions

73.     I understand that upgrading from one software bundle to the next requires acceptance of the EULA. The majority of the anomalous data requests were made prior to logs that I could link to a particular version of the intelligent diagnostic software.[16] However, of the data that I could attribute to a version, I

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

████████████████████████     Based on this progression of software versions, it is

[16] ████████████████████

█████████████████████████████████

[17] 245,481 of 245,797 data requests.

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

1  reasonable to believe that Autel was upgrading from one version of the software to

2  the next.

3  **Suspicious ProDemand Usage**

4  74.    Next, I reviewed the Autel ProDemand activity from October 1, 2020,

5  onward. Snap-on uses a service they refer to as 1Pixel that records user actions for

6  understanding how their customers are using their user-interface. This system

7  preceded the investigation for this case. The information in 1Pixel is relayed

8  through web server requests that are parsed. My analysis of the 1Pixel records

9  showed that since October 1, 2020, the Autel ProDemand account has performed a

10  total of 9,657 search and print actions, comprised of 7,702 search actions (4,082

11  targeting ADAS features) and 1,955 print actions.

12  75.    As discussed above, I observed in the 1Pixel logs that six IP addresses

13  from China used the Autel ProDemand account between December 12, 2020 and

14  July 14, 2021, and that one of these IP addresses, 113.246.154.141, was also found

15  to have caused anomalous device diagnostic requests. This IP address accessed

16  ProDemand between April 12, 2021, and June 12, 2021.

17  76.    Next, I analyzed the 1Pixel data and found several instances where

18  Autel appears to be looking up one car after the next, searching for a particular

19  feature within ProDemand, printing that resource, and then repeating the process

20  with the next car model or model year.

21  77.



sf-4537331



78.

79.     In addition to the suspicious print activity, I also observed other instances where the Autel account repetitively searched the same terms for similar model year cars but did not print the materials. I cannot rule out the possibility that Autel otherwise took screen captures or saved the document outside of the print functionality within ProDemand.

1  ████████████████████████████████████████████

2  ████████████████████████████████████████████

3  ████████████████████████████████████████

4  ████████████████████████████████████████

5  ██████████████████████████████████████ .

6      80.     I also looked at the total number of requests made for ADAS data.

7  ADAS data consists of information about advanced driver assistance systems.

8  Autel's ProDemand account made the second most ADAS requests of any

9  ProDemand account between October 1, 2020, and present. The Autel ProDemand

10 account ADAS activity related to 860 different vehicles, including viewing camera

11 related items for over 549 different vehicles. To put things in context, the largest

12 number of requests came from an automotive repair business that specializes in

13 ADAS calibration, which advertises a nationwide network of ADAS calibration

14 stations around the country. That account has a license to fifty concurrent

15 ProDemand users at a time. Put more simply, Autel consumed nearly as much

16 ADAS data as a nationwide automobile repair chain with many locations.

17     81.     Autel continued to access the ProDemand system until their account

18 was terminated. I understand that Snap-on and Mitchell 1's actions to remove their

19 access would have disabled Autel's ProDemand account as of July 15, 2021 at 9:02

20 AM UTC, I observed activity as recently as July 15, 2021 at 8:48 AM UTC, just

21 minutes before their account access was terminated. Moreover, this activity by

22 Autel occurred at 4:48 AM local time in New York, where Autel's offices are

23 located, from an IP address, 45.130.83.182, associated with an ISP named Security

24 Firewall LTD, which based on Google searches appears to be online anonymization

25 service. Put another way, Autel's last usage of ProDemand happened at an hour

26 when most people in New York were likely not at work, and with a service used to

27 mask the true source and origin of the activity. I also observed recent China-based

28 activity on Autel's ProDemand account. Specifically, on July 14, 2021 – the day

1   before their access was severed, I observed ProDemand access from IP address

2   113.246.104.84, associated with the Chinanet ISP in Hunan, China. This IP address

3   printed six items related to a 2015 LandRover Sport HSE 3.0L and a 2018

4   Chevrolet Cruze LS 1.4L. In total, I counted 313 items printed between July 1,

5   2021 and July 15, 2021 on the Autel ProDemand account.

6                              **TruckSeries Usage**

7        82.    I understand that Autel does not have a license to use TruckSeries.

8   However, in my analysis, I determined that the Autel IP address, 100.37.210.242,

9   was used to sign into account number 1062630. I reviewed the account opening

10  documents for this account with Snap-on and determined that this account belongs

11  to Tom Machine Equipment Repair. I also found that two other IP addresses were

12  used to sign into the Autel account and the Tom Machine Equipment repair. Those

13  IP addresses are 47.18.250.251 and 107.150.189.52 and, when combined with the

14  100.37.210.242 IP address, I found 810 search actions and 739 print actions on the

15  Tom Machine Equipment Repair. These were the only three IP addresses that were

16  used to sign into the Tom Machine Equipment Repair TruckSeries account between

17  October 1, 2020, and present, and all three IP addresses were also used to sign in to

18  the Autel ProDemand account.

19       83.    In addition to the IP address connection, I also reviewed the account

20  opening documents for both Autel's ProDemand account and Tom Machine

21  Equipment Repair's TruckSeries account. I observed that the Tom Machine

22  Equipment Repair account has a "Bill To" address that includes the name Levan

23  Meishvili and email address ▓▓▓▓▓▓▓▓▓▓ I observed on the website

24  iatn.net/directory/usa/new-york/farmingdale that Levan Meishvili is listed as a

25  "Consultant" for Autel. Moreover, one of the individuals identified by Autel as

26  having a "technician account" for the Autel ProDemand account, Maurice Miller,

27  has also used an email address ▓▓▓▓▓▓▓▓▓▓. These connections

28

43

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

sf-4537331

between Autel and Tom Machine Equipment Repair corroborate the finding that the same IP address was used to sign into both accounts.

84.   My examination of the web server logs for the Tom Machine Equipment Repair TruckSeries account found similar instances to the Autel ProDemand account where searches were conducted across multiple model trucks, including newly released trucks that likely would not need the types of repairs that were being searched. I confirmed with Snap-on that this type of activity would be highly unusual, and that like ProDemand, repair shops typically use TruckSeries to conduct different searches related to repairs on different trucks that they are working on. The existence of the same searches on similar models is highly suspicious.

85.   For example, I observed that the Tom Machine Equipment Repair account conducted searches on January 15, 2021 for the term "camera" on a 2021 Freightliner 122SD, the term "camera" and "camera aiming" on a 2019 International 9000 Series – 9900, the term "camera aiming" on a 2019 Volvo VNR Series, the term "camera aiming" on a 2020 Kenworth W990, the terms "radar," "camera," "camera aiming," and "radar aiming" on a 2020 Peterbilt 220, and the terms "radar" and "radar aiming" on a 2020 Peterbilt 579. All of this activity took place in less than one hour – it is unlikely based on the search pattern that this was related to the repair of these trucks.

86.   On a different session the same day, I observed the Tom Machine Equipment Repair account searching for "RADAR SENSOR SERVICE ALIGNMENT" on a 2015 Peterbilt 579, a 2020 International CV Series, a 2020 Kenworth T370, a 2020 Peterbilt 325, a 2010 Peterbilt 330, and a 2020 Volvo VNR Series.

87.   I found a similar example on January 25, 2021, where the Tom Machine Equipment Repair account searched in TruckSeries for the term "multi

44

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS
sf-4537331

purpose camera" on a 2019 Freightliner Sprinter 3500, a 2018 Freightliner Van Chassis MT-45, and a 2017 Freightliner SD Series 114SD.

88.    Based on the common IP address usage, common employees/contact information, and common pattern of use between Autel's ProDemand account and the Tom Machine Equipment Repair TruckSeries account, I conclude that Autel is using the Tom Machine Equipment Repair account to gain access to information that they are not licensed to.

89.    I observed access to the Tom Machine Equipment Repair TruckSeries account until July 14, 2021 at 11:25 PM UTC, just under ten hours before their account access was terminated.[18] The recent Tom Machine Equipment Repair TruckSeries usage shows a pattern of systematically printing 472 actions between July 7, 2021 and July 12, 2021. For example, On July 12 between 5:34:15 AM UTC and 8:15:33 AM UTC, I observed 106 print actions, which averages to roughly one print every minute and a half over a two hour and forty one minute period of time. All of the activity on July 12, 2021 relates to similar model trucks, including a 2017 Freightliner Bus Chassis – XB-P, a 2018 Freightliner Bus Chassis – XB-P, and a  2018 Freightliner Bus Chassis – XB-S with a Cummins L9 CM2350 L116B 6 Cylinder engine.

90.    In summary, despite incomplete logs, I have observed actions on November 9, 2020 and November 14, 2020 to circumvent Snap-on and Mitchell 1's security protocols by activating 1,040 device serial numbers,[19] 5,653,395 anomalous data requests across at least 419 diagnostic device serial numbers, suspicious activity on Autel's ProDemand account, and Autel's IP address accessing a TruckSeries account that Autel was not authorized to use. I observed

---

[18] I understand that the Tom Machine Equipment Repair account was terminated as of July 15, 2021 at 9:02 AM UTC.

[19] ████████████████████████████████ Of these 1,040 devices ac█████████████████████ lous data requests from 276 of these devices.

1    Autel's actions spanning across at least 317 unique IP addresses from 7 different

2    countries. Autel also used VPNs that masked their IP address and allowed them to

3    bypass Snap-on's scrambled data security measures.

4

5         I declare under penalty of perjury under the laws of the United States that the

6    foregoing is true and correct.  Executed on July 28, 2021, at Baltimore, MD .

7

8                                                    Daniel Roffman

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

sf-4537331

Roffman Decl. ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

# APPENDIX A



## Daniel Roffman
Vice President

BS, Information Systems
University of Maryland

Dan Roffman is a vice president in the Forensic Services Practice. He has over 20 years of digital forensics and information security consulting experience, helping clients protect their most valuable information, and investigating allegations of trade secret theft and cyber incidents.

He has extensive testimony experience working on behalf of both plaintiffs and defendants and has served as a court appointed neutral expert on theft of trade secret cases. He has also testified on a range of other digital forensic subjects including software piracy, cyber investigations, and electronic document authenticity issues.

Prior to joining CRA, Dan was a Senior Managing Director at a consulting firm, where he supervised the firm's digital forensic staff and oversaw operations at their US forensic laboratories. Dan previously worked in the High Technology Investigations Unit of the Criminal Division of the US Department of Justice.

Dan is a recognized thought leader in the industry; a frequently requested speaker at conferences; an author of numerous articles and whitepapers on digital forensics, cybersecurity, and trade secret thefts; and an innovator in developing unique technical solutions for our clients. He holds a bachelor's degree in Information Systems from the University of Maryland, as well as the EnCE Certified Examiner certification for complex computer investigations and analysis. He has been recognized seven times by Who's Who Legal.

## Selected experience

- Testified in state court regarding an engineering firms' measures to protect their trade secrets.

- Investigated and testified at arbitration regarding the misappropriation of trade secrets and spoliation of evidence by the founder of a biotech firm.

- Assisted one of the world's largest software publishers in investigating the piracy of their software and destruction of evidence by a publicly traded US corporation.

- Submitted expert reports in federal court regarding malware found in connection with one of the largest data breaches involving healthcare data.

- Testified in federal court regarding email fabrication at the center of a contract dispute, leading the judge to sanction the fabricating party by dismissing their counterclaim with prejudice.

- Testified in federal court regarding the misappropriation of trade secrets by a former employee of a global industrial technology provider, leading to a favorable ruling for the client.

- Testified in federal court regarding the author of fraudulent financial documents supplied by a seller seeking to inflate the sale of her business.

- Led an investigation into the theft of trade secrets by a financial analyst who attempted to cover up his theft, leading to the arrest of two former employees who pled guilty to federal charges.

- Worked with a team of investigators appointed by the US Attorney's Office to monitor and test a firm's security measures, helping the firm to settle their case.

## Publications

"4 Ways to Mitigate Emerging Challenges in Trade Secret Litigation," *Law.com,* December 18, 2019.

"Minimizing Privacy Risk with Data Minimization," *Law.com Corporate Counsel,* September 2, 2019.

" The Rise in Trade Secret Litigation and New Investigation Trends," *Bloomberg Law Insight*, July 24, 2019.

"The Reality of Trade Secret Protection," *Risk Management Magazine* July 1, 2019.

"Litigation in the Digital Health Revolution," *Risk Management Magazine,* July 10, 2018.

"Understanding remote collections for e-discovery: Benefits, pitfalls and use cases." With Erik Hammerquist, James Scarazzo. *InsideCounsel*, May 16, 2014.

"Five Tips for Managing Social Media and E-Discovery Collections." With David Freskos. *KMWorld*, October 25, 2013.

"Data Collection in a Social Media World." *Metropolitan Corporate Counsel*, June 21, 2013.

"Work with IT to build a defensible information management strategy." *InsideCounsel*, May 6, 2013.

"Game Change: Reevaluating Collection Processes in the Wake of the National Day Laborer Organizing Network Ruling." With Veeral Gosalia, Ian Smith, Erik Hammerquist. FTI Consulting Technology LLC, February 12, 2013.

"Data Deluge: The Problem Is, You Can't Keep Everything." *Forbes*, July 5, 2012.

"IT Reduction: A Much-Needed Service." With Lawrence Briggi. *Metropolitan Corporate Counsel*, May 18, 2012.

## Testimony/Expert Witness

Evidentiary Hearing Testimony, June 2, 2021 – *Future Metals LLC v. Frank Ruggiero*, Case No. 1:2021cv20187, United States District Court for the Southern District of Florida.

Court Ordered Appointment as Forensic Neutral, June 1, 2021 – Profit Point Tax Technologies, Inc. v. DPAD Group, LLP, John Manning, and Daniel Steele, Case No. 2:19-cv-00698-WSS-MPK, United States District Court for the Western District of Pennsylvania

Deposition, May 11, 2021 – *Future Metals LLC v. Frank Ruggiero*, Case No. 1:2021cv20187, United States District Court for the Southern District of Florida.

Trial Testimony, April 19, 2021 – *FMC Technologies, Inc. v. Richard Murphy and Dril-Quip, Inc.,* Case No. 2020-63081, In the 127th District Court of Harris County, Texas.

Deposition, March 31, 2021 – *FMC Technologies, Inc. v. Richard Murphy and Dril-Quip, Inc.,* Case No. 2020-63081, In the 127th District Court of Harris County, Texas.

Expert Report, March 30, 2021 – *Maplebear Inc. DBA Instacart v. Cornershop Technologies, Inc.* Case No. 2:20-cv-00240-JRG, United States District Court for the Eastern District of Texas.

Declaration, March 15, 2021 – *Future Metals LLC v. Frank Ruggiero*, United States District Court for the Southern District of Florida.

Declaration, February 26, 2021 – *Maplebear Inc. DBA Instacart v. Cornershop Technologies, Inc.*, Case No. 2:20-cv-00240-JRG, United States District Court for the Eastern District of Texas.

Affidavit, February 3, 2021 – *Gene Katz v. Underwriter's Laboratories, Inc.*, Case No. 2018-L-003788, Circuit Court for the Southern District of Florida.

Declaration, December 4, 2020 – *Confidential Arbitration Proceedings Before JAMS* Reference No 1100106192.

Declaration, July 24, 2020 – *Tesla, Inc. v. Guangzhi Cao*, Case No. 19-cv-01463-VC, United States District Court, Northern District of California.

Testimony, July 13, 2020 – *Confidential Arbitration Proceedings Before JAMS* Reference No 1100106192.

Deposition, June 2, 2020 – *Farmers Insurance Exchange and Farmers Group Inc. v. Venkatesh Kamath; Shoreh Abedi; The Auto Club Group; Automobile Club of Michigan Dba AAA Michigan*, Case No. BC681655, Superior Court of the State of California.

Deposition, April 7, 2020 – *Confidential Arbitration Proceedings Before JAMS* Reference No 1100106192.

Expert Report, March 3, 2020 – *Confidential Arbitration Proceedings Before JAMS* Reference No 1100106192.

Declaration, February 28, 2020 – *Confidential Arbitration Proceedings Before JAMS* Reference No 1100106192.

Declaration, February 25, 2020 – *Farmers Insurance Exchange and Farmers Group Inc. v. Venkatesh Kamath; Shoreh Abedi; The Auto Club Group; Automobile Club of Michigan Dba AAA Michigan*, Case No. BC681655, Superior Court of the State of California.

Expert Report, November 8, 2019 – *Morgan Art Foundation v. McKenzie et al.,* Case No 1:18-cv-04438, in the United States District Court for the Southern District of New York.

Declaration, September 27, 2019 – *Confidential Arbitration Proceedings Before JAMS* Reference No 1100106192.

Declaration, August 9, 2019 – *Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. v. The Trizetto Group, Inc. and Cognizant Technology Solutions Corp.*, Case No. 1:15-cv-00211 (LGS)(SDA), United States District Court for the Southern District of New York.

Declaration, June 4, 2019 – *Synopsys, Inc. v. Innogrit, Corp.,* Case No. 5:19-cv-02082, United States District Court for the Northern District of California.

Deposition, January 24, 2019 – *Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. v. The Trizetto Group, Inc. and Cognizant Technology Solutions Corp.*, Case No. 1:15-cv-00211 (LGS)(SDA), United States District Court for the Southern District of New York.

Rebuttal Expert Report, December 7, 2018 – *Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. v. The Trizetto Group, Inc. and Cognizant Technology Solutions Corp.*, Case No. 1:15-cv-00211 (LGS)(SDA), United States District Court for the Southern District of New York.

Deposition, September 5, 2018 – *Synopsys, Inc., v. Ubiquiti Networks, Inc.*, et al. Case No. 3:17-cv-00561-WHO, in the United States District Court, Northern District of California, San Francisco Division.

Expert Report, August 3, 2018 – *Synopsys, Inc., v. Ubiquiti Networks, Inc.*, et al. Case No. 3:17-cv-00561-WHO, in the United States District Court, Northern District of California, San Francisco Division.

Deposition, April 18, 2018 – *SS&C Technologies, Inc., v. Bradley Rossa And Clearwater Analytics, LLC*, Case no. 2015-CH-15891, Circuit Court of Cook County, Illinois.

Declaration, March 22, 2018 – *Synopsys, Inc., v. Ubiquiti Networks, Inc.*, *et al.* Case No. 3:17-cv-00561-WHO, in the United States District Court, Northern District of California, San Francisco Division.

Affidavit, October 4, 2017 – *St. Paul Surplus Lines Insurance Company v. Wright Medical Group, Inc.* Docket No. CH-14-0927-3, in the Chancery Court of Tennessee for the Thirtieth Judicial District at Memphis.

Supplemental Report, July 20, 2017, *Open Text Corporation v. Steven Grimes, et al*. Case no. 1:17-cv-01248-RDB, United States District Court for the District of Maryland.

Expert Report, June 16, 2017, *Open Text Corporation v. Steven Grimes, et al*. Case no. 1:17-cv-01248-RDB, United States District Court for the District of Maryland.

Court Appointed Expert, June 9, 2017, *Open Text Corporation v. Steven Grimes, et al*. Case no. 1:17-cv-01248-RDB, United States District Court for the District of Maryland.

Deposition, December 7, 2016, *SS&C Technologies, Inc., v. Bradley Rossa And Clearwater Analytics, LLC*, Case no. 2015-CH-15891, Circuit Court of Cook County, Illinois.

Testimony, December 5, 2016, *Flextronics International USA, Inc., v. SDS-IC Ltd, SDS-IC-HK Ltd, and Aaron Serge Bueno* (a/k/a "Serge Joseph Bueno"). Case No. 1:15-cv-04904, United States District Court Northern District of Illinois Eastern Division.

Deposition, November 17, 2016, *Flextronics International USA, Inc., v. SDS-IC Ltd, SDS-IC-HK Ltd, and Aaron Serge Bueno* (a/k/a "Serge Joseph Bueno"). Case No. 1:15-cv-04904, United States District Court Northern District of Illinois Eastern Division.

Deposition, November 9, 2016, *SS&C Technologies, Inc., v. Bradley Rossa And Clearwater Analytics, LLC*, Case no. 2015-CH-15891, Circuit Court of Cook County, Illinois.

Declaration and Rebuttal Report, September 27, 2016, *Flextronics International USA, Inc., v. SDS-IC Ltd, SDS-IC-HK Ltd, and Aaron Serge Bueno* (a/k/a "Serge Joseph Bueno"). Case No. 1:15-cv-04904, United States District Court Northern District of Illinois Eastern Division.

Affidavit, August 30, 2016, *TP Group-CI, Inc. v. Steven R. Smith and William Dean Wallace*. Case No. 1:16-cv-07463, United States District Court Northern District of Illinois Eastern Division.

Deposition, August 26, 2016, *Penny Davenport, et al. v. Charter Communications, LLC*, Case No. 4:12CV0007 AGF, United States District Court, Eastern District of Missouri, Eastern Division.

Affidavit, August 15, 2016, *TP Group-CI, Inc. v. Steven R. Smith and William Dean Wallace*. Case No. 1:16-cv-07463, United States District Court Northern District of Illinois Eastern Division.

Expert Report, June 27, 2016, *Penny Davenport, et al. v. Charter Communications, LLC*, Case No. 4:12CV0007 AGF, United States District Court, Eastern District of Missouri, Eastern Division.

Affirmation, June 14, 2016, *Medidata Solutions, Inc. v. Michael Petrarca And Bioclinica, Inc*. Index No.: 652501/2016, Supreme Court of The State of New York, County of New York.

Affidavit, May 31, 2016, *Kelly Hespe v. City of Chicago et al.* Case No. 13 C 7998, United States District Court Northern District of Illinois Eastern Division.

Expert Report, May 11, 2016, *Flextronics International USA, Inc., v. SDS-IC Ltd, SDS-IC-HK Ltd, and Aaron Serge Bueno* (a/k/a "Serge Joseph Bueno"). Case No. 1:15-cv-04904, United States District Court Northern District of Illinois Eastern Division.

Declaration, February 18, 2016, *Teledyne Technologies Incorporated v. Shekar*. Case No. 1:2015cv01392, United States District Court Northern District of Illinois Eastern Division.

Declaration, November 11, 2015, *Synopsys, Inc. v. Chao, et al.*, Case No. 3:15-cv-1953MO, United States District Court, District of Oregon, Portland Division.

Written Affidavit, July 31, 2015, *Lutonix, Inc. and C.R. Bard, Inc. v. Christopher Barry*, Case No 11313-VCL, In the Court of Chancery of the State of Delaware.

Written Affidavit, July 30, 2015, *Lutonix, Inc. and C.R. Bard, Inc. v. Christopher Barry*, Case No 11313-VCL, In the Court of Chancery of the State of Delaware.

Testimony, April 30, 2015, *Teledyne Technologies Incorporated v. Shekar*. Case No. 1:2015cv01392, United States District Court Northern District of Illinois Eastern Division.

Written Affidavit, December 29, 2014, *United States of America v. Yihao Pu and Sahil Uppal*. Case No. 11 CR 699, United States District Court Northern District of Illinois Eastern Division.

Deposition, March 18, 2014, *Murphy v. NXP Semiconductor, et al.* Case No. 1-10-CV-188679, Superior Court of the State of California for the County of Santa Clara.

Testimony, November 1, 2013, *Echo v. Avidpath Inc.*, Docket No. 13 C 309, United States District Court for the Northern District of Illinois.

Written Affidavit, March 7, 2013, *Echo v. Avidpath Inc.,* Docket No. 13 C 309, United States District Court for the Northern District of Illinois.

Expert Report, June 15, 2012, *Clarion Partners LLP v. Carlos Tommasi Villammi, et al*. Case nos. 17581/JRF and ICC Arbitration 17548/JRF International Chamber of Commerce (ICC) International Court of Arbitration, Mexico City, Mexico.

Court Appointed Expert, November 24, 2010 – *1501 Feehanville LLC v. Michael W. Bishop and Cresa Partners, LLC*. Case no. 08 L 013851, Circuit Court of Cook County, Illinois.

Written Affidavit, November 18, 2010, *Fort Benning Family Communities, LLC v. American Management Services East LLC*. Case No. SU10CV2025-F, Superior Court of Muscogee County, State of Georgia.

Written Affidavit, April 15, 2009, *Stanford International Bank Limited, et al. v. Ralph Janvey, et al*. Case No. 500-11-036045-090, Superior Court, Province of Quebec, District of Montreal, Canada.

## Professional Presentations and Speaking Engagements

Breaches in the M&A Context and Disclosure Controls in Cybersecurity Panel, Sandpiper Partners Cybersecurity & Privacy East Coast Conference, July 21, 2021.

Criminal Litigation Panel, Sandpiper Partners Antitrust & Competition in Key Industry Segments Conference, July 15, 2021.

Collection and Analysis of Ephemeral Data, OpenText EnFuse, November 13, 2019.

Uncovering and Acting Upon Trade Secrets Theft,  Association of Corporate Counsel Annual Meeting,  October 28, 2019.

Trade Secrets Theft: Legal Teams Weigh in on Prevention & Investigation, Webinar, January 24, 2019.

Text, Lies and Social Media: Reducing Risk from Non-Standard Data, Compliance, Governance & Oversight Council Conference, May 1, 2018.

"6 Degrees of Forensics," Panelist, OpenText EnFuse, May 24, 2017.

"Cybersecurity and Patent Protection," Patent Disputes Forum North, Panelist, April 18, 2017.

"Who's in Charge? Developments in Regulation of Insurer Cybersecurity Practices," St. John's University School of Risk Management Conference on Insurance Regulation, Panelist, October 20, 2016.

"Cyber Threats to Your Business," Baker Donelson Webinar - October 7, 2016.

"Warning – Blind Curves: How You Can Prevent Data Theft" Thompson Coburn HR Seminar, April 7, 2016.

"Outsmarting Smartphones," Panelist, Georgetown Advanced eDiscovery Institute, November 19, 2015.

"Protecting Your Organization from Data Theft," Compliance Governance and Oversight Counsel (CGOC) New York Regional, March 11, 2015.

"Social Media Collection," Women in eDiscovery, St. Louis Chapter, August 28, 2014.

"Social Media Bootcamp for E-Discovery," FTI presentations, May 15, 2014, May 28, 2014, June 13, 2015, March 12, 2015.

"The "eWorkplace" and its Impact on eDiscovery," Panelist, Today's General Counsel and Institute, June 10, 2014.

"Trade Secrets Theft: Addressing Evidence From Emerging Technologies," May 30, 2014.

"Remote Collection: What is it, and Can it Reduce E-Discovery Costs?," Moderator, ALM's Law Technology News Webcast, May 21, 2014.

"Protecting Against IP Theft in Dynamic Work Environments," InsideCounsel SuperConference, May 15, 2014.

"Litigation Trends," InsideCounsel Global Lawyer Forum, May 14, 2014.

"Legal Learning Series Social Media Bootcamp," with Ethan Wall, April 24, 2014.

"E-Discovery and the Cloud: A Checklist for Success," with Joel Jacob, February 11, 2014.

"Defensibly collecting all the relevant data (Cloud / Social Media / BYOD)," November 19, 2013.

"E-Discovery in a Social Media World," Legal Learning Series eDiscovery Leadership Conference, November 15, 2013.

"Data Theft "Dos and Don'ts", Vinson & Elkins CLE, January 14, 2013.

"Trade Secrets Theft: Addressing Evidence from Emerging Technologies," FTI presentation, August 30, 2012.

"Fundamental Issues of Network Security and the Risks Facing Law Firms on Cyber Breaches," May 17, 2012.

"Cyber Liability for Law Firms," Association of Legal Administrators, March 15, 2012.

"Cyber Liability for Hedge Funds," Association of Legal Administrators, February 14, 2012.

"Understanding the Impact of the iPad, Kindle & Other New Mobile Devices and Services on e-Discovery," FTI presentation, November 3, 2010.

"eDiscovery Cost Savings for Attorneys," Knowledge Congress Webinar, July 21, 2010.

## Awards & Recognition

Who's Who Legal: Investigation 2021 - Future Leaders in Digital Forensics, March 2021

Who's Who Legal: Future Leaders in Digital Forensics, March 2020

Who's Who Legal: Data – Data Experts 2020, February 2020

Who's Who Legal: Thought Leaders: Data, August 2019

Who's Who Legal: Investigations 2019, February 2019

Who's Who Legal: Data Experts – November 2018

Who's Who Legal Consulting Experts: Experts – Digital & Data – Data and E-Discovery Experts, July 30, 2018

Certificate of Commendation from the US Attorney General, 2004

## Professional history

| | |
|---|---|
| 2021–Present | *Vice President*, Forensic Services, Charles River Associates |
| 2006–2021 | FTI Consulting |
| | 2014–2021 *Managing Director*, Washington, DC |
| | 2011–2014 *Managing Director*, Chicago |
| | 2010–2011 *Director*, Chicago |
| | 2007–2010 *Director*, Washington, DC |
| | 2006–2007 *Senior Consultant*, Washington, DC |
| 2005–2005 | *Analytic & Forensic Technology Laboratory*, Deloitte, New York |
| 2003–2005 | *Child Exploitation & Obscenity Section, High Technology Investigative Unit, Criminal Division*, United States Department of Justice, Washington, DC |
| 2000–2003 | *Information Technology Consulting*, Shiron Associates, Elkins Park, PA |
| 2000–2003 | *Information Technology Department*, Sabre System, Inc., Warminster, PA |