## TABLE OF EXHIBITS
*(Pursuant to L.R. 5.1(e))*

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1 | July 27, 2021 Letter to Autel | 5 |