1  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
2  BERKELEY G. FIFE (CA SBN 325293)
   BFife@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5
   JOHN R. LANHAM (CA SBN 289382)
6  JLanham@mofo.com
   JANET S. KIM (CA SBN 313815)
7  JKim@mofo.com
   MORRISON & FOERSTER LLP
8  12531 High Bluff Drive
   San Diego, California 92130-2040
9  Telephone: 858.720.5100

10 Attorneys for Plaintiffs
   MITCHELL REPAIR INFORMATION
11 COMPANY, LLC and SNAP-ON INC.

12                  UNITED STATES DISTRICT COURT

13                 SOUTHERN DISTRICT OF CALIFORNIA

14

15 MITCHELL REPAIR INFORMATION       Case No. 3:21-cv-01339-CAB-BGS
   COMPANY, LLC, a Delaware limited
16 liability company, and SNAP-ON INC.,   **DECLARATION OF BRADLEY**
   a Delaware corporation,            **LEWIS IN SUPPORT OF EX**
17                                     **PARTE MOTION FOR (1)**
                    Plaintiffs,        **TEMPORARY RESTRAINING**
18                                     **ORDER AND (2) ORDER TO**
          v.                           **SHOW CAUSE REGARDING**
19                                     **PRELIMINARY INJUNCTION**
   AUTEL. US INC., a New York
20 corporation, and AUTEL             **REDACTED VERSION OF**
   INTELLIGENT TECHNOLOGY             **DOCUMENT LODGED UNDER**
21 CORP., LTD., a Chinese corporation, **SEAL**

22                  Defendants.

23

24

25

26

27

28

1    I, Bradley Lewis, declare:

2    1.    I am Vice President of Repair Systems & Information at Snap-on Inc.

3    ("Snap-on").

4    2.    I submit this declaration in support of Mitchell Repair Information

5    Company, LLC's ("Mitchell 1") and Snap-on Incorporated's ("Snap-on")

6    application for a temporary restraining order and motion for a preliminary

7    injunction.  I have personal knowledge of the matters set forth below.  If called as a

8    witness, I could and would competently testify as follows.

9                               **Personal Background**

10   3.    Prior to joining Snap-on, in the early 1980s, I worked as a union

11   mechanic in Berkeley, California.  I went through an apprenticeship program at

12   Alameda City College (which involved full-time work at a repair shop and night

13   education several times per week) and became a certified journeyman technician for

14   automotive repair.

15   4.    In the mid-1980s, I started working for dealerships' automotive service

16   departments.  During this timeframe, I became a certified Honda Master Technician

17   and was regularly invited to attend the American Honda Top Tech Troubleshooting

18   Contest.  This contest involved competing against a group of other Master

19   Technicians to fix a series of problems in a car that was configured to have many

20   complicated bugs.  I won the troubleshooting contest multiple times.

21   5.    In the early 1990s, Snap-on recruited me as a consultant to write

22   Honda repair tips that would be embedded into the Snap-on troubleshooter and

23   diagnostic scan tool products.  I would come to Snap-on in the evenings, after my

24   regular job, to help write these tips.

25   6.    In 1994, Snap-on offered me a job as a full-time application engineer.

26   I was responsible for writing all Honda and Acura troubleshooting tips, supervising

27   others providing information on Honda/Acura tips, and doing offsite testing of

28

2

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

Snap-on's scan tools to confirm their operation.  Since then, I have held various positions of increasing responsibility including product management, engineering, and information technology.  In 2003, Snap-on sponsored my attendance in an Executive MBA program at Purdue University Krannert School of Management, from which I graduated in 2005.  Following my graduation, in January 2006 I became Vice President of Business Development and my role expanded to include corporate planning.

7.      In 2009, I was promoted to Vice President of Diagnostics and Information, responsible for leading product management, design, development and information technology.  In 2010, the larger Snap-on Repair Systems and Information Group was formed and my role was expanded to become Vice President of this group.

8.      The Repair Systems and Information Group's products and services include professional diagnostics platforms and software, information and management systems, shop equipment and other solutions for aftermarket repair shops and vehicle dealerships service centers worldwide.

## Snap-on and Mitchell 1

9.      Snap-on was founded 101 years ago in Milwaukee, Wisconsin.  The company began as a designer and manufacturer of professional tools for use by technicians in automotive and truck repair.

10.      While Snap-on was originally known as a hand tool company, it has also become the industry leader in handheld diagnostic computers.  As cars became increasingly computerized, Snap-on recognized that computer tools would become just as important to repair technicians as hand tools.

11.      Beginning with the advent of modern automotive on-board diagnostic ports in the 1980s, Snap-on developed a wide portfolio of tools capable of reading trouble codes and interfacing with vehicles' electronic systems.  Snap-on has offered leading-edge, innovative diagnostic solutions for more than 30 years.  Snap-

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

on currently offers professional diagnostic tools, which are highly sophisticated, multi-thousand dollar handheld diagnostic computers that can interface with a car's on-board diagnostic (OBD-II) port or utilize the tools internal lab scope (i.e., oscilloscopes) for testing.  These diagnostic computers can also display cloud-hosted expert information and Original Equipment Manufacturer ("OEM") repair information.

12.     Snap-on employs roughly over 12,000 people worldwide, including over 3,500 employees in its Repair Systems and Information Group.  Snap-on owns 13 manufacturing facilities in the United States.  Snap-on has four different facilities in California.

13.     Mitchell 1 was founded, via its predecessor company Reed Service Manuals, 103 years ago.  Over the years, Mitchell 1 has provided resources to technicians and repair shops, beginning with paper service manuals and repair estimator tools.  Mitchell 1 has become a fixture in the San Diego business community.

14.     On Mitchell 1's 100th anniversary, the San Diego County Board of Supervisors issued a proclamation recognizing the company for "100 years of outstanding service and commitment to area residents" and declaring March 8, 2018 to be "**MITCHELL 1 DAY**" throughout San Diego County.  A true and correct copy of this recognition is attached as Exhibit 1.

15.     Mitchell 1 has long recognized the importance of computer-assisted resources for automotive technicians.  Mitchell 1 introduced its first portable electronic estimator in 1983, and rolled out its Mitchell On-Demand® repair information and estimator system on CD-ROM in 1989.

16.     Snap-on acquired a majority stake in Mitchell 1 in 1996 and currently has an 85% stake.  In 2019 Snap-on built a new office in San Diego, California, which is the base for approximately 380 Mitchell 1 employees, who are primarily

1   engaged in sales, software development, support and hosting of Mitchell 1

2   products.

3        17.    As I explain in more detail below, Mitchell 1's innovations have

4   continued through the present day.  Snap-on and Mitchell 1 offer proprietary

5   diagnostic and repair information based on experts and artificial intelligence

6   analysis of billions of repair records, reflecting well over 100 million dollars of

7   research, analysis, and product development over many years.  No other company

8   in the world has a product that offers a comparable level of diagnostic and repair

9   information.

10        18.    Mitchell 1's resources for repair shops, including its repair

11  information, shop management system, and supporting applications are now closely

12  integrated into the Snap-on ecosystem.

13                                **Autel**

14        19.    I am informed and believe that Autel. US Inc. ("Autel US") is the U.S.

15  subsidiary of a Chinese company, Autel Intelligent Technology Corp., Ltd.

16  (together with Autel US, "Autel").  Autel is one of our main competitors in the

17  automotive diagnostic and repair space.  It offers products directed to automotive

18  repair shops, including its own handheld diagnostic devices.  Autel products are

19  available nationwide through AutoZone stores and other distributors.  I am

20  informed and believe that Autel has a U.S. headquarters in New York.

21        20.    In October 2015, Autel US acquired a license to use Mitchell 1's

22  ProDemand® product (which is described in more detail below).  This license was

23  provided at the request of one of Mitchell 1's large national chain customers.  The

24  customer wanted to use Autel's handheld diagnostic device to access its on-line

25  ProDemand account.  Autel needed the license to test the customer's capability to

26  access ProDemand information through Autel's supplied hardware.  This account

27  expired in January of 2017.  Autel US also opened a separate account for

28  ProDemand in January of 2016.  A true and correct copy of the order form that was

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
                                          Case No. 3:21-cv-01339-CAB-BGS

signed by Autel US in 2016 is attached to this declaration as Exhibit 2 and a true and correct copy of the EULA that would have accompanied that order form is attached to this declaration as Exhibit 3.

21.    In December 2020, Autel US signed an order form for ProDemand, adding five users to its license.  A true and correct copy of the order form that was signed by Autel US in 2020 is attached to this declaration as Exhibit 4 and a true and correct copy of the Terms and Conditions that would have accompanied that order form is attached to this declaration as Exhibit 5.

22.    Autel does not have a subscription to Mitchell 1's TruckSeries product.  Snap-on has no records of Autel ever purchasing a Snap-on diagnostics handheld device, or paying for a subscription or software update to such a device.

**Snap-on and Mitchell 1 Shop Management, Diagnostic, and Repair Products**

23.    Mitchell 1's Manager™ software is the industry's leading shop manager and service writing software.  Among other features, Manager contains cost-estimating tools, integration with electronic parts catalogs, and customer and marketing management functions.  Manager is also sold as a component of the Snap-on product ShopKey®.

24.    Since 1995, automotive repair shops throughout North America have used Manager's service writing functions to facilitate customer vehicle repairs. Manager is used in over 32,000 repair shops, and is the most widely-used software of its kind.  The next-largest competing product is used in ███████████. Autel does not offer a repair shop management product.

25.    Snap-on and Mitchell 1 have gathered anonymized data for repairs logged in the software since the mid-1990s.  The information logged includes the service writers' descriptions of the symptoms, diagnosis, and replacement parts, for vehicle repairs.

26.    Given the widespread use of Manager, Snap-on and Mitchell 1 currently have access to *billions* of vehicle repair records.  To the best of my

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

knowledge, none of our competitors have even a fraction of this amount of real-world vehicle repair data.  It would take any competitor many years to collect the number of repair records necessary to create a database of this information.  Importantly, the most commonly repaired cars today were built between 2005 and 2012.   Consequently, Snap-on and Mitchell 1 have an insurmountable 16 year lead collecting and analyzing the most useful repair information.

27.    Snap-on and Mitchell 1 have invested significant resources to transform the vehicle repair records within this database into powerful proprietary data for our products.  We offer these proprietary resources to end users through several different products, explained below, including in combination with OEM repair information.

### Snap-on Diagnostic Tools

28.    Snap-on designs and sells sophisticated handheld computers adapted for use as vehicle diagnostic tools.  One example of these products is the ZEUS™ system, pictured below, which we will use as an example in the descriptions below.

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



21
22      29.     ZEUS is a handheld computer with a 10-inch display, built to Snap-

23  on's custom specifications and running the Windows 10 operating system.  In

24  addition to the capabilities of an ordinary computer, ZEUS has hardware and

25  software allowing it to communicate with vehicle diagnostic ports (commonly

26  known as OBD-II ports) and test circuits via its lab scope.  The MSRP of a ZEUS

27
28

device is $9,995, not inclusive of subscription access to Snap-on proprietary diagnostic features, which costs an additional $1,099 per year.

30.     ZEUS offers proprietary diagnostic and repair information, which is available to technicians who have an active subscription or have paid a one-time fee for a current bundle of the handheld diagnostic software.  This proprietary data allows for real-time vehicle troubleshooting using data communicated over a vehicle's OBD-II port.  When connected to a vehicle, the scanner function of ZEUS identifies the year, make, model, and engine of the vehicle.  The technician may then scan for trouble codes, view the results of the scan, and select the "diagnose" feature for any active trouble codes.

31.     ZEUS then displays tailored information relevant to the requested trouble code, formatted as various "cards" that the technician may browse through. A technician can receive numerous cards from a single query, including but not limited to: Top Repairs, Real Fixes, Troubleshooter Tips, Smart Data, Functional Tests, and Component Tests.  I discuss each one individually below.

32.     Top Repairs:  Selecting the Top Repairs card lets a technician quickly understand what the most likely repairs will be for the vehicle at issue.  The Top Repair card presents a graphical report showing the most common repairs performed for that vehicle with those associated trouble codes, at particular mileages, along with the frequency of those repairs.  A Top Repairs graph for a P0441 (evaporative emissions) trouble code on a 2015 Toyota Camry appears below.

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

1

2

3

4

5



6

7

8

9

10

11

12

13

14

15      33.     This Top Repairs graph is based on a real-world understanding of the

16  most common fixes for a specific vehicle's trouble codes, which is uniquely

17  extracted from our billions of repair records.  The Top Repairs information provides

18  the technician a quicker path to assess the cause of a particular trouble code, which

19  saves both the technician and the vehicle owner significant time and money.

20  Without an understanding of the most common fixes, a technician may otherwise

21  unnecessarily test or replace numerous components that could be associated with

22  the symptoms.  No other company offers such a powerfully specific data set to

23  advance the vehicle diagnostic troubleshooting process.

24      34.     <u>Real Fixes</u>:  The Real Fix card includes code-specific

25  recommendations on performing the most common vehicle repairs.  These

26  recommendations are trouble code-specific and include a narrative on the

27  complaint, the likely cause (including the recommended troubleshooting steps), and

28  the desired results of the correction.  Within the Real Fixes entry are code-specific

procedures and tests gathered from real-world repair orders.  The narratives for these entries are written by our expert technicians.  We have created millions of unique Real Fix entries.  Our Real Fix data is continually being updated and revised to reflect new repair data and new vehicle model years.  Each Real Fix card includes a Fixed It count derived from the real-world data.  The Fixed It count shows how many times the vehicle problem was solved with the solution described in the Real Fix.  Real Fixes are prioritized on the Fixed It count to help the technician choose the course of action with the highest probability of success.  No competitor offers the depth of information or level of functionality of the Real Fix feature.  I understand, however, that Autel has recently begun rolling out a less sophisticated feature that displays generalized common repairs and troubleshooting for vehicles.

35.    Troubleshooter tips:  The Troubleshooter card offers tips from industry experts as well as time-saving suggestions for repairs, such as how to determine the most likely components causing a particular problem, or information on the most common faults that have been observed.  Some tips incorporate links to related Functional Tests that further help diagnose the problem. These troubleshooting tips have been written by Snap-on's expert technicians.  The Troubleshooter feature is particularly helpful for problems that do not trigger a problem code as these issues can be looked up in Troubleshooter based on the type of problem the vehicle is experiencing.

36.    Smart Data:  ZEUS also contains a unique Smart Data card.  Selecting the Smart Data card enables technicians to view vehicle Parameter IDs ("PIDs").  PIDs are helpful because they represent live readings of the vehicle's systems.  Some of these PIDs are for familiar parameters, such as vehicle speed, engine RPM, or engine temperature.  Other PID values may relate to a voltage reading, a frequency counter, or a calculated value, which may not be meaningful to the technician.  PID values are communicated to the handheld diagnostic unit via the

OBD-II port from the vehicle's numerous system controllers, which are connected to hundreds of sensors, solenoids, actuators, and switches with associated PIDs.  On average, a vehicle may present approximately 100-200 PIDs when connected to a diagnostic scanner.

37.    It is difficult for a technician to make use of this voluminous PID data. The technician would first need to determine which PIDs are relevant to the specific trouble code(s) triggered.  Then the technician would need to understand what the normal parameters are for those relevant PIDs to determine if any are evidence of a particular problems.

38.    In addition to collecting billions of repair records through its Manager software, for over a decade, Snap-on has also been collecting PID data from repairs performed using its diagnostic devices, and has a database of over *200 billion* PID data points as a result.  Snap-on has leveraged its expert knowledge in combination with its analysis of billions of repair records, to curate a list of the PID data points relevant to each trouble code.  The Smart Data card presents the technician those PIDS that are relevant to the trouble code at issue.  Further, as discussed in detail below, Snap-on has created a "known good" range of values for specific PIDs based on its over 200 billion data points and the views of its experts.

39.    The Smart Data card on ZEUS will flag in red specific PIDs that fall outside of Snap-on's "known good range," as shown below.  This immediately informs the technician that there is a likely problem with that portion of the system. ZEUS will also save a snapshot of the data stream from out-of-range PIDs to permit the technician to review them more closely.  The minimum and maximum values of

the "good" ranges for each parameter are not shared with the end user.  Snap-on deliberately keeps this information confidential.



40.    No competitor has as comprehensive a product comparable to Snap-on's PID functionality.

41.    <u>Functional tests</u>:  The handheld diagnostic unit also displays functional tests associated with a particular trouble code, such as system controls and resets of component operations (such as turning a fuel pump on and off).  These functional tests can also perform more complex functions, such as programming new vehicle components.  Snap-on's experts, aided by our billions of repair records, have determined which functional tests to associate with particular trouble codes, and have consolidated those relevant tests into a single easy to use card.

42.    <u>Guided Component tests</u>:  Additionally, the Snap-on handheld diagnostic unit will display relevant guided component tests associated with the trouble codes.  These are tests that can be used to determine whether a particular component is good or bad.  Similar to the information provided by other cards, the

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

1  guided component tests are relevant to a particular trouble code and are derived
2  from expert analysis of our vast repair record databases.  The tests provide narrative
3  step-by-step instructions (prepared by Snap-on expert technicians) that a technician
4  can follow to diagnose and fix the problem.

5      43.     Snap-on spends millions of dollars annually to keep the proprietary
6  data provided to our end users through these cards up-to-date.  Combined, these
7  cards provide proprietary diagnostic information that is extremely effective in
8  assisting a technician to efficiently resolve a vehicle's problem.  No competitor has
9  our volume of repair and diagnostic records or, as discussed below, our expert and
10  artificial intelligence-guided analysis of these records.  Consequently, no
11  competitor is capable of providing technicians a comprehensive catalog of the exact
12  information needed to quickly resolve a particular vehicle's problem.

13                                    **ProDemand**

14      44.     ProDemand is a web-based interface offered by Mitchell 1, which is
15  accessible only on a subscription basis.  An end user does not need to have a
16  handheld diagnostic unit to make use of ProDemand.  Owners of a Snap-on
17  handheld diagnostic unit still need to pay an additional subscription fee and open a
18  ProDemand account to make use of the ProDemand features.

19      45.     In addition to the proprietary data features discussed below,
20  ProDemand organizes and displays repair information from vehicle OEMs.  In
21  contrast to the proprietary data described above, this information comes directly
22  from the vehicle manufacturers themselves.  This OEM information includes
23  Technical Service Bulletins issued by the OEMs, repair instructions, and calibration
24  information for advanced driver-assistance systems ("ADAS").  Mitchell 1 has to
25  pay significant fees to license for most of this information.  Mitchell 1 spends ▮▮▮
26  ▮▮▮▮▮▮▮ on licenses to OEM repair information.

27      46.     Even with OEM records, Mitchell 1's team adds unique value by
28  organizing the data and displaying it in a consistent and user friendly format.

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

Mitchell 1 maps the OEM documents into its own proprietary data services.  As one example, when a technician searches a trouble code or symptom, Mitchell 1 will present the OEM's associated Technical Service Bulletins for the technician's review, along with the relevant OEM repair information.

47.    Mitchell 1 also organizes OEM data so that it is presented to the technician in a user-friendly, consistent fashion regardless of which vehicle manufacturer the OEM data comes from.  For example, if a user wants to learn about all of the ADAS information for a vehicle, that user would normally have to search for individual items, such as the front view camera, adaptive cruise control, or other sensors on the car.  Each manufacturer organizes its information differently.  ProDemand organizes all of the ADAS information into a single category and includes it in one place, and it does this consistently for each vehicle manufacturer so that the information is easy to locate.  Mitchell 1 also ensures that the same taxonomy can be used across manufacturers, regardless of whether OEMs use different terms for the same component. Mitchell 1 has a team of over 50 people responsible for sorting through all of the OEM data, continually updating it, and organizing it in this manner.

48.    ProDemand also offers access to some of the same proprietary data features described above for the handheld diagnostic unit.  Because ProDemand operates through a browser interface rather than a live OBD-II connection to a vehicle, some of the features are necessarily unavailable.  ProDemand does not offer the Smart Data PIDs displays as these features require live vehicle communication.  It also does not offer access to the "functional tests" that are available to users of the handheld diagnostic devices.

49.    ProDemand does allow a user to access Top Repairs, Real Fixes, and Component Tests.  These are depicted below for a P0446 error code on a 2001 Chevrolet Tahoe, for the ProDemand interface.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16

17       50.    ProDemand also contains a Top 10 Repairs feature, which reports the

18   most common symptoms, diagnostic trouble codes ("DTCs") and most commonly

19   replaced components for a particular vehicle year, make, model, engine and trim

20   (irrespective of the presence of a trouble code or symptom).  This information

21   streamlines a technician's troubleshooting and also allows shops to provide

22   customers with proactive maintenance suggestions to avoid future part failures.  A

23   screenshot of the Top 10 Repairs for a 2015 Toyota Highlander appears below.  The

24   Top 10 Repairs feature is only possible thanks to our experts and billions of repair

25   records.

26
27
28



## **TruckSeries**

51.     As a separate product line from its light vehicle repair information, Mitchell 1 offers proprietary repair information for commercial trucks through its web-based TruckSeries product.  TruckSeries requires a separate subscription from ProDemand.

52.     Trucks fall into various classifications, usually based on the maximum loaded weight of the truck.  Trucks fall into one of eight classifications:  light trucks (Classes 1-3), and medium and heavy duty trucks (Classes 4-8).  Mitchell 1's TruckSeries product provides repair and troubleshooting information for most makes of trucks in Class 4 through 8, from 1990 forward.

53.     Mitchell 1 has invested enormous time and resources to develop its proprietary TruckSeries product, which was first released in 2006.  Rather than finding diagnostic and repair information in lengthy repair manuals from each original equipment manufacturer, Mitchell 1's system allows technicians to quickly

access relevant and applicable diagnostic and repair information, and to return specific information to facilitate repairs.

54.     Similar to ProDemand, TruckSeries is a web-based interface that is offered by Mitchell 1.  It requires a separate paid subscription from ProDemand.  It does not require a handheld diagnostic unit to use.  However, unlike ProDemand, where repair information comes from the OEMs and is licensed, nearly all of the repair information is authored by us.  Some of this information is based on guidance provided by the OEMs.

55.     A user who wants to quickly identify the problem that a truck may be experiencing can use our feature, Top Search Lookups.  This feature will display the top ten searches that users have performed for problems that they are experiencing on a truck with a particular configuration, giving the technician insight into the most common problems the truck has experienced.  The Top Search Lookups is regularly updated as technicians make use of TruckSeries.

56.     Most of the rest of the features that we offer are tailored to the particular trouble code or symptoms that the technician has observed with the truck. Some of these features include:

Testing: The Testing feature provides a step-by-step narrative on how to diagnose and test the problem.

Photos: The features Component Connector and Component Location provide high resolution photographs and CAD drawings that have been created by Mitchell 1 and have been highlighted, color-coded, and labeled where appropriate to display the component and where it fits within the car. These pictures are original to Mitchell 1.

Interactive Wiring Diagrams: These are interactive, original wiring diagrams that contain links to other relevant portions of TruckSeries' data to make troubleshooting and repairs easier.

Labor Time: Mitchell 1's experts have prepared estimates of how much time they believe that a repair should take.  Unlike automotive manufacturers, heavy truck manufacturers generally do not publish a time for how long they believe a particular repair should take (though sometimes they will state the time for which they will pay the dealer for a repair covered by the warranty). These estimates are unique to Mitchell 1.

57.    TruckSeries also includes the following content: ADAS reference tables, torque specifications, step-by-step guidance on how to remove and replace parts, and after repair information describing steps that need to be taken once the repair is completed.

58.    TruckSeries includes a code diagnostics feature, called RepairConnect, that allows technicians to enter a vehicle (or enter the VIN for a particular vehicle), along with a diagnostic trouble code, and receive specific repair procedures for the vehicle's problem.

59.    The content in TruckSeries is proprietary to Mitchell 1.  Unlike in the light vehicle space, Mitchell 1's editors and vendors prepare nearly all of the repair information rather than combining OEMs' information with Mitchell 1's proprietary diagnostic and repair information.  TruckSeries contains a small amount of licensed content from a small number of OEMs who also manufacture light vehicles.

**Mitchell 1's and Snap-on's Years of Development of Proprietary Data**

60.    Transforming Mitchell 1's billions of repair records into searchable, usable data has been an enormous undertaking.  Creating the databases is not just a matter of reading all of the data that is gathered through the Manager software.  For this data to be useful, our databases must be able to associate specific symptoms or trouble codes with specific repairs and component failures, and to associate those pieces of information with the repair, diagnostic, and test information to display to the technician.  But the underlying service records are prepared by shop service

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

1   writers who often use different naming conventions for vehicle components, and
2   who often use shorthand or introduce typographical errors or phonetic spellings of
3   vehicle components.  Some service writers are English as a second language
4   speakers and may use unpredictable spellings and sentence structures.  Other
5   records are simply incorrect.  As a result, identifying particular components,
6   symptoms, or fixes in a service record can be exceptionally complex.  For instance,
7   "oxygen sensor," "O2 sensor," "lambda sensor," and "HO2S," and an additional
8   *thousand*-plus other terms and recognized misspellings all refer to the same
9   component.

10   61.   Around 2012, we formed a special team of developers, experts, and
11   editors to solve the problems presented by these service records.  They worked to
12   categorize various terminologies, link related concepts, and decide on what
13   language we will use across our products.  Based on this work we embarked on a
14   comprehensive taxonomy and ontology project to organize repair terminologies
15   across all vehicle makes, models and engines systems in our databases.

16   62.   Reviewing, analyzing, and organizing our proprietary data so that it
17   can be displayed in a user-friendly form has taken years, and still requires constant
18   human review.  In tandem with this review, we (along with an outside technology
19   partner) worked to develop a proprietary artificial intelligence ("AI") algorithm to
20   employ machine learning and natural language processing for processing repair
21   records.

22

23

24   63.   We have put an immense amount of effort into creating our Top
25   Repairs feature. For example: this feature displays the Top Repairs for relevant
26   trouble codes on every make, model, and engine level for each vehicle that is
27   included in our databases, for the different mileage levels of that vehicle.  This took
28   years to create.  We leveraged the billions of repair records that we have, combined

1    with the expert review and analysis of that data, to create a unique tool that allows a

2    technician to immediately zero in on the most likely sources of the problem the

3    vehicle is experiencing.

4         64.    We also invested years in developing the Smart Data functionality.

5    Properly-filtered PID data is valuable to technicians because it provides real-time,

6    objective information for various aspects of the vehicle's operation.  But a vehicle

7    may display hundreds of PID sensors, most of which are not relevant to any given

8    problem.  Moreover, technicians typically have no effective way of knowing

9    whether each of the PID values being reported by the car is within the acceptable

10   range.  This results in data pollution, making it difficult to diagnose a car with its

11   sensor data.

12        65.    To overcome PID data pollution, our experts spent years organizing

13   our data for use by repair technicians.  ████████████████████████████████

14   ████████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████

17   ████████████████████████████████    By utilizing our metadata structure

18   the Smart Data function is able to provide curated PID sensor data for only the most

19   relevant components.

20        66.    To make our data even more useful, Snap-on has analyzed PIDs and

21   over 200 billion data frames through a combination of human expert analysis and

22   machine learning to determine the normal distributions of PID data, in order to

23   identify minimum and maximum accepted values, and a "known good" range that

24   our handheld diagnostic tool automatically compares to PID data received from the

25   vehicle.  This initial process involved millions of dollars in resources.  Snap-on's

26   data continues to be constantly tuned by its subject matter experts.  Snap-on's

27   min/max PID data, and the metadata needed to present that PID data in response to

28

particular vehicles and symptoms, is highly proprietary and, is of immeasurable competitive value to Snap-on.

67.     Our software engineers have also developed custom code to organize data requests from products to our data servers.  Invisible to the user, the software formats a user's request for our proprietary data and repair information into a "call" or "query string" that will be recognized by the application programing interface ("API") for our data servers.  The query contains identifying information for the particular vehicle at issue, as well as data on the problem with the vehicle.  These query strings are created by, and unique to, us and based on our software engineers' decisions for naming and categorization of the underlying vehicle characteristics. Instructions for formatting these query strings are contained in the software code for the handheld diagnostic unit.  In response to a valid query string, our servers will send the handheld diagnostic unit a package containing the relevant data.

**Data Protection**

68.     Because our proprietary diagnostic and repair information is so important to the company, we have put in place many measures to make sure it remains confidential.  The core commercial value of our products lies in the uniquely comprehensive coverage and the broad scope of our combined data, covering diagnostic and repair information for vehicles going back over 20 years. While end users can make individual queries in the system (subject to the agreements discussed below), this combined data as a whole is not accessible to them.  Our products do not allow users to comprehensively pull batches of information about, for example, all of the different repairs for multiple cars or multiple trouble codes.

69.     Internal access control:  Mitchell 1 and Snap-on employees who work with our repair information must agree to confidentiality policies with restrictions on the use and disclosure of confidential business information and comply with the confidentiality provisions within various documents outlining the company's

1   standards.  Among other things, these employees must sign a confidentiality

2   agreement governing treatment of our proprietary information, technical data, trade

3   secrets, and other confidential information

4       70.   We also train our employees in the proper handling of our confidential

5   information, which would include our repair data. Each year we distribute required

6   training modules that include information security, cyber security, and the

7   protection of data and intellectual property, including through our Legal and Ethics

8   Resource Network ("LERN").

9       71.   We store our proprietary repair information on password-protected

10  servers, which are accessible only by those with a need to use them.  Simply being

11  connected to our internal network is not sufficient to access our proprietary

12  datastores—instead, even our internal users need special access permissions.

13  Visitors to company facilities must sign in and be escorted when they go through

14  our buildings.

15      72.   <u>Commercial use</u>:  We do not license our comprehensive data set to

16  anyone. ████████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████████████████

19  ████████████████████████

20      73.   <u>Snap-on handheld diagnostic units</u>:  Snap-on implements data

21  protection measures to authenticate legitimate device usage and prevent

22  unauthorized actors from retrieving data from its servers.  Snap-on's security

23  process is designed to require physical possession of a Snap-on handheld diagnostic

24  unit with valid authenticating credentials.

25      74.   Prior to obtaining any diagnostic data from Snap-on's servers, each

26  device must pass authorization and authentication challenges.

27      75.   In order to pass authentication, ████████████████████████████

28  ████████████████████████████████████████████████████████████████████



76.

77.

78.     All communications between the Snap-on handheld diagnostic device and the authentication server are encrypted.

79.     Further, as described above, the proprietary diagnostic information features work only when the handheld diagnostic unit is connected to an OBD-II port and reading trouble codes.  Practically speaking, this means that the user must either be physically connected to each vehicle subject to an information request, or have built a vehicle simulator device for each vehicle, with active trouble code(s).  Such simulators are not commercially available but built by vehicle communication engineering groups.

80.     Even with these layers of security in place, Snap-on still does not provide users with access to more data than is necessary to perform the repair(s) at issue.  The diagnostic unit only displays information relevant to the particular trouble code(s) detected on the vehicle.  Moreover, Snap-on does not display its

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

highly proprietary PID min/max data to the user at all.  Rather, the handheld diagnostic unit identifies specific PID values that exceed the known good range turn a flag red without showing the user what that range is, as depicted in paragraph 38 above.

81.    In addition, users who purchase a Snap-on handheld diagnostic device from its franchisee network are subject to a EULA.  Snap-on products are generally sold via a distribution model. Snap-on franchisees or Snap-on employees will sell the ZEUS diagnostic device directly to end user technicians or shops.  Generally, the franchisee selling a diagnostic tool will explain and/or present the EULA to the customer, and will agree to the EULA on their behalf.  Future software updates also require acceptance of the EULA.  Because software bundles expire, and the device authentication requires a software bundle version within the current range, users must agree to the EULA to maintain their access to Snap-on's servers.

82.    The terms and conditions of use of the device are also referenced, along with a URL for the EULA, on the splash screen every time the user opens the Snap-on diagnostic tool's software.  The splash screen states "Use of Software is governed by the terms and conditions of the End User License Agreement."  A true and correct screenshot of that splash screen is attached to this declaration as Exhibit 6.

83.    A true and correct copy of Snap-on's EULA is attached as Exhibit 7. That EULA cautions that "[t]he Software in this package is a proprietary product of Snap-on and is protected by copyright law, as well as other intellectual property laws."  (Exhibit 7 at 1.)

84.    The EULA lists "Prohibited Uses," including that the user may not:

"(i) copy the Software into any machine readable or printed form for backup or archival purposes; (ii) modify, merge, translate, decompile, reverse engineer, disassemble, decode, or otherwise alter or attempt to derive the source code of the Software; (iii) use the Software on more than one

computer at the same time; (iv) separate the Software's component parts for use on more than one computer; the diagnostics tool for which it was intended (v) transfer, assign, rent, lease, sell, or otherwise dispose of the Software on temporary or permanent basis except as expressly provided herein; (vi) use the Software in any outsourcing, timesharing or service bureau arrangement; and/or (vii) provide, disclose, divulge or make available to, or permit use of the Software by any third party without Snap-on's prior written consent." (*Id.*)

85.     The EULA also provides that "[y]ou will not remove any proprietary notices from the Software and will include such notices on any authorized copies of the Software." (*Id.*)

86.     <u>ProDemand and TruckSeries</u>:  For Mitchell 1's web-based ProDemand and TruckSeries repair information products, all users must have an active subscription, along with user credentials tied to that subscription.  In order to access ProDemand or TruckSeries, the user typically must have a valid username and password.

87.     Data transferred between the user and ProDemand or TruckSeries (and vice versa) is encrypted through HTTPS encryption.

88.     Mitchell 1 has an anti-piracy team responsible for monitoring account access and usage and preventing misuse of its services.  This team monitors server traffic for, among other things, suspicious or inconsistent IP addresses using an account, or unusual account access patterns that are indicative of unauthorized use.

89.     The anti-piracy team will investigate suspicious account traffic and, if it is unable to confirm that the account is being used consistently with the EULA, will reset the account's credentials, block suspect IP addresses, or otherwise escalate the issue as appropriate.

90.     Mitchell 1 account holders must sign a EULA when placing an order for an account subscription.

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

91.    The 2016 version of the Mitchell 1 EULA grants

"a personal, nonexclusive, nontransferable, limited license to access and use the executable version of the applicable Product during the applicable Subscription Period purchased by Customer solely for the purpose of: (i) providing vehicle mechanical services; (ii) estimating vehicle mechanical parts and labor cost estimates; and (iii) conducting vehicle shop management. Unless the Order Form specifies otherwise, the license shall be for one location; with location referring to a distinct building or site. If the Order Form authorizes more than one user, then the number of users shall be limited to the number set forth on the Order Form . . . .". (Exhibit 3 at § 4(a).)

92.    The 2016 version of the Mitchell 1 EULA further provides:

"Customer acknowledges and agrees that the Services and Product that is comprised of software, equipment and data, together with such other materials, data and information that Customer has access to or receives from Mitchell 1 (all such information and materials collectively called "Proprietary Materials") are the unique, valuable, confidential and proprietary product of Mitchell 1 and contain substantial trade secrets of Mitchell 1 and are entrusted to Customer in confidence to use only as expressly authorized in this Agreement. Customer shall, and shall cause its employees and any other third party, including its independent contractors, representatives, affiliates and agents, who, with the express consent of Mitchell 1, has access to such Proprietary Materials to keep all Proprietary Materials confidential and shall not disclose or permit access to the Proprietary Materials to any person or entity other than its employees for the purpose of attaining the objects of this Agreement; and to not use the Proprietary Materials for any purpose other than as expressly permitted herein. . . . Customer agrees that such software, equipment and data and any portions of the Products not available to the general public may not be disclosed to others, copies, reproduced, disseminated, broadcast, displayed, reverse engineered, disassembled, compiled or used for any purpose other than as specifically permitted under this Agreement. . . . Customer's obligations under this Section 9 shall survive termination or expiration of this Agreement.". (*Id.* at § 9.)

## **Recent Intrusions into Our Servers**

93.    The servers that host our diagnostic proprietary data and our Mitchell 1 repair information and proprietary data are located in San Diego, California, ███████

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. All of these servers are

3 connected to the Internet.

4      94.   Beginning in mid-November 2020, we detected unusual, performance-

5 impacting spikes in network traffic. Our IT Operations Manager reported,

6 "performance impacting spikes were noticed on the ML Servers" and that as of

7 November 2020 the IT team's assessment was that the observed lookups of our

8 proprietary information were consistent with "automated" activity. A true and

9 correct copy of this email chain is attached as Exhibit 8. While this email refers to

10 traffic on October 13, 2020, I have spoken with Mr. Des Lauriers and confirmed

11 that this was a typographic error and refers to November 13, 2020 traffic. ▮

12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15 ▮▮▮▮▮▮▮.

16      95.   Legitimate users' access to our data servers does not typically cause

17 spikes in server traffic of this nature. A technician fixing a car will typically look

18 up service information or a particular repair procedure, trouble code or symptom

19 and will linger on the material relating to that code for at least a few minutes,

20 reviewing the different categories of information relating to the diagnosis and repair

21 of the issue. They will step away from the system for a time to work with the

22 vehicle. They might then return and move on to a small number of problem codes

23 for that same car, as often more than one trouble code will be triggered. But they

24 will not systematically run through numerous vehicle systems or trouble codes for a

25 particular make and model of a vehicle, or look through vehicle after vehicle for

26 information relating to a system or a particular trouble code. For our diagnostic

27 devices in particular, it would not be possible to quickly move from the trouble

28 codes from one vehicle to another to another, or to a large number of trouble codes,

1  as the device is designed to display information only for the active trouble codes for

2  the vehicle that is actively connected to the device.

3      96.    Notwithstanding our active blocking of IP addresses, the intrusions

4  continued into November 2020 with increasing severity.  Customers began to

5  complain that they were being locked out of their devices and could not access the

6  proprietary diagnostic services.  This appeared to be happening because the bad

7  actor was submitting the serial numbers of devices used by legitimate ██████

8  ████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████

10 █████████████████████████████████

11     97.    By mid-November, this traffic was becoming so intense that it

12 constituted a significant portion of the traffic through our San Diego data centers.

13 Randy Bislew, Mitchell 1's Senior Information Technology Manager, reported that,

14 as of November 13, "the data services have been under attack" with data service

15 hits of 1.6 million, 2.2. million, and 1.8 million over the prior three days.  A true

16 and correct copy of this email is attached as Exhibit 9.  On November 12, between

17 2:00 and 3:00 am PT, our team observed over 200,000 requests; and on November

18 13, between 2:00 and 3:00 am PT, our team observed over 600,000 requests.  A

19 true and a correct copy of an email with the underlying execution counts for these

20 requests is attached as Exhibit 10.

21     98.    Our IT team also reported in this timeframe ████████████████

22 ████████████████████████████████████████████████████

23 ████████████  (Exhibit 8 at 2.)  The intrusion attempts had become so severe that,

24 over the four days of the Thanksgiving holiday, we had to shut down access to our

25 diagnostic data servers worldwide ████████████████████████████████

26 ████████████████████████████████████████████████████

27 ██████████████  in order to protect our data.  At that time ████████████

28

1   ████████████████████████████████   and they were deprived of access to

2   our data servers as a result.

3       99.    Snap-on engaged outside data security counsel and Mandiant, a

4   cybersecurity firm, to conduct an investigation over these intrusions.  However, at

5   this time, we were not able to identify the bad actor.

6       100.   We continued shutting down these data services over the next several

7   weekends, and then moved to periodic blocking ██████████████████████████

8   ████████████████████████████████████████████████████████████████████

9   ███████████████████   This again interfered with the ability of technicians across

10  the world to diagnose and repair customers' vehicles. Our servers can generate

11  Internet Information Services ("IIS") logs of activity.  Our normal practice had been

12  to maintain these IIS logs only for a period of a few days because they are so

13  voluminous.  However, beginning on November 21, 2020, we began maintaining

14  copies of these logs.  For the period of November 21 to December 21, 2020, we do

15  not have consistent daily IIS logs, and I understand that we are missing logs, from

16  at least December 10-11, December 13-14, and December 18.

17      101.   On about December 7, 2020, we began generating daily reports

18  designed to show instances where multiple devices appeared to be making requests

19  for repair and diagnostic devices through a single IP address. (Each device is

20  identified by its own unique serial number.)  These daily reports reflect a significant

21  amount of bad actor activity during the month of December on dates for which we

22  do not have IIS logs.  Exhibit 11 contains what I am informed and believe to be true

23  and correct copies of our daily reports for the night of December 10-11, 2020; the

24  night of December 13-14, 2020; and the night of December 17-18, 2020.  For

25  example, the report for the night of December 10 through the morning of December

26  11 shows that at one time there were up to 45 device serial numbers making data

27  requests from each of 4 different IP addresses.

28

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

102.   This is very abnormal traffic for us and is a telltale sign of high volume, bad actor activity.  It was especially abnormal because many of the IP addresses contacting our servers were geolocated in China.  Although we have our own development team in China, we do not sell our ZEUS diagnostic device and repair information products in China.

103.   We began adding additional security mechanisms on our ZEUS devices and network as a result of these intrusions, as well as additional monitoring functions to allow more detailed tracking of network activity.

104.   We initially blocked all suspected IP addresses at the firewall level.  On December 28, 2020, we unblocked these addresses and began sending "confused," randomized data associated with different makes and models of vehicles, rather than the actual data requested by those IPs.

105.   Despite our efforts to modify our security measures to block the bad actor, it would continue to try to circumvent our access restrictions.

106.   In May 2021, our anti-piracy team received a monitoring report showing other  activity connected to ProDemand account access.    Upon learning of this information, Snap-on engaged an independent forensic expert, via outside litigation counsel, to investigate these matters further.

107.   Every TruckSeries and ProDemand account has a "ship to," "bill to," and "tech account(s)" associated with it, which contain information that we use to communicate with and bill our customers.  Attached as Exhibit 12 is a true and correct copy of an online order for Tom Machine Equipment Repair placed with us by Levan Meishvili reflecting the billing address and email address for Tom Machine Equipment Repair.  Attached as Exhibit 13 is a true and correct copy of our internal record showing the technicians associated with the Autel US ProDemand account.  These are technicians that Autel US has given permission to

access its ProDemand account.  Attached as Exhibit 14 is our internal record of a technician account that was opened by Maurice Miller.  Attached as Exhibit 15 is a true and correct copy of the International Automotive Technicians Network website appearing at https://iatn.net/directory/usa/new-york/farmingdale.  Attached as Exhibit 16 is a true and correct copy of the website appearing at https://www.3si.org/threads/snap-on-modis-11-2-for-sale-for-cheap.627994/.

108.   On July 12, 2021 following the conclusion of our outside litigation counsel's initial investigation into Autel access to our data, we blocked Autel's business IP addresses from connecting to our servers.  On July 14, 2021, we terminated Autel's ProDemand account and Tom Machine and Equipment Repair's TruckSeries account, which would take effect the morning of July 15.

109.   The IT and anti-piracy resources that we have expended to date as a result of this malicious activity far exceed $5,000.

### Harm to Snap-on and Mitchell 1

110.   It would be impossible to calculate the full extent of harm that a competitor's theft of our proprietary diagnostic and repair information would cause.

111.   The diagnostic space is extremely important to Snap-on's overall business, and is an aspect of our business that we prominently promote.  As just one example, the front page of Snap-on's company-wide 2018 Annual Report, which is directed to the public and Snap-on's investors, highlights Snap-on's diagnostic services.



112.   In 2020, Snap-on's Repair Systems and Information Group, which is responsible for diagnostic and repair information products, generated $1.24 billion in revenue, or 28% of Snap-on's overall revenue.

113.   No competitor offers a diagnostic product comparable to what we offer, and I am not aware of a competitor that could create such products through legitimate means.  Our products incorporate over 25 years of Manager data, consisting of billions of repair records and over 200 billion frames of PID data. This collection of proprietary data gives Snap-on and Mitchell 1 a unique competitive advantage and positions us as the only company that offers such a depth of real-world repair information.

114.   Manager is the most popular shop manager and service writing software in the industry by far, and we have been collecting this data for many years.  It would not be possible for a competitor to legitimately collect a comparable volume of data for all of the vehicles that are included in our databases. As I described above the average age of the most commonly repaired cars today were built between 2005 and 2012.  We have a head start of 16 years on the repair information for these vehicles.

115.   Beyond the sheer volume of data, other companies are also unable to match the accuracy and usability of our repair and diagnostics offerings.  These products are the result of at least hundreds of person-years of work by hundreds of expert technicians, editors, and engineers to create a proprietary framework of taxonomy and metadata linking billions of data points, including through use of a custom AI, and to create the hardware and software platforms, and the ProDemand, TruckSeries, and diagnostic device customer base that have been necessary to create our diagnostic and repair offerings.  Even if a competitor could somehow legitimately gain access to a comparable amount of repair data, it would take that competitor many years to catch up.

116.   This data, and the extraordinary amount of effort that has gone into parsing through the data, analyzing it, and organizing it, distinguishes our product from other diagnostic and repair information products on the market.  This proprietary content is combined with millions of Real Fixes and troubleshooting tips, which represent years of effort from Snap-on experts and editors, capturing the experts' experience and knowledge.

117.   In our products this proprietary data is combined with comprehensive access to OEM information ████████████████████████, uniquely organized and married with our proprietary created data.  This combination contributes to our unique competitive advantage.  Obtaining such a broad scope of licensed material itself for use in a product such as ours is not a trivial task ████████████████████████████████████████████ ████████████████████████████████████████████ ████████   This OEM information is also important information for automotive technicians that contributes to the value of our product, and it would provide our competitors with an unfair advantage if they could make use of this same information without having to license it.

118.   Because of the extraordinary difficult of collecting this data and then analyzing and organizing it, we fully expect to maintain our competitive advantage in the market for many years.  If a competitor like Autel were to make use of our data to compete with us, or to disclose our proprietary data to the public or to third parties, that unique competitive advantage would be lost.  Our data, and all of the insights that went into analyzing and organizing that data would no longer be exclusive to us.  It would be impossible to fully compensate us for the extent of that loss.

119.   Moreover, for the PID data, the individual minimum and maximum "known good" values for a particular vehicle are not disclosed to end users and are maintained in confidence.  Determining these values required additional years of effort and analysis, and again, represent a set of data that no other competitor has. But the confidentiality of this data will be destroyed if Autel were to disclose it, and our competitive advantage will be lost if they can make use of it.

120.   Likewise, Mitchell 1's TruckSeries product reflects years of effort in assembling expert repair information, high resolution component photos, wiring diagrams, and labor time estimates.  I believe we have the most complete medium and heavy-duty truck repair product on the market.  The compilation of this data is of great competitive value to Mitchell 1.  There are comparatively fewer makes, models, and engines for trucks as compared to light vehicles, and the data set is smaller than for automotive vehicles.  Further, given the nature of truck repairs, TruckSeries has lower volume usage than ProDemand.

121.   The harm to Snap-on's and Mitchell 1's business reputation from a competitor's use or disclosure of its automotive or truck diagnostic and repair information would be significant and impossible to fully calculate.  We have made a deliberate strategic choice, and significant investment of time and money, to position ourselves at the forefront of automotive diagnostics and repair information technology and as an industry leader in technological, data-based solutions.  Much

Decl. of Bradley Lewis ISO TRO and OSC Re: PI
Case No. 3:21-cv-01339-CAB-BGS

1    of that is based on our unique possession of this extensive, comprehensive set of

2    data. Our reputation would be severely harmed if other companies can now make

3    use of it.

4

5         I declare under penalty of perjury under the laws of the United States that the

6    foregoing is true and correct.

7

8

9         Executed in Chicago, Illinois, on this 28th day of July, 2021.

10

11

12                        BRADLEY LEWIS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28