# TABLE OF EXHIBITS (PUBLIC)
*(Pursuant to L.R. 5.1(e))*

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1 | County of San Diego Mitchell 1 Day Proclamation | 38 |
| Exhibit 2 | 2016 Mitchell 1 Order Form (signed) | 40 |
| Exhibit 3 | 2016 Mitchell 1 Order Form | 43 |
| Exhibit 4 | 2020 Mitchell 1 Order Form (signed) | 48 |
| Exhibit 5 | 2020 Mitchell 1 Order Form | 51 |
| Exhibit 6 | Snap-on Device Splash Screen | 55 |
| Exhibit 7 | Snap-on EULA | 57 |
| Exhibit 8 | November 25, 2020 IT email | 64 |
| Exhibit 9 | November 13, 2020 IT email | 65 |
| Exhibit 10 | November 25, 2020 IT email | 67 |
| Exhibit 11 | Daily Report emails for December 10-11, 13-14, and 17-18, 2020 | 68 |
| Exhibit 12 | Tom Machine account information | 69 |
| Exhibit 13 | Shop Profile Manager for Autel US Inc. | 71 |
| Exhibit 14 | Mitchell 1's ShopKey record | 73 |
| Exhibit 15 | Website appearing at https://iatn.net/directory/usa/new-york/farmingdale Farmingdale, New York's iATN Member Directory | 81 |
| Exhibit 16 | Website appearing at https://www.3si.org/threads/snap-on-modis-11-2-for-sale-for-cheap.627994/<br><br>3Si.org – Snap On Modis 11.2 for cheap | 84 |