# EXHIBIT 1

EXHIBIT 1
38



# County of San Diego California

## PROCLAMATION
### Presented by Vice-Chairwoman Dianne Jacob

# HONORING MITCHELL 1

**WHEREAS,** since its beginning in 1918, when the Reed Electrical Manual was published with the first-ever specifications & diagrams of automobile electrical systems, Mitchell 1 became a renowned resource for auto repair information; and

**WHEREAS,** with a proud heritage of innovation, leadership and dedication to excellence, Mitchell 1 has been accelerating the vehicle repair process for 100 years; and

**WHEREAS,** the Mitchell Manuals, first published by Glenn Mitchell in 1946, were the first-ever collision estimate guides to feature parts numbers, illustrations and prices; and

**WHEREAS,** Mitchell 1 has a history of leading the automotive aftermarket with industry firsts, including On-Demand®, the first PC-based repair information product for auto repair shops (1989), and Series 1, the ground-breaking Windows-based shop management system (1995); and

**WHEREAS,** Mitchell 1 has continuously evolved with technology and expanded its offerings with the aftermarket's first online resource for heavy-duty truck repair information as well as comprehensive marketing services for auto repair shops, and many other solutions to help service professionals; and

**WHEREAS,** the County of San Diego is committed to recognizing and honoring those businesses that best represent the region, and Mitchell 1 is one such worthy business; **NOW THEREFORE,**

**BE IT PROCLAIMED** by Chairwoman Kristin Gaspar and all members of the San Diego County Board of Supervisors that they commend **MITCHELL 1** for 100 years of outstanding service and commitment to area residents, and do hereby declare this 8th day of March 2018 day to be **"MITCHELL 1 DAY"** throughout San Diego County.



*Gregory R. Cox*
Supervisor 1st District

*Dianne Jacob*
Supervisor 2nd District

Supervisor 3rd District

Supervisor 4th District

*Bill Horn*
Supervisor 5th District

EXHIBIT 1
39