# EXHIBIT 4

EXHIBIT 4
48

25393758

**Mitchell 1**

12.22.20.
OR

Make Checks Payable to MITCHELL 1

From the U.S.: MITCHELL 1 29029 Network Place, Chicago, IL 60673-1250   From Canada: MITCHELL 1 P.O. Box 15358 Station A Toronto, ON M5W 1C1 Canada

Federal ID No.: 33-0734307   GST No: 888262094RT0001

Correspondence to: MITCHELL 1 16067 Babcock Street, San Diego, CA 92127-3896 Ph# (888) 724-6742

## US/CN ORDER FORM with Order Terms          ORDER #

NEW ACCOUNT?  ☐ Yes  ☑ No    Has Info Changed?    SHIP TO  ☐ Rep  ☑ Customer  ☐ Other

| SHIP TO #: 1033986 | CRP ID: | ASSOC MEMBER #: | PDG or Lead #: | DATE: 12/22/20 |

| CO NAME: AUTEL US INC. | OUT OF TERRITORY? (if yes, needs RSM approval)  Y ☐  N ☑ |

ATTENTION: Shuk Hung     FIELD REP # (6 digit account) 669155

ST ADDRESS: 175 CENTRAL AVE STE200     FIELD REP NAME: HOWARD J

CITY, ST, ZIP: FARMINGDALE, N.Y..11735     TM #    TM Rep Name

PH#: 855-288-3587   FAX#:     EMAIL: maurice@autel.com

☑ Bill to address is the same? If not, complete the following section.

BILL TO #:     CO NAME:

ATTENTION: Sh

**CC Monthly**

ST ADDRESS: 17

CITY, ST, ZIP: FARMINGDALE, NY, 11755

| PRODUCT | | QTY | NEW / REN | Subscription | Code | Term | Price** |
|---|---|---|---|---|---|---|---|
| Select Product | ▼ | ▼ | | | | ▼ | |
| 5 EXTRA USERS FOR PRODEMAND | ▼ | 5 ▼ | ✓ | | $15 EACH XUSER | 12M ▼ | 75 |
| | ▼ | ▼ | | | | ▼ | |
| | ▼ | ▼ | | | | ▼ | |
| | ▼ | ▼ | | | | ▼ | |
| Type Other | | ▼ | | | | ▼ | |

**PAYMENT OPTIONS:** Terms & Conditions (see End User License Agreement):
Customer is responsible for all applicable state or local taxes.

**DIRECT DEBIT** — I authorize Mitchell 1 to enroll me in the Direct Debit or credit card payment plan to enable the automatic payment of my Mitchell 1 monthly bill **OR** I agree to change my existing monthly automatic payment by the amount of this order. I authorize the financial institution name below to charge my account for payment of my Mitchell 1 bill.

Check one of the payment methods below:

☐ Direct Debit (attach voided check)  ☑ Credit Card  Card # ███████ 1001  Exp: 11/24

Name on Card: Shuk Hung

Signature: X Shuk Hung     Date: 12/22/20

| Subtotal | 75 |
| +TAX* if applicable | 6.47 |
| TOTAL | 81.47 |

*If tax exempt, you must attach exempt certificate.
**Pricing good for 30 days excluding promotional pricing which expires at the end of the stated promotional period. Promotional pricing returns to list pricing in renewal term.

Remit Payment to Mitchell 1.

| FIRST MONTH OR FULL PAYMENT | Check (Ck # ) | Amt | ) | P.O. # |
| | Credit Card  Card #: | Name on Card: | | Exp: |

SPECIAL INSTRUCTIONS:

THE UNDERSIGNED AGREE TO THE TERMS AND CONDITIONS SET FORTH ABOVE AND HAVE RECEIVED AND ACCEPTED THE MITCHELL 1 ORDER TERMS AND CONDITIONS, IN WITNESS THEREOF, THE PARTIES HERETO HAVE EXECUTED THIS AGREEMENT ON THE RESPECTIVE DATE INDICATED ABOVE. CUSTOMER AGREES TO RECEIVE PROMOTIONAL E-MAILS FROM MITCHELL 1. IF CUSTOMER WOULD PREFER NOT TO RECEIVE PROMOTIONAL E-MAILS FROM MITCHELL 1, PLEASE VISIT OUR WEBSITE www.mitchell1.com/unsubscribe TO UNSUBSCRIBE.

End User/Owner Signature X _____   Print Name MAURICE MILLER   Title DIRECTOR Tech Support

This agreement may be cancelled within 30 days without penalty by calling 888-724-6742.

Electronic Signatures. Each party agrees that the electronic signatures, whether digital or encrypted, of the parties included in this Agreement are intended to authenticate this writing and to have the same force and effect as manual signatures. Electronic signature means any voice recorded or electronic sound, symbol or process attached to or logically associated with a record and executed and adopted by a party with the intent to sign such record, including facsimile, telephone recording or e-mail electronic signatures.



B.Aficial

EXHIBIT 4
49

Unless the Order Form specifies otherwise, the license shall be for one location, with location referring to a distinct building or site. If the Order Term authorizes more than one user, then the number of users shall be limited to the number set forth on the Order Form. As it pertains to the shop management software, an additional license is required for each additional computer the application is installed on beyond the host machine. The Mitchell 1 Services and Products are not sold or transferred and Mitchell 1 retains ownership of all right, title, and interest in and to the Services and Products and all copies thereof, including, any software applications or content. Except for the rights expressly granted in the Agreement, Mitchell 1 grants no right, title, or interest to Customer in any of the Products or Services or any part thereof.

5. **Export Control.** Mitchell 1's products may be subject to U.S. export and re-export control laws and regulations or similar laws applicable in other jurisdictions, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State. Customer hereby represents and warrants that: (i) Customer is not located in any country to which the United States has embargoed goods or has otherwise applied any economic sanctions; and (ii) neither Customer nor any end-user is a denied party as specified in any applicable export or re-export laws or regulations or similar laws applicable in other jurisdictions. Customer agrees to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, Customer shall not, directly or indirectly, sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Mitchell 1 to any destination, entity, or person prohibited by any applicable laws or regulations of the United States or any other jurisdiction without obtaining prior authorization from the competent government authorities as required by those laws and regulations.

6. **Third Party Rights.** Customer hereby acknowledges and agrees that certain portions of the content or materials contained in the Products or Services may be licensed by Mitchell 1 from certain third parties (the "**Third Party Beneficiaries**"). The Third Party Beneficiaries are intended beneficiaries of the Agreement and may have the right to enforce the Agreement directly. Other than as expressly set forth above, the Agreement is not intended to, and affirmatively does not, grant rights to any other party or create any other third party beneficiary rights.

7. **Indemnification by Customer.** Customer hereby agrees to indemnify and hold Mitchell 1 and the Third Party Beneficiaries harmless from and against all damages, losses, and expenses of any kind or nature (including reasonable attorney fees and costs) arising out of or related to: (i) Customer breach of the Agreement or any part thereof; (ii) any activity performed by Customer that makes use of the Services or Products; (iii) Customer's wrongful or improper use of the Products or Services; and (iv) Customer's violation, actual or alleged, of any law, regulation, order, or the infringement or violation of any rights of a third party.

8. **Entire Agreement.** The Agreement constitutes the entire agreement between the parties regarding the subject matter hereof. This Agreement supersedes all prior agreements and understanding between the parties regarding its subject matter. A waiver of any right hereunder does not imply a waiver of any other rights and no waiver alternation modification or amendment shall be effective unless made in writing and signed by authorized representatives of the parties.

9. **Counterparts; Electronic Signatures.** This Agreement and the applicable Order Form(s) may be executed in one or more duplicate originals, all of which together shall be deemed one and the same instrument. Each party agrees that electronic signatures, whether digital or encrypted, of the parties included in this Agreement are intended to authenticate this writing and to have the same force and effect as manual signatures. Electronic signature means any electronic signature, symbol or process attached to or logically associated with a record and executed and adopted by a party with the intent to sign such record, including facsimile, e-mail, or electronic click-to-accept signatures. Order Forms for Services and Products provided electronically are accepted when Mitchell 1 sends Customer an electronic message confirming the Order Form. All other Order Forms for Services and Products not provided electronically are accepted upon shipment of the Products, licensed FCA shipping point. Order Forms for Services only are accepted when an authorized Mitchell 1 representative signs the Order Form.

10. **Disclaimer of Warranties.** OTHER THAN AS EXPRESSLY SET FORTH IN THE AGREEMENT, NEITHER MITCHELL 1 NOR ANY OF ITS AFFILIATES, SUPPLIERS, LICENSORS, OR THIRD PARTY BENEFICIARIES MAKE ANY SPECIFIC PROMISES, REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, ABOUT THE PRODUCTS OR SERVICES. THE PRODUCTS AND SERVICES ARE PROVIDED "AS IS". EXCEPT AS MAY BE PROHIBITED BY LAW, ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT, ARE HEREBY DISCLAIMED AND EXCLUDED.

11. **Privacy.** Mitchell 1's privacy policy explains how Mitchell 1 treats your personal data and protect your privacy when you use the Products or Services. By using the Products or Services, you agree that Mitchell 1 may use such data in accordance with the Mitchell 1 privacy policy.

End User Owner Signature

EXHIBIT 4
50