# EXHIBIT 5

EXHIBIT 5
51

| | | | | | | |
|---|---|---|---|---|---|---|
| Remit Payment To: | Make Checks Payable To Mitchell 1 | | | | | |
| From The US: | Mitchell Repair • 25029 Network Place • Chicago, IL 60673-1250 | | | | | |
| From Canada: | Mitchell 1 • P.O. Box 15358 • Station A • Toronto, ON M5W1C1 Canada | | | | | |
| Correspondence To: | 16067 Babcock St • San Diego, CA 92127-3690 • (888) 724 6742 | | | | | |
| Federal ID No.: | 33-0734307 • GST No. 888262094RT0001 | | | | | |

**Mitchell 1** — The First Choice of Automotive Professionals

| Account Number | | Ship To | | Date | 6/4/2021 |
|---|---|---|---|---|---|
| New Account | | Has Info Changed | | Order # | |

**SHIPTO INFO:**

| Company Name | | | Attention | | | | |
|---|---|---|---|---|---|---|---|
| Street Address | | | City | | ST/PROV | | ZIP |
| Street Address2 | | | Phone No. | | | | |

**BILLTO INFO:** Same as SHIPTO    EMAIL

| Account Number | | | | Phone | | Email | |
|---|---|---|---|---|---|---|---|
| Company Name | | | | | | | |
| Street Address | | | City | | ST/Prov | | Zip |

| USCORP | NONE | Level | None | CODE: | 0 | LEAD# | |
|---|---|---|---|---|---|---|---|
| CANCORP | NONE | SECONDARY PDG | | | | | |
| Sales Rep Number | | Inside Sales Rep | | BPS Sales Rep | | C # | |

| PRODUCTS | Description | QTY | Promo Code | Term | Add'l Users | Price** |
|---|---|---|---|---|---|---|
| ProDemand | | | | 12 | | |
| Manager SE | | | | 12 | | |
| ManagerSE Addons | | | | 12 | | |
| Pro Pack | | | | 12 | | |
| Mobile Manager Pro (must have ProPack) | | | | 12 | | |
| Transporter to SE | | | | 12 | | |
| Enterprise_Pro | | | | 12 | | |
| Enterprise Training | | | | | | |
| Conversion to Enterprise | | | | | | |
| ENT Optional Charges | | | | | | |
| RepairConnect Plus | | | | 12 | | |
| TeamWorks | | | | 12 | | |
| TruckWorks Plus | | | | 12 | | |
| TechWorks Plus | | | | 12 | | |
| TruckLabor Plus | | | | 12 | | |
| **Marketing Services - US ONLY** | | | | | | |
| SocialCRM | | | | 12 | | |
| ADDONS (Must have SocialCRM) | | | | 12 | | |
| Postcards (must have SocialCRM) | | | | 12 | | |

| Rental Pricing | | | | |
|---|---|---|---|---|
| Initial Monthly Payment (s) | | | I authorize Mitchell 1 to enroll me in the Direct Debit or credit card payment plan to enable the automatic payment of my Mitchell 1 monthly bill OR I agree to change my existing monthly automatic payment by the amount of this order. I authorize the financial institution name below to charge my account for payment of my Mitchell 1 bill. | |
| Subsequent Payments (pre-tax) | | | | |
| Additonal Users | | | | Direct Debit (Attach Voided Check)    Credit Card |
| Set Up /Activation/Training | | Signature | | |
| Tax* (Customer responsible for all applicable state/local taxes.) | | Name on Credit Card | | |
| | | Credit Card | | EXP |
| Government Full Pay Price | | * If Tax exempt, you must attach exempt certificate. | | |
| Total Due | | **Quote good for 30 days. Promotional price returns to list price in renewal term. | | |
| **Payment Type** | | | | |
| Check Number | | | | |
| Purchase Order Number | | | | |
| Credit Card Number | | EXP | Name on Card | |
| Special Instructions | Special Promo Code | | | |

THE UNDERSIGNED AGREE TO THE TERMS AND CONDITIONS SET FORTH ABOVE AND HAVE RECEIVED AND ACCEPTED THE MITCHELL 1 ORDER TERMS AND CONDITIONS. IN WITNESS THEREOF, THE PARTIES HERETO HAVE EXECUTED THIS AGREEMENT ON THE RESPECTIVE DATE INDICATED ABOVE. CUSTOMER AGREES TO RECEIVE PROMOTIONAL EMAILS FROM MITCHELL 1. IF CUSTOMER WOULD PREFER NOT TO RECEIVE PROMOTIONAL EMAILS FROM MITCHELL 1, PLEASE VISIT OUR WEBSITE www.mitchell1.com/unsubscribe TO UNSUBSCRIBE. Promotion pricing returns to list pricing in renewal term.

| End User/Owner Signature | | Print | |
|---|---|---|---|
| | | Title | |

**This agreement may be cancelled within 30 days without penalty by calling 888-724-6742.**

**Electronic Signatures.** Each party agrees that the electronic signatures, whether digital or encrypted, of the parties included in this Agreement are intended to authenticate this writing and to have the same force and effect as manual signatures. Electronic signature means any voice recorded or electronic sound, symbol or process attached to or logically associated with a record and executed and adopted by a party with the intent to sign such record, including facsimile, telephone recording or e-mail electronic signatures.

EXHIBIT 5
52

## Mitchell 1 Order Terms and Conditions

1. **Agreement; Order Forms.** The agreement between you ("**Customer**") and Mitchell Repair Information Company LLC ("**Mitchell 1**") includes: (i) these Mitchell 1 Order Terms and Conditions; (ii) the Order Form; and (iii) the End User License Agreement, as may be updated from time to time ("**EULA**") (collectively, the "**Agreement**"). Customer acknowledges and agrees that the Order Form and the registration, payment and other information submitted by Customer on the Order Form is complete and accurate. Any additional terms and conditions set forth on any customer quote, purchase order, or other written documentation from Customer shall be considered void and of no force and effect and are hereby expressly rejected.

2. **Services.** The Service(s), unless terminated earlier in accordance with the Agreement, will renew automatically on a month to month basis. 30-day notice is required to cancel during any renewal period. Notwithstanding anything herein to the contrary, if the Order From provides for a promotional term, the "**Initial Term**" and "**Renewal Term**" shall be the promotional term defined in the Order Form. The 30 day notice of cancelation stated above shall apply to any promotional term.

   **2.1 M1 Business Performance Services**

   2.1.1. **Overview.** If the Services include Customer Retention Marketing Service Reminders ("**CRM**"), Target Market Promotions ("**TMP**"), **Website** or other services offered by Mitchell 1 from time to time as further specified on the Order Form (hereinafter individually or collectively referred to as "**Service(s)**") **Section 2.1.1** through **Section 2.1.4** apply respectively to the Service(s) selected.

   2.1.2. **Customer Retention Marketing Service Reminders.** If Customer selects CRM as set forth on the Order Form, Mitchell 1 agrees to provide the following services:

   (a) Extract customer and vehicle information from the automotive facilities management system for the use of Marketing Services (defined below).

   (b) Provide "**Marketing Services**" that include service reminder postcards via mail, e-mail service reminders, and thank you e-mails for new customers. Service reminders via mail and e-mail service reminders are limited to unique vehicle/customer records defined as eligible for solicitation based on the payment level chosen on the Order Form. E-mail service reminders will always be sent when an e-mail address is captured by Mitchell 1 via the extraction process or may be obtained by Mitchell 1 through third party e-mail providers.

   (c) Manage a database of customer and vehicle information for the Customer.

   (d) Send customer and vehicle data to print vendor of Mitchell 1's choice for Marketing Services.

   (e) Use data hygiene cleansing processes for data integrity and provide a secure environment for customer data storage.

   (f) Provide Customer technical and customer support for CRM services.

   (g) If Customer has opted for service recommendations on the Order Form, such recommendations will be added to service reminder postcards and e-mails. Service recommendations will be pulled from the Mitchell 1 Manager program.

   (h) If Customer has opted for the Target Market Promotions ("**TMP**") the data for TMP will be provided either from: (i) the Customer's existing customer database and uploaded for use on mailing campaigns, or (ii) for an additional fee and as indicated on the Order Form, Customer may elect to "rent" a customer mailing list through Mitchell 1 from a third party provider. If Customer elects to rent a mailing list as provided in this Section **2.1.2 (h)**, such rented mailing list shall be used only for one (1) mailing event and Mitchell 1 is not permitted and will not in any event provide a list of customers included in a rented mailing list. Standard promotional artwork templates are provided. At Customer's option, Mitchell 1 will create custom templates for a one-time fee of $150 for each unique template requested. The $150 charge includes one (1) change or revision to the custom template.

   (i) Customer opting for eCRM e-mail service can choose from an extensive list of pre-existing text coupon templates with the ability to include their own limited text. These pre-existing text coupons can be updated at any time. Custom graphic coupons are available to Customers subscribing to eCRM e-mail service at $150 per request.

   (j) Customers opting for monthly postcard service can choose coupons from a large list of coupon design templates and make a maximum of 4 revisions in a twelve (12) month period. Additional custom coupon changes can be completed at $150 per request. There is no limit on switching coupons from the existing coupon template library. Customer opting for Postcard service can choose cover artwork from the existing Mitchell 1 library and receive one (1) custom design per year, and a maximum of two (2) revisions to that custom design. Additional cover art change requests can be completed at $150 per request

   (k) The Customer acknowledges that any content pushed to the Customer's Facebook page by Mitchell 1 is at Facebook's sole discretion to present.

   (l) A **Website** and/or any **CRM** service provided by Mitchell 1 does not include a guarantee of prominent or "first page" search engine results positioning.

   (m) If Customer has opted for Marketing services, the Customer hereby agrees to pay and be fully responsible for the Google AdWords monthly budget of $200.00, to be paid to Google pursuant to its policies. In the event the Customer fails to pay such monthly budget, Customer understands and agrees that it will still be required to pay the CRM monthly Service fee.

   2.1.3. **OwnerAutoSite.com** The Customer acknowledges that Mitchell 1 will be posting consumer service history data on behalf of Customer via a unique Internet login, and Customer accepts full responsibility for any and all content posted to such site, including, without limitation, the completeness and accuracy of any service history or other information included in the consumer's service records.

   2.1.4. **Manager SE Connection Service (MSEC).** Installation of Mitchell1 shop management software also includes the installation of the MSEC application which is required for all product features and add-on products and services to function. As part of this service, Mitchell 1 provides the following:

   (a) Real-time database replication and electronic storage of Customer database files on Mitchell 1 servers.

   (b) Data updates and additions from Mitchell 1 licensed products and features into the Customer MSEC database, which will be synchronized with the Customer locally-hosted database.

   (c) Mitchell 1 customer service personnel to provide web based restoration of the electronically stored Mitchell 1 shop management product database files (to the extent such files are backed up on Mitchell 1 servers).

   2.1.5. **Mitchell 1 Manager Shop Management Texting Service.** Customer acknowledges the following regarding texting service usage:

   (a) Mitchell 1 provides the Customer with the ability to send and receive short message service (SMS) text messages. Mitchell 1 texting service includes an unsubscribe mechanism for message recipients.

   (b) The Customer located in the United States is responsible for appropriate usage and adherence to all local, state and federal laws as they pertain to sending and receiving text messages.

   (c) The Customer located in Canada is responsible for adherence to all local, provincial and federal legislation including but not limited to Canada's Anti-Spam Legislation (CASL).

   2.2 **Subscriptions.** The terms below will apply to the Subscription selected by Customer: The subscription period for any subscription, as set forth in the Order Form ("**Subscription**"), is effective for an initial term of either twelve (12) or twenty four (24) months (as selected on the Order Form) following the commencement date ("**Initial Subscription Period**"). In addition to the applicable Subscription fees, Customer may be required to pay Mitchell 1 a one-time activation fee to commence the Subscription. The activation fee is non-refundable once the Order Form is accepted by Mitchell 1. Mitchell 1 will bill Customer monthly, with payments due within thirty (30) calendar days following the date of the Mitchell 1 invoice. After the Initial Subscription Period, the Subscription Period for this Subscription will renew automatically on a month to month basis (each, a "**Renewal Period**", together with the Initial Subscription Period, the "**Subscription Period**"). 30-day notice is required to cancel during any Renewal Period. A Subscription may not be cancelled by Customer during the Initial Subscription Period. Mitchell 1 reserves the right to change pricing upon notice to Customer prior to each Rental Renewal Period. At the end of the Initial Subscription Period or any Renewal Period, Customer must discontinue use of the Product, any Updates and all documentation.

3. **Payments.** As applicable, Customer hereby authorizes Mitchell 1 to charge the Customer the fees set forth in the Order Form to the payment card or checking account number provided by Customer. By submitting a payment card or checking account number as the form of payment, Customer represents and warrants that Customer's use of the particular card or checking account is authorized and that all information submitted is true, complete and accurate (including, without limitation, payment card number and expiration date). In doing so, Customer also authorizes Mitchell 1 to charge to the payment card or checking account tendered all amounts payable by Customer to Mitchell 1 based on the Subscription plan selected (including all renewals thereof), including, but not limited to, all fees and any applicable taxes. Customer agrees to update and keep currents its account registration and payment card or checking account information. If Mitchell 1 is unable to process the payment card or checking account at any time, Customer's account may be immediately suspended or terminated and Customer will remain responsible for all amounts payable by Customer to Mitchell 1. Mitchell 1 reserves the right to not renew Customer's account at any time for any reason.

4. **License.** Subject to the terms and conditions of this Agreement, Mitchell 1 grants to Customer a personal, nonexclusive, nontransferable, limited license to access and use the executable version of the applicable Service or Product during the applicable Subscription Period solely for the purpose of: (i) providing vehicle mechanical services; (ii) estimating vehicle mechanical parts and labor cost estimates; and (iii) conducting vehicle shop management. Unless the Order Form specifies otherwise, the license shall be for one

EXHIBIT 5
53

location, with location referring to a distinct building or site. If the Order Form authorizes more than one user, then the number of users shall be limited to the number set forth on the Order Form. As it pertains to the shop management software, an additional license is required for each additional computer the application is installed on beyond the host machine. The Mitchell 1 Services and Products are not sold or transferred and Mitchell 1 retains ownership of all right, title, and interest in and to the Services and Products and all copies thereof, including, any software applications or content. Except for the rights expressly granted in the Agreement, Mitchell 1 grants no right, title, or interest to Customer in any of the Products or Services or any part thereof.

5. **Export Control.** Mitchell 1's products may be subject to U.S. export and re-export control laws and regulations or similar laws applicable in other jurisdictions, including the Export Administration Regulations ("**EAR**") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("**OFAC**"), and the International Traffic in Arms Regulations ("**ITAR**") maintained by the Department of State. Customer hereby represents and warrants that: (i) Customer is not located in any country to which the United States has embargoed goods or has otherwise applied any economic sanctions; and (ii) neither Customer nor any end-user is a denied party as specified in any applicable export or re-export laws or regulations or similar laws applicable in other jurisdictions. Customer agrees to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, Customer shall not, directly or indirectly, sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Mitchell 1 to any destination, entity, or person prohibited by any applicable laws or regulations of the United States or any other jurisdiction without obtaining prior authorization from the competent government authorities as required by those laws and regulations.

6. **Third Party Rights.** Customer hereby acknowledges and agrees that certain portions of the content or materials contained in the Products or Services may be licensed by Mitchell 1 from certain third parties (the "**Third Party Beneficiaries**"). The Third Party Beneficiaries are intended beneficiaries of the Agreement and may have the right to enforce the Agreement directly. Other than as expressly set forth above, the Agreement is not intended to, and affirmatively does not, grant rights to any other party or create any other third party beneficiary rights.

7. **Indemnification by Customer.** Customer hereby agrees to indemnify and hold Mitchell 1 and the Third Party Beneficiaries harmless from and against all damages, losses, and expenses of any kind or nature (including reasonable attorney fees and costs) arising out of or related to: (i) Customer breach of the Agreement or any part thereof; (ii) any activity performed by Customer that makes use of the Services or Products; (iii) Customer's wrongful or improper use of the Products or Services; and (iv) Customer's violation, actual or alleged, of any law, regulation, order, or the infringement or violation of any rights of a third party.

8. **Entire Agreement.** The Agreement constitutes the entire agreement between the parties regarding the subject matter hereof. This Agreement supersedes all prior agreements and understanding between the parties regarding its subject matter. A waiver of any right hereunder does not imply a waiver of any other rights and no waiver alternation modification or amendment shall be effective unless made in writing and signed by authorized representatives of the parties.

9. **Counterparts; Electronic Signatures.** This Agreement and the applicable Order Form(s) may be executed in one or more duplicate originals, all of which together shall be deemed one and the same instrument. Each party agrees that electronic signatures, whether digital or encrypted, of the parties included in this Agreement are intended to authenticate this writing and to have the same force and effect as manual signatures. Electronic signature means any electronic signature, symbol or process attached to or logically associated with a record and executed and adopted by a party with the intent to sign such record, including facsimile, e-mail, or electronic click-to-accept signatures. Order Forms for Services and Products provided electronically are accepted when Mitchell 1 sends Customer an electronic message confirming the Order Form. All other Order Forms for Services and Products not provided electronically are accepted upon shipment of the Products, licensed FCA shipping point. Order Forms for Services only are accepted when an authorized Mitchell 1 representative signs the Order Form.

10. **Disclaimer of Warranties.** OTHER THAN AS EXPRESSLY SET FORTH IN THE AGREEMENT, NEITHER MITCHELL 1 NOR ANY OF ITS AFFILIATES, SUPPLIERS, LICENSORS, OR THIRD PARTY BENEFICIARIES MAKE ANY SPECIFIC PROMISES, REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, ABOUT THE PRODUCTS OR SERVICES. THE PRODUCTS AND SERVICES ARE PROVIDED "AS IS". EXCEPT AS MAY BE PROHIBITED BY LAW, ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT, ARE HEREBY DISCLAIMED AND EXCLUDED.

11. **Privacy.** Mitchell 1's privacy policy explains how Mitchell 1 treats your personal data and protect your privacy when you use the Products or Services. By using the Products or Services, you agree that Mitchell 1 may use such data in accordance with the Mitchell 1 privacy policy.

End User/Owner Signature _____

M1TERMS082020

EXHIBIT 5
54