# EXHIBIT 6

EXHIBIT 6
55



EXHIBIT 6
56