# EXHIBIT 8

# LODGED UNDER SEAL

EXHIBIT 8
64