# EXHIBIT 9

EXHIBIT 9
65

**From:** Bislew, Randy W <Randy.Bislew@mitchell1.com>
**Sent:** Friday, November 13, 2020 2:05 PM
**To:** Lewis, Bradley R.
**Subject:** Bad actor

Brad,

FYI

For the last few days the data services have been under attack.  Today we noticed that the attack had been increasing and causing the ML servers in SJ to run above thresholds within tolerance.

Activity
Wednesday – 1.6 million
Thursday – 2.2 million
Friday – 1.8 million (before we disabled the IP's around noon)

We have placed an iRule on the F5 to deny traffic from the offending IP's.  The Auth Team is reviewing the incident to determine which account was being used.

Randy