# EXHIBIT 11

# LODGED UNDER SEAL

EXHIBIT 11
68