# EXHIBIT 12

# REDACTED VERSION OF EXHIBIT LODGED UNDER SEAL

EXHIBIT 12
69

11999  $107.54  AUTH02035D

**Standard Batch Report**


RCVD
02.06.20.
OR

Order #11999

| | | | |
|---|---|---|---|
| **Ship To:** | 1062630 | **Bill To:** | 1062632 |
| Name: | Levan Meishvili | Name: | levan Meishvili |
| Email Address: | | Email Address: | |
| Phone Number: | | Phone Number: | |
| Fax Number: | | Fax Number: | |
| Company: | Tom Machine Equipment Repair | Company: | Tom Machine Equipment Repair |
| Address: | 93 W Hills Rd | Address: | 42 Cypress LN |
| Address2: | | Address2: | |
| | Huntingtn Station, NY 11746 | | Shirley, NY 11967 |
| | US | | US |

**Shipping Information:**

Shipping Method: Free Shipping

*CC Monthly*

**Payment Information:**

Visa
Card Type:       Visa
Name on Card:  Levan Meishvili
Card Number:
Expiration Date:

| Code | Product | | Quantity | Price/Ea. | Total |
|---|---|---|---|---|---|
| MGRPSET-12S | Mitchell 1 Manager SE LEGAL | | 1 | $129.00 | $129.00 |
| MGRSETXT | Manager SE MessageCenter | | 1 | $39.00 | $39.00 |
| ProPack | ProPack Suite (12 mo. lease) (Special Offer) | | 1 | $99.00 | $99.00 |
| | PROPKEE: PROPKEE | | | $99.00 | $99.00 |
| | | | | Shipping: Free Shipping: | $0.00 |
| | | | | Sales Tax: | $31.57 |
| | | | | **Total:** | **$397.57** |

R.Murphy
By: js5220 Date:02/06/20 10:22

EXHIBIT 12
70