# EXHIBIT 13

EXHIBIT 13
71



EXHIBIT 13
72