# EXHIBIT 14

# REDACTED VERSION OF EXHIBIT LODGED UNDER SEAL

EXHIBIT 14
73

 

**Go Back to Technician Lookup**

**Go to SureTrack Users Report**

**Web Admin Link**

**Web Admin Link (San Jose)**

| Information : | |
|---|---|
| **Title** | **Data** |
| Account Number | ▮▮▮▮▮ |
| Name | maurice, miller |
| Element Type | Technicians |
| Technician Status | OK |
| Create Date Time UTC | Nov 29 2018  4:08AM |
| Admin Synch Type | 8 (Cloud Generated) |
|  |  |
| Contact Information: | |
| Address | , |
| Email Address | ▮▮▮▮▮ |
| Phone Number | ▮▮▮▮▮ |

| Application Subscription(s): | | | |
|---|---|---|---|
| **Application Code** | **Subscription Expiration Date Time UTC** | **Licenses** | **Module Name** |
| prflmgr1 | 11/29/2028 4:08:51 AM | 1 | |
| skpro1 | 5/28/2019 5:05:10 PM | 15 | |
| technote1 | 11/29/2028 4:08:51 AM | 5 | |
| tusc1 | 5/28/2019 5:05:10 PM | 15 | |

| Authorization Key History: | | | |
|---|---|---|---|
| **Authorization Key** | **Region Code** | **Bundle Name** | **Expiration Date Time UTC** |

| Related Shop(s): | | | |
|---|---|---|---|
| **Shop Account #** | **Shop Name** | **Create Date Time UTC** | **Relations** |

| Inherited Application Subscription(s): | | | |
|---|---|---|---|
| **Shop Account #** | **Shop Name** | **Application Code** | **Subscription Expiration Time UTC** |

EXHIBIT 14
74

| Module ID | Module Expiration Date Time UTC |
|---|---|
| | |
| | |
| | |
| | |

| Subscription Period In Days | Redeemed On Date Time UTC |
|---|---|

hip Status

bscription(s):

| Date | Shared Licenses |
|---|---|

EXHIBIT 14
75

| Module Name | Module ID | Module Expiration Date Time UTC |
|---|---|---|

EXHIBIT 14
76

EXHIBIT 14
77

| Related Devices: | | | | |
|---|---|---|---|---|
| Serial Number | Device Type | Create Date Time UTC | Relationship Status | Dissolution |

EXHIBIT 14
78

Date Time UTC

EXHIBIT 14
79

EXHIBIT 14
80