# EXHIBIT 15

EXHIBIT 15
81



# Farmingdale, New York iATN Member Directory

## Autel US  *
Michael Flink - *Educator/Instructor/Marketing Representative*
Chad Schnitz - *Educator/Instructor*
Maurice Miller - *Technician*

## TLC Auto & Truck Center Inc
Peter Saitta - *Shop Foreman/Technician*
230 Route 109
631-753-2211

## Autel, US
Paul A. Marshall - *Manager/Technical Information Specialist*

## Patterson Brothers
Stuart Patterson - *Owner/Technician*

## Aa Tire Service
Christopher Henriques - *Technician*

## Autel
Jonathon Cole - *Marketing Representative*

## Autel
Levan Meishvili - *Consultant*

## Autel
Rocky Tam - *Technician*

## Autel
Stephen Webb - *Consultant*

## Autel
Mike Zhou - *Manager/Service Advisor*

## Bill Marino Auto Repair

EXHIBIT 15
82

Bill Marno - *Owner*

**Camelot Speciality Limos**
Patrick T Brown - *Technician*

**Farmingdale State College**
Robert Lagnese - *Educator/Instructor*

**HubTruck**
Chris Beckhans - *Shop Foreman*

**Rob Demeri  \***
Rob Demeri - *Owner/Marketing Representative*

**STS Tire and Auto Center**
Prince Srichawla - *Technician*

**TNJ Auto Repair**
Angelo Katiforis - *Technician*

*Date Last Modified: July 27, 2021*

EXHIBIT 15
83