# EXHIBIT 16

EXHIBIT 16
84





Search Community

Home > Forums > Classifieds > Parts For Sale/Wanted > **Parts for Sale** >

# Snap On Modis 11.2 for sale for cheap

→ Jump to Latest       Follow

1 - 1 of 1 Posts



**levani041491** · Registered
Joined Dec 15, 2008 · 2,787 Posts

● Discussion Starter · #1 · Jan 11, 2014

Hey guys , I bought this scan tool From snap on truck guy while ago using it in my shop to do diagnostics and TPMS using with Autel TS401 . Recently I bought nissan/infiniti scanner Consult III and have not used this for months . Few months ago I also was let go from my Day job so I got a New job working for AUTEL as a Tech support for their scan tools . Since I started working for AUTEL , they gave me few scanners to work on and get use to which are MS908 & MS905 and I also just bought their Video scope MV400 and their Stand alone TPMS tool TS601 so I am pretty loaded with can tools and I need to sell this so I can cover few bills. I also bought 2001 ZX7R I just need to sell something LOL
ASking 1750 Shipped With insurance
631-988-6982 call or text or PM if you have questions

Snap On Modis Scan tool 11.2 ( new retails over $6k)
Includes ASIAN , EURO+German+USA cars
has all BMW round under the hood connector
BENZ connector and lot more that I have never used
Lab Scope with all the connectors
OBD1 adaptors
DL16 conector with S-keys
OBD2 connector with K-keys

BAD: battery is pretty dead it wont hold charge needs to be replaced but can tool works fine when its

EXHIBIT 16
85

connected to the car

https://imageshack.com/i/0hfadvj

https://imageshack.com/i/0hfadvj

https://imageshack.com/i/jn98fjj

https://imageshack.com/i/0nnqxvj

https://imageshack.com/i/5msuqxj

https://imageshack.com/i/1n05awj

94 VR4 Single Turbo

Reply

1 - 1 of 1 Posts

## Join the discussion

Continue with Facebook

 Continue with Google

or sign up with email

## Recommended Reading

**OBD-II Scanners**
3Si Archives

 0    156

 JEEPers · updated Oct 6, 2004

EXHIBIT 16
86

### Cannot scan my Stealth

Engine - Non-Turbo

💬 8    👁 684

yeoj112689 · updated Oct 2, 2012

### OBD I or II ??

Engine - Non-Turbo

💬 9    👁 1K

G   grnstealth · updated Jul 15, 2006

### LSD Install

All Wheel Drive - DriveTrain

💬 5    👁 593

   Corbic · updated Jan 20, 2020

### '94 or '95 data logger for sale

Parts for Sale

💬 4    👁 98

D   dschmick98 · updated May 6, 2016

Home   About Us   Terms of Use   Privacy Policy   Help   Contact us   📡

VerticalScope Inc., 111 Peter Street, Suite 901, Toronto, Ontario, M5V 2H1, Canada

The Fora platform includes forum software by XenForo

BBB ACCREDITED BUSINESS

Do Not Sell My Data

EXHIBIT 16
87