1 KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
2 BERKELEY FIFE (CA SBN 325293)
BFife@mofo.com
3 MORRISON & FOERSTER LLP
755 Page Mill Road
4 Palo Alto, California  94304-1018
Telephone: 650.813.5600
5
JOHN R. LANHAM (CA SBN 289382)
6 JLanham@mofo.com
JANET S. KIM (CA SBN 313815)
7 JKim@mofo.com
MORRISON & FOERSTER LLP
8 12531 High Bluff Drive
San Diego, California  92130-2040
9 Telephone: 858.720.5100

10 Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION
11 COMPANY, LLC and SNAP-ON
INCORPORATED

12

13                    **UNITED STATES DISTRICT COURT**

14                  **SOUTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**DECLARATION OF JANET S. KIM IN SUPPORT OF PLAINTIFFS MITCHELL REPAIR INFORMATION COMPANY, LLC'S AND SNAP-ON INCORPORATED'S *EX PARTE* MOTION FOR (1) LEAVE TO TAKE EXPEDITED DISCOVERY AND (2) EVIDENCE PRESERVATION ORDER**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 15A<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>**Jury Trial Demanded** |

16

17

18

19

20

21

22

23

24

25

26

27

28

sf-4536239

I, Janet S. Kim, declare:

1.      I am a member of the bar of the State of California and an attorney with Morrison & Foerster LLP, counsel of record for Plaintiffs Mitchell Repair Information Company, LLC and Snap-on Incorporated (collectively, "Plaintiffs").  I am admitted to practice before this Court.  I submit this declaration in support of Plaintiffs' *Ex Parte* Motion for (1) Leave to Take Expedited Discovery and (2) Evidence Preservation Order ("*Ex Parte* Motion").  I have personal knowledge of the matters set forth below.  If called as a witness, I could and would competently testify as follows:

2.      In order to inform Defendants of the *Ex Parte* Motion, on July 27, 2021, I caused a letter from John R. Lanham of Morrison & Foerster LLP to be sent to Defendants Autel. US Inc. ("Autel US") and Autel Intelligent Technology Corp., Ltd. ("Autel ITC") via the following means:

a.  Process server hand-delivery to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568;

b.  Certified mail to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568;

c.  Process server hand-delivery to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735[1];

d.  Certified mail to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735;

e.  Emails with return receipt requested to Autel US's public sales and support email addresses at ussupport@autel.com and sales@autel.com, respectively[2];

---

[1] Performed on July 28, 2021.

[2] Read receipt received from ussupport@autel.com on July 27, 2021.

f.   Facsimile to Autel US's public fax address at (631) 357-3304[3];

g.   Priority Mail International to Autel ITC at 7th, 8th and 10th Floor, Building B1, Zhiyuan, Xueyuan Road, Xili, Nanshan, Shenzhen, 518055, China;

h.   Emails with return receipt requested to Autel ITC's public sales and support email addresses at support@autel.com and sales@auteltech.net, respectively; and

i.   Facsimile to Autel ITC's public fax address at 0086-755-8614-7758 (transmitted July 27, 2021 Pacific Daylight Time/July 28, 2021 China Standard Time)[4].

3.   A true and correct copy of the July 27, 2021 letter from John R. Lanham is attached as **Exhibit 1**.  The letter invites Defendants to schedule a call with Plaintiffs' counsel to discuss the litigation and forthcoming motions as soon as possible.  As of the filing of this declaration, Defendants have not contacted Plaintiffs' counsel.

4.   On July 27, 2021, a process server confirmed personal service of Autel US's California registered agent, Shuping Wang, at 5282 Palazzo Dr., Dublin, CA 94568, with the summons and complaint in this matter, along with Exhibit 1.  On July 28, 2021, a process server confirmed personal service of an authorized employee at Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735, with the summons and complaint in this matter, along with Exhibit 1.

5.   On July 29, 2021, I intend to have as-filed, public versions of the *Ex Parte* Motion and all supporting documents sent to Defendants via the following

---

[3] The transmission via facsimile to Autel US's public fax address at (631) 357-3304 was unsuccessful despite multiple attempts because the destination number was unreachable.

[4] The transmission via facsimile to Autel ITC's public fax address at 0086-755-8614-7758 was unsuccessful despite multiple attempts because the destination number was unreachable.

means:

    a. Process server hand-delivery to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568;

    b. Overnight mail to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568;

    c. Process server hand-delivery to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735;

    d. Overnight mail to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735;

    e. Emails with return receipt requested to Autel US's public sales and support email addresses at ussupport@autel.com and sales@autel.com, respectively;

    f. Facsimile to Autel US's public fax address at (631) 357-3304;

    g. Priority Mail International to Autel ITC at 7th, 8th and 10th Floor, Building B1, Zhiyuan, Xueyuan Road, Xili, Nanshan, Shenzhen, 518055, China;

    h. Emails with return receipt requested to Autel ITC's public sales and support email addresses at support@autel.com and sales@auteltech.net, respectively; and

    i. Facsimile to Autel ITC's public fax address at 0086-755-8614-7758 (to be transmitted July 29, 2021 Pacific Daylight Time/July 30, 2021 China Standard Time).

6. Attached as **Exhibit 2** is a true and correct copy of Plaintiffs' Interrogatories to Defendant Autel. US Inc., Set One.

7. Attached as **Exhibit 3** is a true and correct copy of Plaintiffs' Notice of Deposition of Defendant Autel. US Inc., pursuant to Fed. R. Civ. Proc. 30(b)(6).

8. Attached as **Exhibit 4** is a true and correct copy of Plaintiffs' Requests

1 for Production and Inspection of Documents and Things to Defendant Autel. US
2 Inc., Set One.

3        9.       Attached as **Exhibit 5** is a true and correct copy of Plaintiffs' <u>alternate</u>
4 <u>version of</u> its Requests for Production and Inspection of Documents and Things to
5 Defendant Autel. US Inc., Set One.

6        I declare under penalty of perjury under the laws of the United States that the
7 foregoing is true and correct.  Executed on July 28, 2021, at San Diego, California.

8

9                                                    Janet S. Kim

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KIM DECL ISO EX PARTE MOT
Case No. 3:21-cv-01339-CAB-BGS

sf-4536239