# TABLE OF EXHIBITS
*(Pursuant to L.R. 5.1(e))*

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1 | July 27, 2021 Letter from Plaintiffs' Counsel to Defendants with attachments | 6 |
| Exhibit 2 | Plaintiffs' Interrogatories to Defendant Autel. US Inc., Set One | 111 |
| Exhibit 3 | Plaintiffs' Notice of Deposition of Defendant Autel. US Inc. Pursuant to Fed. R. Civ. Proc. 30(B)(6) | 118 |
| Exhibit 4 | Plaintiffs' Requests for Production and Inspection of Documents and Things to Defendant Autel. US Inc., Set One | 124 |
| Exhibit 5 | Plaintiffs' Requests for Production and Inspection of Documents and Things to Defendant Autel. US Inc., Set One (Alternate Version) | 135 |