# EXHIBIT 2

EXHIBIT 2
111

| | |
|---|---|
| 1 | KENNETH A. KUWAYTI (CA SBN 145384) |
| | KKuwayti@mofo.com |
| 2 | BERKELEY G. FIFE (CA SBN 325293) |
| | BFife@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 5 | |
| 6 | JOHN R. LANHAM (CA SBN 289382) |
| | JLanham@mofo.com |
| 7 | JANET S. KIM (CA SBN 313815) |
| | JKim@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Drive |
| 9 | San Diego, California 92130-2040 |
| | Telephone: 858.720.5100 |
| 10 | Attorneys for Plaintiffs |
| | MITCHELL REPAIR INFORMATION |
| 11 | COMPANY, LLC and SNAP-ON INCORPORATED |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**PLAINTIFFS' INTERROGATORIES TO DEFENDANT AUTEL. US INC., SET ONE**<br><br>Courtroom: 15A<br>Judge: Hon. Cathy Ann Bencivengo<br><br>Date Action Filed: July 27, 2021 |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and as authorized by the Court, Plaintiffs Mitchell Repair Information Company, LLC ("Mitchell 1") and Snap-on Incorporated ("Snap-on") (collectively, "Plaintiffs") hereby request that Defendant Autel. US Inc. ("Autel US") answer the following interrogatories in the manner set forth in the Federal Rules of Civil Procedure within 14 days of service. The interrogatory answers should be served upon Plaintiffs' counsel at the offices of Morrison & Foerster LLP, 12531 High Bluff Drive, Suite 100, San Diego, CA 92130.

## INSTRUCTIONS

1. Each Interrogatory shall be answered pursuant to Federal Rules of Civil Procedure 26 and 33, and supplemented and/or corrected as required by Federal Rule of Civil Procedure 26(e).

2. If You object to any Interrogatory on the ground that it is vague and/or ambiguous, please identify the language You consider vague and/or ambiguous and state the interpretation You are using in answering the Interrogatory.

## DEFINITIONS

The following words, terms, or phrases shall, for purposes of the Interrogatories, have the meanings specified, unless otherwise expressly stated in the Interrogatories:

1. "Autel US," "You," and/or "Your" means Autel. US Inc., including without limitation, its predecessors, successors, present and former officers, directors, employees, representatives, agents, all persons or entities acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

2. "Autel ITC" means Autel Intelligent Technology Corp., Ltd., including without limitation, its predecessors, successors, present and former officers, directors, employees, representatives, agents, and all persons or entities

1  acting or purporting to act or that have acted or purported to have acted on behalf of
2  any of the foregoing.
3      3.   "Autel Device(s)" means all computers, servers, handheld computers
4  (including without limitation, ZEUS), tablet devices, and removable storage media
5  (including without limitation, portable hard drives, flash drives, thumb drives,
6  iPods, iPhones, cell phones, and/or recordable disks) in the possession, custody, or
7  control of Autel US or Autel ITC.  Any and all backups of the aforementioned
8  devices are also included in the meaning of this term.
9      4.   "Plaintiffs' Systems" means all handheld diagnostic devices (including
10  without limitation, ZEUS), TruckSeries, ProDemand, or any of Plaintiffs' other
11  vehicle diagnostic and repair products websites, and the computers, data servers, or
12  data services software associated with the use of the foregoing products.
13      5.   "Describe" means to fully identify and disclose each fact,
14  circumstance, condition, and thing of which You are aware relating to the subject of
15  the discovery request, including without limitation, each Person having personal
16  related knowledge and all relevant dates.
17      6.   "Identify," identifying," and "identification" mean:
18       a.   for an individual, to state the individual's full name and current
19  or last known personal address, personal telephone number, employer, employment
20  position, dates of employment, business address, and business telephone number
21  and to describe the individual's employment responsibilities;
22       b.   for a Person besides a natural person (including a business or
23  other entity), to state the Person's full name, place and date of incorporation or
24  formation, and principal place of business and the natural persons employed by or
25  related to that entity with knowledge of the matters for which the entity is named;
26       c.   for a document (whether or not privilege is claimed), to state its
27  type, date of creation, page length, drafters, authors, signatories, date of
28  communication, addressees, recipients, current location, current custodian, and

corresponding Bates numbers for all originals and copies and to summarize its subject matter and contents briefly;

      d.    for a communication, to state its type and date and the parties to it, to summarize its subject matter and contents briefly, and to identify all documents recording the communication and any corresponding Bates numbers for an act or event, to describe it and state the circumstances that gave rise to it, the dates on or over which it occurred, the Person(s) who were involved, the Person(s) knowledgeable of it, how Autel learned of it, and any document(s) memorializing or describing it;

      e.    for a product or device, to state all trade names, part numbers, model numbers, internal names, revisions, version numbers, code names, and other identifiers known or used by Autel for the product.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify and Describe with particularity all instances in which Autel US or Autel ITC viewed, accessed, downloaded, copied, printed, or used any data from Plaintiffs' Systems, including the locations where Plaintiffs' data was stored.

**INTERROGATORY NO. 2:**

Identify and Describe with particularity all ways in which Autel US or Autel ITC have communicated with Plaintiffs' Systems, including without limitation, whether Autel US or Autel ITC have communicated with Plaintiffs' Systems using virtual machines, emulators, scripts, bots, or software other than the software provided by Plaintiffs.

**INTERROGATORY NO. 3:**

Identify all IP addresses used by Autel US and Autel ITC to communicate with Plaintiffs' Systems.

**INTERROGATORY NO. 4:**

Identify all ZEUS device serial numbers (including spoofed device serial numbers), ProDemand usernames, and TruckSeries usernames used by Autel US and Autel ITC to access or obtain Plaintiffs' data.

**INTERROGATORY NO. 5:**

Identify and Describe with particularity all instances in which Autel US and Autel ITC downloaded, uploaded, copied, decoded, reverse engineered, or sought to emulate any portion of any software, firmware, .DLL, token, code, or other electronic file associated with Plaintiffs' Systems.

**INTERROGATORY NO. 6:**

State whether any data originating from Plaintiffs' Systems currently or has ever resided on any Autel Device and describe with particularity each item, including without limitation, by identifying its (i) file name; (ii) location; (iii) creation date; (iv) last modified date; and, if applicable, (v) deletion date.

**INTERROGATORY NO. 7:**

State whether Autel US or Autel ITC are currently or have in the past been in possession of any Snap-on handheld diagnostic device and, for each such device, identify (i) the device serial number; (ii) from where the device was purchased or otherwise obtained; (iii) if the software on the device was updated, and the dates and manner of any such updates; and (iv) if the device has been used to access Plaintiffs' Systems since it was in the possession of Autel US or Autel ITC.

**INTERROGATORY NO. 8:**

State whether any data originating from Plaintiffs' Systems have ever been used to add or revise content that appears, or may appear in the future, in any Autel product, and describe with particularity all such content, including without limitation, by identifying its (i) file name; (ii) location; (iii) creation date; (iv) last modified date; and, if applicable, (v) deletion date.

**INTERROGATORY NO. 9:**

Identify and Describe with particularity all instances in which Autel US or Autel ITC have viewed an End User License Agreement related to Plaintiffs' Systems, including without limitation, by stating whether the agreement was signed, clicked through, or otherwise accepted.

**INTERROGATORY NO. 10:**

Describe the nature of the relationship between Autel US and Autel ITC with Tom Machine and Equipment Repair ("Tom Machine"), including without limitation, by stating whether Autel US or Autel ITC has an ownership interest in Tom Machine, whether the companies share common employees or consultants, and how Autel US and Autel ITC obtained Tom Machine's credentials to Mitchell 1's TruckSeries product.

Dated: _____, 2021         MORRISON & FOERSTER LLP

By: _____
Kenneth A. Kuwayti

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED