# EXHIBIT 4

EXHIBIT 4
124

```
KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
BERKELEY G. FIFE (CA SBN 325293)
BFife@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
JANET S. KIM (CA SBN 313815)
JKim@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON INCORPORATED
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**PLAINTIFFS' REQUESTS FOR PRODUCTION AND INSPECTION OF DOCUMENTS AND THINGS TO DEFENDANT AUTEL. US INC., SET ONE**<br><br>Courtroom: 15A<br>Judge: Hon. Cathy Ann Bencivengo<br><br>Date Action Filed: July 27, 2021 |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and as authorized by the Court, Plaintiffs Mitchell Repair Information Company, LLC ("Mitchell 1") and Snap-on Incorporated ("Snap-on") (collectively, "Plaintiffs") hereby request that Defendant Autel. US Inc. ("Autel US") produce the following documents, electronically stored information, and tangible things specified herein below for inspection and copying at the offices of Plaintiffs' counsel, Morrison & Foerster LLP, 12531 High Bluff Drive, Suite 100, San Diego, CA 92130, or by a mutually agreeable means of electronic delivery, within 14 days of service. Further, Autel US is required to serve a written response to the Request that conforms to Rule 34(b)(2) within 14 days of service.

## INSTRUCTIONS

1. Each Request shall be answered pursuant to Federal Rules of Civil Procedure 26 and 34, and supplemented as required by Federal Rule of Civil Procedure 26(e).

2. These Requests apply to all documents in Autel US's possession, custody, or control at the present time, or coming into Autel US's possession, custody, or control prior to or during the pendency of the above-captioned lawsuit.

3. In the event that any document responsive to the following Requests has been destroyed or otherwise disposed of, that document is to be identified by author, addressee, date, subject matter, number of pages, attachments or appendices, all persons to whom it was distributed, shown, or explained, date and manner of destruction or other disposition, the reason for destruction or other disposition, and persons destroying or disposing of the document.

4. If Autel US finds the meaning of any term in these Requests unclear, please assume a reasonable meaning, state what the assumed meaning is, and respond to the Request according to the assumed meaning.

## DEFINITIONS

The following words, terms, or phrases shall, for purposes of these Requests,

have the meanings specified, unless otherwise expressly stated in the Request:

1. The term "relate" shall mean constitute, summarize, memorialize, describe, or refer to.

2. "Autel US," "You," and/or "Your" means Autel. US Inc., including without limitation, its predecessors, successors, present and former officers, directors, employees, representatives, agents, and all persons or entities acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

3. "Autel ITC" means Autel Intelligent Technology Corp., Ltd., including without limitation, its predecessors, successors, present and former officers, directors, employees, representatives, agents, and all persons or entities acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

4. "Forensic Data" means non-user generated data logs, data files, reports, and artifacts, including without limitation, the following artifacts:

**Mac Artifacts**

Any non-user generated data files, including without limitation:

MicrosoftRegistrationDb.reg
.bash_history
.bash_sessions*
.AppleSetupDone
com.apple.QuickLook.thumbnailcache
.fseventsd
.Spotlight-v100
.bash_sessions
History.db
.webhistory
Places.sqlite
History.sqlite

All files with the following file extensions:

.plist

The contents of all sub-directories contained in the following operating system directories:

private\var\logs

```
private\var\db\uuidtext
private\var\db\diagnostics
private\var\spool
Library\Preferences
Library\Logs
```

**PC Artifacts**

Any non-user generated data files, including without limitation:

```
NTUSER.DAT
USRCLASS.DAT
$MFT
$LogFile
$USNJRNL (include any associated Streams)
$Extend
automaticdestinations-ms
customdestinations-ms
```

Any files containing the following file extensions or having a file header associated with any of these file types:

```
.lnk
.pf
.log
.db
.sqlite
.sqlite3
```

The contents of all sub-directories found in the following operating system directories:

```
\windows\system32\ (including without limitation, registry hives, event logs, and system resource usage monitoring data)
\[user profile]\AppData\ (including without limitation, internet history)
\$Recycle.Bin
\Windows\appcompat\Programs\amcache.hve
\System Volume Information (including volume shadow copies)
```

**Linux/Unix Artifacts**

Any files containing the following file extensions or having a file header associated with any of these file types:

```
.bashrc
.bash_history
$HISTFILE
.log
.timer
.config
.recently-used
.xbel
```

The contents of all sub-directories found in the following operating system directories:

        /etc/
        /var/log/
        /var/lib/
        /var/cache/
        /var/spool/
        /boot/
        /lib/systemd/
        /usr/lib/systemd/

### **Server Applications**

<u>Source Code Repositories</u>

Artifacts related to the dates of usage, version history, individuals that checked in or out source code, and the modification dates for source code repositories. Versions of code or files that mention or call any Mitchell 1 or Snap-on servers, APIs or network locations.

<u>Databases</u>

Artifacts related to databases including server names, websites or hosting sites, instance names, table names, schema diagrams and definitions, API endpoints, and any other known ingress or egress points. This includes any application or database troubleshooting logs, authentication logs, and web based or local activity logs, and bulk loading or import procedures for external or local data ingestion.

<u>Web Server Logs</u>

IIS, Apache or Content Delivery Network ("CDN") logs that show the detail requests for and/or download of data or information from Autel's webservers, including both user and non-user-based traffic. This includes activity logs, proxy logs, error logs, agent logs, referer logs, and firewall and access point logs.

<u>Security Information and Event Management (SIEM) Logs</u>

Any logs aggregated to a SIEM solution including applications, devices, endpoints, servers or websites and their associated logs collected.

5.      "Other Autel Device(s)" means all devices in the possession, custody, or control of Autel US or Autel ITC that have been used to access Plaintiffs' TruckSeries or ProDemand products or used to disclose, disseminate, review, or use any data or information obtained from the foregoing products, or obtained from Plaintiffs' data servers or data services software associated with those products, that are not already subject to the Court's order regarding forensic imaging.  Any and all backups of the aforementioned devices are also included in the meaning of this term.

6.      "Plaintiffs' Systems" means all handheld diagnostic devices (including without limitation, ZEUS), TruckSeries, ProDemand, or any of Plaintiffs' other vehicle diagnostic and repair products websites, and the computers, data servers, or data services software associated with the use of the foregoing products.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Documents or Forensic Data constituting a full extraction of internet history files on the Other Autel Devices that refer or relate to Plaintiffs' Systems or data originating from Plaintiffs' Systems, including without limitation, internet history, download history, and/or other internet artifacts related to Plaintiffs' services, programming techniques used to scrape data, discussion of downloading Plaintiffs' materials, or to materials that were downloaded from Plaintiffs' websites.

**REQUEST FOR PRODUCTION NO. 2:**

All Documents and Forensic Data that refer or relate to attempted or actual data destruction or the use of data destruction tools or software on the Other Autel Devices, including without limitation, all Documents and Forensic Data resulting from a keyword search for the following terms: "delete," "erase," "wipe," "destroy," "clean," "eliminate," and all other similar terms, regardless of location and including all Forensic Data sources.

**REQUEST FOR PRODUCTION NO. 3:**

For each Other Autel Device, Documents or Forensic Data sufficient to show (i) the capacity of the hard disk, (ii) the percentage of unallocated space, (iii) files, metadata, or file fragments pertaining to files that are currently, or once were, in the Recycle Bin or Trash, (iv) metadata inclusive of all available dates for all deleted files, (v) file system events or other file system journaling or logging that would identify mass deletions, and (vi) information pertaining to the installation and running file wiping utilities that were located, including any available logs.

**REQUEST FOR PRODUCTION NO. 4:**

Any file, or fragment of a file, that contains any of the following terms, including without limitation, all Documents and Forensic Data resulting from a keyword search of the Other Autel Devices for the following terms:

1. Snap-on
2. Snapon
3. Mitchell 1
4. Mitchell1
5. Zeus
6. Atlas
7. ProDemand
8. TruckSeries

**REQUEST FOR PRODUCTION NO. 5:**

Documents or Forensic Data sufficient to show who used the Other Autel Devices and the software thereon, the applications in use, whether those applications transmitted data over the internet, and the hours of usage of the Other Autel Devices and the foregoing applications.

**REQUEST FOR PRODUCTION NO. 6:**

Documents or Forensic Data sufficient to show the networking configuration of the Other Autel Devices, including without limitation, historical information

about IP addresses, proxies, VPNs, firewalls, and/or other network settings in use on the Other Autel Devices.

**REQUEST FOR PRODUCTION NO. 7:**

All Documents and Forensic Data that refer or relate to the download, storage, printing, opening, copying, disseminating or usage of data originating from Plaintiffs' Systems on the Other Autel Devices.

**REQUEST FOR PRODUCTION NO. 8:**

All documents that constitute or refer to End User License Agreements or purchase orders for Plaintiffs' Systems.

**REQUEST FOR PRODUCTION NO. 9:**

All documents that relate to access, or plans to access, Plaintiffs' Systems by Autel US or Autel ITC, including all records of access to Plaintiffs' Systems and all printouts of information received from Plaintiffs' Systems.

**REQUEST FOR PRODUCTION NO. 10:**

All documents or data obtained by Autel US or Autel ITC from Plaintiffs' Systems.

**REQUEST FOR PRODUCTION NO. 11:**

All documents that relate to the use, disclosure, or dissemination, of any documents or data obtained by Autel US or Autel ITC from Plaintiffs' Systems.

**REQUEST FOR PRODUCTION NO. 12:**

All content related to creation of revision of any product of Autel US or Autel ITC using data from Plaintiffs' Systems, whether or not that product has been released to the public.

**REQUEST FOR PRODUCTION NO. 13:**

All documents relating to Tom Machine and Equipment Repair or Mitchell 1's TruckSeries product.

**REQUEST FOR PRODUCTION NO. 14:**

All documents that constitute or refer to communications with Plaintiffs concerning the ProDemand account of Autel US.

**REQUEST FOR PRODUCTION NO. 15:**

All documents that constitute or refer to the sharing by Autel US of the user name and password for the Autel US ProDemand account with Autel ITC or any third party.

**REQUEST FOR PRODUCTION NO. 16:**

All keys, codes, explanations, manuals, or other documents necessary for the interpretation or understanding of any documents produced in response to any discovery request served in this lawsuit.

**REQUEST FOR PRODUCTION NO. 17:**

One sample of each of the MaxiSys Ultra and MaxiSys MS909CV currently offered for sale in U.S., along with any subscriptions or credentials necessary for consumer-level access to the content on those devices.

**REQUEST FOR PRODUCTION NO. 18:**

All Documents and Forensic Data, including without limitation, database instance names, tables names, schema documentation and data definitions, that refer or relate to the location where Autel US or Autel ITC saved, stored, or loaded data from Plaintiffs' Systems, including databases, online or cloud-based repositories, network drives, or external hard drives.

**REQUEST FOR PRODUCTION NO. 19:**

All Documents and Forensic Data that show the download of Plaintiffs' data from Autel US or Autel ITC's webservers, CDNs, or through its firewalls.

**REQUEST FOR PRODUCTION NO. 20:**

All Documents and Forensic Data contained in logs that relate to Autel US or Autel ITC's data scraping, data storage, application or websites hosted or application execution that relate to Plaintiffs' data or usage thereof.

Dated: _____, 2021         MORRISON & FOERSTER LLP

                                        By: _____
                                            Kenneth A. Kuwayti

                                            Attorneys for Plaintiffs
                                            MITCHELL REPAIR INFORMATION
                                            COMPANY, LLC and SNAP-ON
                                            INCORPORATED

10

Plaintiffs' RFPs to Autel. US Inc., Set 1
Case No. 3:21-cv-01339-CAB-BGS

sf-4528591

EXHIBIT 4
134