# EXHIBIT 5

EXHIBIT 5
135

```
1  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
2  BERKELEY G. FIFE (CA SBN 325293)
   BFife@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5
   JOHN R. LANHAM (CA SBN 289382)
6  JLanham@mofo.com
   JANET S. KIM (CA SBN 313815)
7  JKim@mofo.com
   MORRISON & FOERSTER LLP
8  12531 High Bluff Drive
   San Diego, California 92130-2040
9  Telephone: 858.720.5100

10 Attorneys for Plaintiffs
   MITCHELL REPAIR INFORMATION
11 COMPANY, LLC and SNAP-ON INCORPORATED
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**PLAINTIFFS' REQUESTS FOR PRODUCTION AND INSPECTION OF DOCUMENTS AND THINGS TO DEFENDANT AUTEL. US INC., SET ONE**<br><br>Courtroom: 15A<br>Judge: Hon. Cathy Ann Bencivengo<br><br>Date Action Filed: July 27, 2021 |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and as authorized by the Court, Plaintiffs Mitchell Repair Information Company, LLC ("Mitchell 1") and Snap-on Incorporated ("Snap-on") (collectively, "Plaintiffs") hereby request that Defendant Autel. US Inc. ("Autel US") produce the following documents, electronically stored information, and tangible things specified herein below for inspection and copying at the offices of Plaintiffs' counsel, Morrison & Foerster LLP, 12531 High Bluff Drive, Suite 100, San Diego, CA 92130, or by a mutually agreeable means of electronic delivery, within 14 days of service. Further, Autel US is required to serve a written response to the Request that conforms to Rule 34(b)(2) within 14 days of service.

## INSTRUCTIONS

1. Each Request shall be answered pursuant to Federal Rules of Civil Procedure 26 and 34, and supplemented as required by Federal Rule of Civil Procedure 26(e).

2. These Requests apply to all documents in Autel US's possession, custody, or control at the present time, or coming into Autel US's possession, custody, or control prior to or during the pendency of the above-captioned lawsuit.

3. In the event that any document responsive to the following Requests has been destroyed or otherwise disposed of, that document is to be identified by author, addressee, date, subject matter, number of pages, attachments or appendices, all persons to whom it was distributed, shown, or explained, date and manner of destruction or other disposition, the reason for destruction or other disposition, and persons destroying or disposing of the document.

4. If Autel US finds the meaning of any term in these Requests unclear, please assume a reasonable meaning, state what the assumed meaning is, and respond to the Request according to the assumed meaning.

## DEFINITIONS

The following words, terms, or phrases shall, for purposes of these Requests,

2

Plaintiffs' RFPs to Autel. US Inc., Set 1
Case No. 3:21-cv-01339-CAB-BGS

sf- 4537348

EXHIBIT 5
137

have the meanings specified, unless otherwise expressly stated in the Request:

1. The term "relate" shall mean constitute, summarize, memorialize, describe, or refer to.

2. "Autel US," "You," and/or "Your" means Autel. US Inc., including without limitation, its predecessors, successors, present and former officers, directors, employees, representatives, agents, and all persons or entities acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

3. "Autel ITC" means Autel Intelligent Technology Corp., Ltd., including without limitation, its predecessors, successors, present and former officers, directors, employees, representatives, agents, and all persons or entities acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

4. "Forensic Image(s)" means the forensic image, or "mirror image," of any Circumvention Device.

5. "Forensic Data" means non-user generated data logs, data files, reports, and artifacts, including without limitation, the following artifacts:

**Mac Artifacts**

Any non-user generated data files, including without limitation:

```
MicrosoftRegistrationDb.reg
.bash_history
.bash_sessions*
.AppleSetupDone
com.apple.QuickLook.thumbnailcache
.fseventsd
.Spotlight-v100
.bash_sessions
History.db
.webhistory
Places.sqlite
History.sqlite
```

All files with the following file extensions:

```
.plist
```

The contents of all sub-directories contained in the following operating system directories:

>private\var\logs
>private\var\db\uuidtext
>private\var\db\diagnostics
>private\var\spool
>Library\Preferences
>Library\Logs

**PC Artifacts**

Any non-user generated data files, including without limitation:

>NTUSER.DAT
>USRCLASS.DAT
>$MFT
>$LogFile
>$USNJRNL (include any associated Streams)
>$Extend
>automaticdestinations-ms
>customdestinations-ms

Any files containing the following file extensions or having a file header associated with any of these file types:

>.lnk
>.pf
>.log
>.db
>.sqlite
>.sqlite3

The contents of all sub-directories found in the following operating system directories:

>\windows\system32\ (including without limitation, registry hives, event logs, and system resource usage monitoring data)
>\[user profile]\AppData\ (including without limitation, internet history)
>\$Recycle.Bin
>\Windows\appcompat\Programs\amcache.hve
>\System Volume Information (including volume shadow copies)

**Linux/Unix Artifacts**

Any files containing the following file extensions or having a file header associated with any of these file types:

>.bashrc
>.bash_history
>$HISTFILE
>.log
>.timer

Case 3:21-cv-01339-CAB-BGS   Document 7-7   Filed 07/28/21   PageID.685   Page 6 of 13

```
.config
.recently-used
.xbel
```

The contents of all sub-directories found in the following operating system directories:

```
/etc/
/var/log/
/var/lib/
/var/cache/
/var/spool/
/boot/
/lib/systemd/
/usr/lib/systemd/
```

### Server Applications

Source Code Repositories

Artifacts related to the dates of usage, version history, individuals that checked in or out source code, and the modification dates for source code repositories.  Versions of code or files that mention or call any Mitchell 1 or Snap-on servers, APIs or network locations.

Databases

Artifacts related to databases including server names, websites or hosting sites, instance names, table names, schema diagrams and definitions, API endpoints, and any other known ingress or egress points.  This includes any application or database troubleshooting logs, authentication logs, and web based or local activity logs, and bulk loading or import procedures for external or local data ingestion.

Web Server Logs

IIS, Apache or Content Delivery Network ("CDN") logs that show the detail requests for and/or download of data or information from Autel's webservers, including both user and non-user-based traffic.  This includes activity logs, proxy logs, error logs, agent logs, referer logs, and firewall and access point logs.

Security Information and Event Management (SIEM) Logs

5

PLAINTIFFS' RFPS TO AUTEL. US INC., SET 1
CASE NO. 3:21-CV-01339-CAB-BGS

sf- 4537348

EXHIBIT 5
140

Any logs aggregated to a SIEM solution including applications, devices, endpoints, servers or websites and their associated logs collected.

6. "Circumvention Device(s)" means (i) any ZEUS tablets or other hand-held computers originally offered for sale by Plaintiffs in the possession, custody, or control of Autel US or Autel ITC; and (ii) any device used by Autel US or Autel ITC to bypass Plaintiffs' authentication or other access controls, to programmatically access Plaintiffs' systems, or to download or store any data obtained by the foregoing methods.  Any and all backups of the aforementioned devices are also included in the meaning of this term.

7. "Other Autel Device(s)" means all devices in the possession, custody, or control of Autel US or Autel ITC that have been used to access Plaintiffs' TruckSeries or ProDemand products or used to disclose, disseminate, review, or use any data or information obtained from the foregoing products, or obtained from Plaintiffs' data servers or data services software associated with those products, that do not fall within the meaning of "Circumvention Device."  Any and all backups of the aforementioned devices are also included in the meaning of this term.

8. "Plaintiffs' Systems" means all handheld diagnostic devices (including without limitation, ZEUS), TruckSeries, ProDemand, or any of Plaintiffs' other vehicle diagnostic and repair products websites, and the computers, data servers, or data services software associated with the use of the foregoing products.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Documents sufficient to show, for each Forensic Image, the process(es) used to create each Forensic Image, including without limitation: (i) the date of creation of the Forensic Images; (ii) the original hash value of each of the Forensic Images (e.g., "md5" or "SHA"); (iii) whether or not the Forensic Images currently match the original hash values; and (iv) any decryption keys necessary to access the Forensic Images.

**REQUEST FOR PRODUCTION NO. 2:**

Documents sufficient to show the chain of custody of the Forensic Images.

**REQUEST FOR PRODUCTION NO. 3:**

Documents or Forensic Data sufficient to show full information about what operating system(s) exist on the Forensic Images, including without limitation, the date of installation of the operating system(s) before creation of the Forensic Images.

**REQUEST FOR PRODUCTION NO. 4:**

Documents or Forensic Data sufficient to show all users of each of the Circumvention Devices before creation of the Forensic Images.

**REQUEST FOR PRODUCTION NO. 5:**

Documents or Forensic Data constituting a full extraction of internet history files on the Forensic Images or Other Autel Devices that refer or relate to Plaintiffs' Systems or data originating from Plaintiffs' Systems, including without limitation, internet history, download history, and/or other internet artifacts related to Plaintiffs' services, programming techniques used to scrape data, discussion of downloading Plaintiffs' materials, or to materials that were downloaded from Plaintiffs' websites.

**REQUEST FOR PRODUCTION NO. 6:**

All Documents and Forensic Data that refer or relate to attempted or actual data destruction or the use of data destruction tools or software on the Forensic Images or Other Autel Devices, including without limitation, all Documents and Forensic Data resulting from a keyword search for the following terms: "delete," "erase," "wipe," "destroy," "clean," "eliminate," and all other similar terms, regardless of location and including all Forensic Data sources.

**REQUEST FOR PRODUCTION NO. 7:**

For each Forensic Image and Other Autel Device, Documents or Forensic Data sufficient to show (i) the capacity of the hard disk, (ii) the percentage of

unallocated space, (iii) files, metadata, or file fragments pertaining to files that are currently, or once were, in the Recycle Bin or Trash, (iv) metadata inclusive of all available dates for all deleted files, (v) file system events or other file system journaling or logging that would identify mass deletions, and (vi) information pertaining to the installation and running file wiping utilities that were located, including any available logs.

**REQUEST FOR PRODUCTION NO. 8:**

Any file, or fragment of a file, that contains any of the following terms, including without limitation, all Documents and Forensic Data resulting from a keyword search of the Forensic Images and Other Autel Devices for the following terms:

1. Snap-on
2. Snapon
3. Mitchell 1
4. Mitchell1
5. Zeus
6. Atlas
7. ProDemand
8. TruckSeries

**REQUEST FOR PRODUCTION NO. 9:**

Documents or Forensic Data sufficient to show who used the Circumvention Devices and Other Autel Devices and the software thereon, the applications in use, whether those applications transmitted data over the internet, and the hours of usage of the Circumvention Devices and Other Autel Devices and the foregoing applications.

**REQUEST FOR PRODUCTION NO. 10:**

Documents or Forensic Data sufficient to show the networking configuration of the Circumvention Devices and Other Autel Devices, including without

limitation, historical information about IP addresses, proxies, VPNs, firewalls, and/or other network settings in use on the foregoing devices.

**REQUEST FOR PRODUCTION NO. 11:**

All Documents and Forensic Data that refer or relate to the download, storage, printing, opening, copying, disseminating or usage of data originating from Plaintiffs' Systems on the Circumvention Devices or Other Autel Devices.

**REQUEST FOR PRODUCTION NO. 12:**

All documents that constitute or refer to End User License Agreements or purchase orders for Plaintiffs' Systems.

**REQUEST FOR PRODUCTION NO. 13:**

All documents that relate to access, or plans to access, Plaintiffs' Systems by Autel US or Autel ITC, including all records of access to Plaintiffs' Systems and all printouts of information received from Plaintiffs' Systems.

**REQUEST FOR PRODUCTION NO. 14:**

All documents or data obtained by Autel US or Autel ITC from Plaintiffs' Systems.

**REQUEST FOR PRODUCTION NO. 15:**

All documents that relate to the use, disclosure, or dissemination, of any documents or data obtained by Autel US or Autel ITC from Plaintiffs' Systems.

**REQUEST FOR PRODUCTION NO. 16:**

All content related to creation of revision of any product of Autel US or Autel ITC using data from Plaintiffs' Systems, whether or not that product has been released to the public.

**REQUEST FOR PRODUCTION NO. 17:**

All documents relating to Tom Machine and Equipment Repair or Mitchell 1's TruckSeries product.

**REQUEST FOR PRODUCTION NO. 18:**

All documents that constitute or refer to communications with Plaintiffs concerning the ProDemand account of Autel US.

**REQUEST FOR PRODUCTION NO. 19:**

All documents that constitute or refer to the sharing by Autel US of the user name and password for the Autel US ProDemand account with Autel ITC or any third party.

**REQUEST FOR PRODUCTION NO. 20:**

All keys, codes, explanations, manuals, or other documents necessary for the interpretation or understanding of any documents produced in response to any discovery request served in this lawsuit.

**REQUEST FOR PRODUCTION NO. 21:**

One sample of each of the MaxiSys Ultra and MaxiSys MS909CV currently offered for sale in U.S., along with any subscriptions or credentials necessary for consumer-level access to the content on those devices.

**REQUEST FOR PRODUCTION NO. 22:**

All Documents and Forensic Data, including without limitation, database instance names, tables names, schema documentation and data definitions, that refer or relate to the location where Autel US or Autel ITC saved, stored, or loaded data from Plaintiffs' Systems, including databases, online or cloud-based repositories, network drives, or external hard drives.

**REQUEST FOR PRODUCTION NO. 23:**

All Documents and Forensic Data that show the download of Plaintiffs' data from Autel US or Autel ITC's webservers, CDNs, or through its firewalls.

**REQUEST FOR PRODUCTION NO. 24:**

All Documents and Forensic Data contained in logs that relate to Autel US or Autel ITC's data scraping, data storage, application or websites hosted or application execution that relate to Plaintiffs' data or usage thereof.

**REQUEST FOR PRODUCTION NO. 25:**

All source code and executable code on the Forensic Images related to the programmatic access of data from Plaintiffs' Systems, including without limitation, scripts, bots, or emulators.

**REQUEST FOR PRODUCTION NO. 26:**

Documents or Forensic Data sufficient to identify any applications, by-products of those applications, logs, input or output, on the Forensic Images that relate to the decompiling of compiled source code relating to Plaintiffs' Systems.

**REQUEST FOR PRODUCTION NO. 27:**

All .XML, .JSON, .CSV or .HTML files found on the Forensic Images that contain automobile diagnostic information that matches to requests made to Plaintiffs' Systems.

**REQUEST FOR PRODUCTION NO. 28:**

Documents or Forensic Data constituting a full file listing of all file metadata on the Forensic Images or Other Autel Devices that refer or relate to Plaintiffs' Systems or data originating from Plaintiffs' Systems, including without limitation, metadata showing when files or applications were opened.

**REQUEST FOR PRODUCTION NO. 29:**

All Documents, Forensic Data, and metadata regarding source code repositories that contain code to circumvent Plaintiffs security, download Plaintiffs' data, manipulate, load, or store Plaintiffs' data in databases or other repositories, or otherwise access Plaintiffs' data.

**REQUEST FOR PRODUCTION NO. 30:**

All Documents and Forensic Data regarding the access to and current location of Plaintiffs' DLLs or other programming files on Autel US and Autel ITC's systems.

Dated: _____, 2021         MORRISON & FOERSTER LLP

By: _____
Kenneth A. Kuwayti

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED