| | |
|---|---|
| 1 | KENNETH A. KUWAYTI (CA SBN 145384)<br>KKuwayti@mofo.com |
| 2 | BERKELEY FIFE (CA SBN 325293)<br>BFife@mofo.com |
| 3 | MORRISON & FOERSTER LLP<br>755 Page Mill Road |
| 4 | Palo Alto, California  94304-1018<br>Telephone: 650.813.5600 |
| 5 | JOHN R. LANHAM (CA SBN 289382) |
| 6 | JLanham@mofo.com<br>JANET S. KIM (CA SBN 313815) |
| 7 | JKim@mofo.com<br>MORRISON & FOERSTER LLP |
| 8 | 12531 High Bluff Drive<br>San Diego, California  92130-2040 |
| 9 | Telephone: 858.720.5100 |
| 10 | Attorneys for Plaintiffs<br>MITCHELL REPAIR INFORMATION |
| 11 | COMPANY, LLC and SNAP-ON<br>INCORPORATED |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**PLAINTIFFS' *EX PARTE* MOTION FOR ENTRY OF INTERIM PROTECTIVE ORDER**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 15A<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>**Jury Trial Demanded** |

*Ex Parte* Motion for Interim Protective Order
Case No. _3:21-cv-01339-CAB-BGS

sf-4526605

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Mitchell Repair Information Company, LLC ("Mitchell 1") and Snap-On Incorporated ("Snap-on") (collectively, "Plaintiffs") hereby request, pursuant to U.S. District Court for the Southern District of California Civil Local Rule 83.3(g) and Rule 26(c) of the Federal Rules of Civil Procedure, that the Court enter the Southern District of California's model protective order on an interim basis.  Plaintiffs have provided notice of this motion to Defendants Autel. US Inc. ("Autel US") and Autel Intelligent Technology Corp., Ltd. ("Autel ITC") (collectively, "Defendants") as set forth below.

Entry of an early protective order is necessary because Plaintiffs are filing herewith a motion for preliminary relief that contains highly confidential and competitively sensitive information, including confidential research, development, and commercial information as such terms are used in Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure, as well as highly confidential computer security information.  Plaintiffs have also filed herewith a motion for expedited discovery, which, if granted, they anticipate will involve the exchange of highly confidential information.  Entry of this Court's model protective order on an interim basis is appropriate because, as this case was just filed, Plaintiffs have been unable to identify Defendants' outside counsel and confer with same about a joint proposal for a protective order.  Once Plaintiffs are able to identify Defendants' counsel, the parties will confer and submit a motion for a permanent protective order governing this proceeding.

Pursuant to Civil Local Rule 83.3, Counsel for Plaintiffs informed Autel US that Plaintiffs were filing this *Ex Parte* Motion for Entry of Interim Protective Order in this Court via a letter personally served on Autel US's California registered agent on July 27, 2021 and personally served on an authorized employee at Autel US's headquarters in New York on July 28, 2021.  (Declaration of Janet S.

Kim ("Kim Decl.") ¶¶ 3-4; Ex. 1.)  In the letter, Plaintiffs' counsel offered to meet and confer about the *Ex Parte* Motion for Entry of Interim Protective Order, but have not heard from Defendants as of the time of this filing.  (*Id.* ¶ 3; Ex. 1.) Plaintiffs also sent the same letter to Defendants via the following means on July 27, 2021: certified mail to Autel US's headquarters, email to Autel US's public sales and support email addresses, facsimile to Autel US's public fax address, certified mail to Autel US's California registered agent, Priority Mail International to Autel US's parent corporation Autel Intelligent Technology Corp., Ltd. ("Autel ITC"), email to Autel ITC's public sales and support email addresses, and facsimile to Autel ITC's public fax address.  (*Id.* ¶ 2; Ex. 1.)  Counsel for Plaintiffs are also providing Autel US and Autel ITC with a copy of this *Ex Parte* Motion for Entry of Interim Protective Order, and all supporting documentation, via similar means as identified above, including process server hand-delivery, overnight mail, email, and facsimile.  (*Id.* ¶ 5.)

      This Motion is based on this notice and Memorandum of Points and Authorities, the Declaration of Janet Kim in Support of Plaintiffs' *Ex Parte* Motion for Entry of Interim Protective Order; the Declaration of Bradley Lewis in Support of Plaintiffs' *Ex Parte* Motion to File Under Seal and Plaintiffs' *Ex Parte* Motion for Entry of Interim Protective Order; the Proposed Order Granting Plaintiff's *Ex Parte* Motion for Entry of a Protective Order; all papers on file in this action; and any argument the Court may hear.

1 | Dated: July 28, 2021

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Kenneth A. Kuwayti*
Kenneth A. Kuwayti
KKuwayti@mofo.com

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED