# TABLE OF EXHIBITS TO EX PARTE MOTION
*(Pursuant to L.R. 5.1(e))*

| Exhibit | Description | Page |
|---|---|---|
| Exhibit A | Marked-Up Version of U.S. District Court for the Southern District of California Model Protective Order | 8 |