## <u>TABLE OF EXHIBITS TO KIM DECLARATION</u>
*(Pursuant to L.R. 5.1(e))*

| Exhibit | Description | Page |
|---------|-------------|------|
| Exhibit 1 | July 27, 2021 Letter from Plaintiffs' Counsel to Defendants with attachments | 5 |