1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>    Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**ORDER GRANTING PLAINTIFFS MITCHELL REPAIR INFORMATION COMPANY, LLC'S AND SNAP-ON INCORPORATED'S *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[Doc. No. 5] |

   Presently before the Court is Plaintiffs Mitchell Repair Information Company, LLC's and Snap-On Incorporated's *Ex Parte* Motion to File Documents Under Seal.

   Plaintiffs seek to file portions of the following document under seal: (1) Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction; (2) the Declaration of Bradley Lewis in support thereof; (3) the Declaration of Daniel Roffman in support thereof; and (4) the Declaration of Jeff Grier in support thereof.  In addition, Plaintiffs seek to file under seal Exhibits 8, 10 and 11, and to redact personal identifying information from

1

Exhibits 12 and 14, to the Declaration of Bradley Lewis in support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction.

Good cause appearing, Plaintiffs' Motion to File Documents Under Seal is **GRANTED**.

**IT IS SO ORDERED**.

Dated:  July 29, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge