UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL US INC. and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,<br><br>Defendants. | Case No.:  21-CV-1391-CAB-BGS<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>[Doc. No. 6] |

Upon review of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order [Doc. No. 6], it is hereby **ORDERED** as follows:

1. Defendants may file an opposition to the motion by **August 6, 2021**;

2. Plaintiffs may file a reply by **August 13, 2021**;

3. A hearing will be held on **August 19, 2021** at **10:00 a.m.** in Courtroom 15A; and,

4. Plaintiffs shall promptly provide a copy of this order (along with their motion papers, if they have not done so already) to Plaintiffs in the same manner and using the same means as they delivered the July 27, 2021 letter referenced in the Declaration of Janet S. Kim [Doc. No. 6-3].  Plaintiffs shall file a declaration with the Court when they have complied with this requirement.  If the Plaintiffs'

motion papers and this order are not promptly delivered to Defendants, the Court may modify the briefing schedule and continue the hearing to give Defendants adequate time to respond.

It is **SO ORDERED**.

Dated: July 29, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge