1  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
2  BERKELEY FIFE (CA SBN 325293)
   BFife@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5
   JOHN R. LANHAM (CA SBN 289382)
6  JLanham@mofo.com
   JANET S. KIM (CA SBN 313815)
7  JKim@mofo.com
   MORRISON & FOERSTER LLP
8  12531 High Bluff Drive
   San Diego, California 92130-2040
9  Telephone: 858.720.5100

10 Attorneys for Plaintiffs
   MITCHELL REPAIR INFORMATION
11 COMPANY, LLC and SNAP-ON
   INCORPORATED

12

13                 **UNITED STATES DISTRICT COURT**

14                **SOUTHERN DISTRICT OF CALIFORNIA**

15

16 | MITCHELL REPAIR | Case No. 3:21-cv-01339-CAB-BGS |
   INFORMATION COMPANY, LLC, a
17 Delaware limited liability company, | **NOTICE OF APPEARANCE**
   and SNAP-ON INCORPORATED, a | **OF JOHN R. LANHAM FOR**
18 Delaware corporation, | **PLAINTIFFS MITCHELL**
                                          | **REPAIR INFORMATION**
19         Plaintiffs, | **COMPANY, LLC AND SNAP-ON**
                                          | **INCORPORATED**
20    v. | Judge: Hon. Cathy Ann Bencivengo
21 AUTEL. US INC., a New York | Courtroom: 15A
   corporation, and AUTEL
22 INTELLIGENT TECHNOLOGY | **Jury Trial Demanded**
   CORP., LTD., a Chinese corporation,
23
           Defendants.
24

25

26

27

28

1    TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE of the appearance of John R. Lanham of Morrison

3  & Foerster LLP, as counsel of record for, and on behalf of, Plaintiffs Mitchell

4  Repair Information Company, LLC and Snap-on Incorporated in the above-

5  referenced action.  Copies of all briefs, motions, orders, correspondence, and other

6  papers should be electronically served on the undersigned at JLanham@mofo.com.

7
     Dated: July 30, 2021                    MORRISON & FOERSTER LLP
8

9
                                             By: */s/ John R. Lanham*
10                                               JOHN R. LANHAM
                                                 JLanham@mofo.com
11
                                                 Attorneys for Plaintiffs
12                                               MITCHELL REPAIR INFORMATION
                                                 COMPANY, LLC and SNAP-ON
13                                               INCORPORATED

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance of John R. Lanham for Plaintiffs
Case No. 3:21-cv-01339-CAB-BGS

sd-742631