KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
BERKELEY FIFE (CA SBN 325293)
BFife@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
JANET S. KIM (CA SBN 313815)
JKim@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**NOTICE OF APPEARANCE OF JANET S. KIM FOR PLAINTIFFS MITCHELL REPAIR INFORMATION COMPANY, LLC AND SNAP-ON INCORPORATED**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 15A<br><br>**Jury Trial Demanded** |

|    |    |
|----|----|
| 1  | TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD: |
| 2  | PLEASE TAKE NOTICE of the appearance of Janet S. Kim of Morrison & |
| 3  | Foerster LLP, as counsel of record for, and on behalf of, Plaintiffs Mitchell Repair |
| 4  | Information Company, LLC and Snap-on Incorporated in the above-referenced |
| 5  | action.  Copies of all briefs, motions, orders, correspondence, and other papers |
| 6  | should be electronically served on the undersigned at JKim@mofo.com. |

Dated: July 30, 2021        MORRISON & FOERSTER LLP

By: */s/ Janet S. Kim*
　　JANET S. KIM
　　JKim@mofo.com

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED