KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
BERKELEY FIFE (CA SBN 325293)
BFife@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
JANET S. KIM (CA SBN 313815)
JKim@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**DECLARATION OF JANET S. KIM CERTIFYING PLAINTIFFS' COMPLIANCE WITH THE COURT'S JULY 29, 2021 ORDER [DOC. NO. 10]**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 15A<br><br>**Jury Trial Demanded** |

I, Janet S. Kim, declare:

1. I am a member of the bar of the State of California and an attorney with Morrison & Foerster LLP, counsel of record for Plaintiffs Mitchell Repair Information Company, LLC and Snap-on Incorporated (collectively, "Plaintiffs"). I am admitted to practice before this Court. I submit this declaration to certify Plaintiffs' compliance with the Court's July 29, 2021 Order Setting Briefing Schedule and Hearing on Ex Parte Motion for Temporary Restraining Order [Doc. No. 10]. I have personal knowledge of the matters set forth below. If called as a witness, I could and would competently testify as follows:

2. I caused copies of: (i) Plaintiffs' *Ex Parte* Motion to File Documents Under Seal, and supporting documents [Doc. No. 5]; (ii) public, redacted versions[1] of Plaintiffs' *Ex Parte* Motion for (1) Temporary Restraining Order and (2) Order to Show Cause regarding Preliminary Injunction, and supporting documents [Doc. No. 6]; (iii) Plaintiffs' *Ex Parte* Motion for (1) Leave to Take Expedited Discovery and (2) Evidence Preservation Order, and supporting documents [Doc. No. 7]; and (iv) Plaintiffs' *Ex Parte* Motion for Entry of Interim Protective Order, and supporting documents [Doc. No. 8] (collectively, "*Ex Parte* Motions") to be sent to Defendants Autel. US Inc. ("Autel US") and Autel Intelligent Technology Corp., Ltd. ("Autel ITC") via the following means:

    a. Process server hand-delivery to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568, completed on July 29, 2021;

    b. UPS overnight mail to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568, sent

---

[1] Because outside counsel for Autel US has not yet appeared, and because these papers contain Plaintiffs' highly confidential business information, Plaintiffs provided the public, redacted versions of these papers.

|    |                                                                                                  |
|----|--------------------------------------------------------------------------------------------------|
| 1  | on July 29, 2021;                                                                                |
| 2  |    c. Process server hand-delivery to Autel US's headquarters at 175              |

on July 29, 2021;

    c. Process server hand-delivery to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735, completed on July 30, 2021;

    d. UPS overnight mail to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735, sent on July 29, 2021;

    e. Email with return receipt requested to Autel US's public sales and support email addresses at ussupport@autel.com and sales@autel.com, respectively, sent on July 29, 2021;

    f. Facsimile to Autel US's public fax address at (631) 357-3304, attempted on July 29, 2021;

    g. UPS express international mail to Autel ITC at 7th, 8th and 10th Floor, Building B1, Zhiyuan, Xueyuan Road, Xili, Nanshan, Shenzhen, 518055, China, sent on July 29, 2021;

    h. Email with return receipt requested to Autel ITC's public sales and support email addresses at support@autel.com and sales@auteltech.net, respectively, sent on July 29, 2021; and

    i. Facsimile to Autel ITC's public fax address at 0086-755-8614-7758, attempted on July 29, 2021 Pacific Daylight Time/July 30, 2021 China Standard Time.

    3. I caused a copy of the Court's July 29, 2021 Order Setting Briefing Schedule and Hearing on Ex Parte Motion for Temporary Restraining Order [Doc. No. 10] to be sent to Defendants via the following means:

    a. Process server hand-delivery to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568, completed on July 30, 2021;

    b. USPS certified mail and UPS overnight mail to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo

sf-4538931

Dr., Dublin, CA 94568, sent on July 30, 2021;

c. Process server hand-delivery to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735, completed on July 30, 2021;

d. USPS certified mail and UPS overnight mail to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735, sent on July 30, 2021;

e. Email with return receipt requested to Autel US's public sales and support email addresses at ussupport@autel.com and sales@autel.com, respectively, sent on July 29, 2021;

f. USPS Priority Mail International and UPS express international mail to Autel ITC at 7th, 8th and 10th Floor, Building B1, Zhiyuan, Xueyuan Road, Xili, Nanshan, Shenzhen, 518055, China, sent on July 30, 2021; and

g. Email with return receipt requested to Autel ITC's public sales and support email addresses at support@autel.com and sales@auteltech.net, respectively, sent on July 29, 2021.

4. On July 30, 2021, process servers confirmed personal service of the *Ex Parte* Motions and the Court's July 29 Order on both Autel US's California registered agent, Shuping Wang, at 5282 Palazzo Dr., Dublin, CA 94568 and an individual at Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735.

5. On July 29, 2021, I received two emails each from ussupport@autel.com and support@autel.com appearing to be automated emails confirming delivery of emails sending the *Ex Parte* Motions and the Court's July 29 Order to those email addresses.

6. On July 29, 2021 Pacific Daylight Time/July 30, 2021 China Standard Time, staff in Morrison & Foerster LLP's Beijing office contacted a general phone

number listed publicly for Autel ITC, 0755-8614-7778, and reached a receptionist who reported that Autel ITC does not have a fax number. In light of this information, and because multiple attempts to each of Autel US's fax address at (631) 357-3304 and Autel ITC's fax address at 0086-755-8614-7758 over the course of July 27 and 29, 2021 were unsuccessful, no further attempts were made to deliver documents via facsimile.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 30, 2021, at San Diego, California.

                                    */s/ Janet S. Kim*
                                    Janet S. Kim