1  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
2  BERKELEY FIFE (CA SBN 325293)
   BFife@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600

5  JOHN R. LANHAM (CA SBN 289382)
   JLanham@mofo.com
6  JANET S. KIM (CA SBN 313815)
   JKim@mofo.com
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
8  San Diego, California 92130-2040
   Telephone: 858.720.5100

9

10 Attorneys for Plaintiffs
   MITCHELL REPAIR INFORMATION
11 COMPANY, LLC and SNAP-ON
   INCORPORATED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**NOTICE OF APPEARANCE OF BERKELEY FIFE FOR PLAINTIFFS MITCHELL REPAIR INFORMATION COMPANY, LLC AND SNAP-ON INCORPORATED**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 15A<br><br>**Jury Trial Demanded** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Berkeley Fife of Morrison & Foerster LLP, as counsel of record for, and on behalf of, Plaintiffs Mitchell Repair Information Company, LLC and Snap-on Incorporated in the above-referenced action. Copies of all briefs, motions, orders, correspondence, and other papers should be electronically served on the undersigned at BFife@mofo.com.

Dated: July 30, 2021     MORRISON & FOERSTER LLP

By: */s/ Berkeley Fife*
    BERKELEY FIFE
    BFife@mofo.com

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED