UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY LLC, SNAP-ON INCORPORATED,<br><br>                                Plaintiffs,<br><br>v.<br><br>AUTEL US INC., AUTEL INTELLIGENT TECHNOLOGY CORP. LTD.,<br><br>                                Defendants. | Case No.: 21-cv-01339-CAB-BGS<br><br>**ORDER SETTING BRIEFING SCHEDULE AS TO:**<br><br>**1) EX PARTE MOTION FOR EXPEDITED DISCOVERY AND EVIDENCE PRESERVATION ORDER [ECF NO. 7]; AND**<br><br>**2) EX PARTE MOTION FOR PROTECTIVE ORDER [ECF NO. 8]** |

On July 28, 2021, Plaintiff filed an *Ex Parte* Motion for Leave to Take Expedited Discovery and Evidence Preservation Order, as well as *Ex Parte* Motion for Protective Order. (ECF Nos. 7, 8.) The Court therefore, issues the following briefing schedule for these motions:

1. Defendants may file its opposition or statement of non-opposition as to Plaintiffs' *Ex Parte* Motion for Leave to Take Expedited Discovery and Evidence

  Preservation Order (ECF No. 7) or Plaintiffs' *Ex Parte* Motion for Protective Order (ECF No. 8), on or before **August 9, 2021**.

2. Plaintiffs may file a reply to Defendants' opposition to (ECF No. 7, 8), if any, on or before **August 13, 2021**.

3. Plaintiffs shall promptly provide a copy of this order (along with their motion papers, if they have not done so already) to Defendants in the same manner and using the same means as they delivered the July 27, 2021 letter referenced in the Declaration of Janet S. Kim (*see* ECF Nos. 7-1, 8-5). Plaintiffs shall file a declaration with the Court when they have complied with this requirement. If the Plaintiffs' motion papers and this order are not promptly delivered to Defendants, the Court may modify the briefing schedule and continue the hearing to give Defendants adequate time to respond.

**IT IS SO ORDERED**.

Dated: August 3, 2021

*[signature]*

Hon. Bernard G. Skomal
United States Magistrate Judge