KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
BERKELEY FIFE (CA SBN 325293)
BFife@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
JANET S. KIM (CA SBN 313815)
JKim@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**DECLARATION OF JANET S. KIM CERTIFYING PLAINTIFFS' COMPLIANCE WITH THE COURT'S AUGUST 3, 2021 ORDER [DOC. NO. 16]**<br><br>**Jury Trial Demanded** |

I, Janet S. Kim, declare:

1. I am a member of the bar of the State of California and an attorney with Morrison & Foerster LLP, counsel of record for Plaintiffs Mitchell Repair Information Company, LLC and Snap-on Incorporated (collectively, "Plaintiffs"). I am admitted to practice before this Court. I submit this declaration to certify Plaintiffs' compliance with the Court's August 3, 2021 Order Setting Briefing Schedule as to: 1) Ex Parte Motion for Expedited Discovery and Evidence Preservation Order [ECF No. 7]; and 2) Ex Parte Motion for Protective Order [ECF No. 8]. I have personal knowledge of the matters set forth below. If called as a witness, I could and would competently testify as follows:

2. On August 2, 2021, David Barkan of Fish & Richardson P.C. contacted counsel for Plaintiffs by phone and indicated that Fish & Richardson was in the process of being retained by at least Defendant Autel. US Inc. ("Autel US"). On August 3, 2021, Mr. Barkan confirmed that he was authorized to accept service of the Court's August 3 Order for Autel US only.

3. I caused copies of: (i) Plaintiffs' *Ex Parte* Motion for (1) Leave to Take Expedited Discovery and (2) Evidence Preservation Order, and supporting documents [Doc. No. 7] and (ii) Plaintiffs' *Ex Parte* Motion for Entry of Interim Protective Order, and supporting documents [Doc. No. 8] (collectively, "*Ex Parte* Motions") to be sent to Defendants Autel US and Autel Intelligent Technology Corp., Ltd. ("Autel ITC") via the following means:

    a. Process server hand-delivery to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568, completed on July 29, 2021;

    b. UPS overnight mail to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568, sent on July 29, 2021;

    c. Process server hand-delivery to Autel US's headquarters at 175

Central Ave., Ste. 200, Farmingdale, NY 11735, completed on July 30, 2021;

    d. UPS overnight mail to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735, sent on July 29, 2021;

    e. Email with return receipt requested to Autel US's public sales and support email addresses at ussupport@autel.com and sales@autel.com, respectively, sent on July 29, 2021;

    f. Facsimile to Autel US's public fax address at (631) 357-3304, attempted on July 29, 2021;

    g. UPS express international mail to Autel ITC at 7th, 8th and 10th Floor, Building B1, Zhiyuan, Xueyuan Road, Xili, Nanshan, Shenzhen, 518055, China, sent on July 29, 2021;

    h. Email with return receipt requested to Autel ITC's public sales and support email addresses at support@autel.com and sales@auteltech.net, respectively, sent on July 29, 2021; and

    i. Facsimile to Autel ITC's public fax address at 0086-755-8614-7758, attempted on July 29, 2021 Pacific Daylight Time/July 30, 2021 China Standard Time.

4. I caused a copy of the Court's August 3, 2021 Order Setting Briefing Schedule as to: 1) Ex Parte Motion for Expedited Discovery and Evidence Preservation Order [ECF No. 7]; and 2) Ex Parte Motion for Protective Order [ECF No. 8] to be sent to Defendants via the following means:

    a. Process server hand-delivery to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568, completed on August 4, 2021;

    b. UPS overnight mail to Autel US's California registered agent c/o Shuping Wang at 5282 Palazzo Dr., Dublin, CA 94568, sent on August 4, 2021;

   c. Process server hand-delivery to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735, completed on August 4, 2021;

   d. UPS overnight mail to Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735, sent on August 4, 2021;

   e. Email with return receipt requested to Autel US's public sales and support email addresses at ussupport@autel.com and sales@autel.com, respectively, and copying Mr. Barkan, sent on August 4, 2021; and

   f. Email with return receipt requested to Autel ITC's public sales and support email addresses at support@autel.com and sales@auteltech.net, respectively, and copying Mr. Barkan, August 4, 2021.

5. Additionally, on August 3, 2021, John Lanham, an attorney with Morrison & Foerster, provided Mr. Barkan with an email copy of the Court's August 3 Order.

6. On July 30, 2021, process servers confirmed personal service of the *Ex Parte* Motions on both Autel US's California registered agent, Shuping Wang, at 5282 Palazzo Dr., Dublin, CA 94568 and an individual at Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735.

7. On August 4, 2021, process servers confirmed personal service of the Court's August 3 Order on both Autel US's California registered agent, Shuping Wang, at 5282 Palazzo Dr., Dublin, CA 94568 and an individual at Autel US's headquarters at 175 Central Ave., Ste. 200, Farmingdale, NY 11735.

8. On August 4, 2021, I received an email each from ussupport@autel.com and support@autel.com appearing to be automated emails confirming delivery of an email sending the Court's August 3 Order to those email addresses.

1          9.     On July 29, 2021 Pacific Daylight Time/July 30, 2021 China Standard Time, staff in Morrison & Foerster LLP's Beijing office contacted a general phone number listed publicly for Autel ITC, 0755-8614-7778, and reached a receptionist who reported that Autel ITC does not have a fax number.  In light of this information, and because multiple attempts to each of Autel US's fax address at (631) 357-3304 and Autel ITC's fax address at 0086-755-8614-7758 over the course of July 27 and 29, 2021 were unsuccessful, no further attempts were made to deliver documents via facsimile.

           10.    On August 4, 2021, Morrison & Foerster LLP staff was contacted by UPS concerning international packages sent to Autel ITC.  The UPS agent reported that they were unable to accomplish delivery to Autel ITC with the provided address of 7th, 8th and 10th Floor, Building B1, Zhiyuan, Xueyuan Road, Xili, Nanshan, Shenzhen, 518055, China (which is the publicly listed address for Autel ITC).  Counsel for Plaintiffs has identified an alternate address for Autel ITC of 7th, 8th and 10th Floor, Building B1, Zhiyuan, No. 1001 Xueyuan Road, Xili Street, Nanshan, Shenzhen, 518055, China.  On August 5, 2021, I caused the *Ex Parte* Motions to be reattempted and the Court's August 3 Order to be sent via UPS to the alternate address for Autel ITC in China.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on August 5, 2021, at San Diego, California.

                               /s/ Janet S. Kim
                               Janet S. Kim