KENNETH A. KUWAYTI
(CA SBN 145384)
KKuwayti@mofo.com
BERKELEY G. FIFE
(CA SBN 325293)
BFife@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

JOHN R. LANHAM
(CA SBN 289382)
JLanham@mofo.com
JANET S. KIM (CA SBN 313815)
JKim@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100

*Attorneys for Plaintiffs*
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED

DAVID BARKAN
(CA SBN 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

*Attorneys for Defendants*
AUTEL. US INC. and AUTEL
INTELLIGENT TECHNOLOGY
CORP., LTD

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, and SNAP-ON INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,<br><br>Defendants. | C.A. No. 3:21-cv-01339-CAB-BGS<br><br>**JOINT MOTION AND STIPULATION REGARDING PENDING MOTIONS**<br><br>Judge: Hon. Cathy Ann Bencivengo<br><br>Magistrate Judge: Bernard G Skomal |

1

In response to the *Ex Parte* Motion for (1) Temporary Restraining Order and (2) Order to Show Cause Regarding Preliminary Injunction (ECF No. 6) and the *Ex Parte* Motion for (1) Leave to Take Expedited Discovery and (2) Evidence Preservation Order (ECF No. 7) filed by Plaintiffs Mitchell Repair Information Company, LLC and Snap-On Incorporated (collectively, "Plaintiffs"), Plaintiffs and Defendants Autel. US Inc. ("Autel US") and Autel Intelligent Technology Corp., Ltd. ("Autel ITC") (collectively, "Autel"), hereby stipulate as follows:

1. The Parties stipulate to and request entry of the accompanying proposed Order on Joint Motion and Stipulation Regarding Pending Motions.

2. Autel ITC voluntarily waives the requirement for service of a summons and consents to personal jurisdiction for purposes of this action.

3. Through this stipulation, Autel does not admit any allegations in Plaintiffs' Complaint.  (*See* ECF No. 1.)  Autel agrees to this Joint Motion and Stipulation solely to reduce the burden on the Court and the parties, given the scope of relief sought by Plaintiffs' Motion for (1) Temporary Restraining Order and (2) Order to Show Cause Regarding Preliminary Injunction (ECF No. 6) and the minimal time Autel has had to investigate Plaintiffs' allegations.

4. Contingent on the Court issuing the accompanying proposed Order, Plaintiffs will withdraw their *Ex Parte* Motion for (1) Leave to Take Expedited Discovery and (2) Evidence Preservation Order.  (ECF No. 7).  Plaintiffs will file a corresponding notice with the Court following entry of the proposed Order.

Dated: August 6, 2021

Respectfully submitted,

| | |
|---|---|
| FISH & RICHARDSON P.C. | MORRISON & FOERSTER LLP |
| */s/ David M. Barkan* | */s/ John R. Lanham* |
| David M. Barkan | John R. Lanham |
| Attorneys for Defendants<br>AUTEL. US INC. and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD. | Attorneys for Plaintiffs<br>MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED |

## SIGNATURE CERTIFICATION

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff

Dated: August 6, 2021                    FISH & RICHARDSON P.C.

By: */s/ David M. Barkan*
    David M. Barkan