KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
BERKELEY G. FIFE (CA SBN 325293)
BFife@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
JANET S. KIM (CA SBN 313815)
JKim@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, a Delaware limited liability company, and SNAP-ON INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., a New York corporation, and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., a Chinese corporation,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**NOTICE OF WITHDRAWAL OF *EX PARTE* MOTION FOR (1) LEAVE TO TAKE EXPEDITED DISCOVERY AND (2) EVIDENCE PRESERVATION ORDER**<br><br>Judge: Hon. Bernard G. Skomal<br>Courtroom: Suite 1280<br><br>**Jury Trial Demanded** |

Plaintiffs Mitchell Repair Information Company, LLC and Snap-on Incorporated (together, "Plaintiffs") submit this Notice of Withdrawal of their *Ex Parte* Motion for (1) Leave to Take Expedited Discovery and (2) Evidence Preservation Order (ECF No. 8) (the "Motion"), stating as follows:

1. Plaintiffs filed a Complaint against Autel. US, Inc. and Autel Intelligent Technology Corp., Ltd. (together, "Autel") on July 28, 2021. (ECF No. 1.)

2. Plaintiffs filed the Motion on June 28, 2021, along with an *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction (ECF No. 6) and an *Ex Parte* Motion for Entry of Interim Protective Order. (ECF No. 8.)

3. Following discussions with counsel for Autel, on August 6, 2021, the parties filed a Joint Motion and Stipulation Regarding Pending Motions and a proposed Order. (ECF Nos. 18, 18-1.) The Joint Motion and Stipulation provided that Plaintiffs would file a notice of withdrawal of the Motion upon entry of the proposed Order. (ECF No. 18 ¶ 4.)

4. On August 9, 2021, the Court issued an Order substantially the same as the parties' proposed Order. (ECF No. 19.)

5. In addition to provisions temporarily restraining Autel from engaging in certain activities, the Court's Order contains provisions requiring Autel to preserve devices, documents, metadata, and electronic information; turn over devices for forensic imaging; and provide expedited discovery responses. (*Id.* ¶¶ 1, 4, 7(a).)

6. The Court's Order provides the relief sought by Plaintiffs in the Motion.

THEREFORE, in view of the Court's Order, the parties' Joint Motion and Stipulation Regarding Pending Motions, and CivLR 7.1(g), Plaintiffs submit this Notice of Withdrawal of the Motion.

| | | |
|---|---|---|
| 1 | Dated: August 9, 2021 | Respectfully submitted, |
| 2 | | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By: */s/ Kenneth A. Kuwayti* |
| 5 | | KENNETH A. KUWAYTI<br>KKuwayti@mofo.com |
| 6 | | |
| 7 | | Attorneys for Plaintiffs<br>MITCHELL REPAIR INFORMATION |
| 8 | | COMPANY, LLC and SNAP-ON<br>INCORPORATED |