KENNETH A. KUWAYTI
(CA SBN 145384)
KKuwayti@mofo.com
BERKELEY G. FIFE
(CA SBN 325293)
BFife@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

JOHN R. LANHAM
(CA SBN 289382)
JLanham@mofo.com
JANET S. KIM
(CA SBN 313815)
JKim@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100

*Attorneys for Plaintiffs*
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED

DAVID BARKAN
(CA SBN 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

*Attorneys for Defendants*
AUTEL. US INC. and AUTEL
INTELLIGENT TECHNOLOGY
CORP., LTD

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, and SNAP-ON INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC., and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,<br><br>Defendants. | C.A. No. 3:21-cv-01339-CAB-BGS<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>Magistrate Judge: Hon. Bernard G. Skomal<br>Courtroom: Suite 1280 |

No. 3:21-cv-01339-CAB-BGS

sf-4544443

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs Mitchell Repair Information Company, LLC and Snap-On Incorporated (together, "Plaintiffs") and Defendants Autel. US Inc. and Autel Intelligent Technology Corp., Ltd. (together, "Defendants") hereby move for entry of the attached Stipulated Protective Order.

The Parties anticipate that documents, testimony, or information containing or reflecting confidential, proprietary, trade secret, and/or commercially sensitive information are likely to be disclosed or produced during the course of discovery in this matter.  Accordingly, the Parties have conferred and respectfully request that the Court enter the attached Stipulated Protective Order.

The Parties agree and stipulate that this Joint Motion moots the relief sought in Plaintiffs' *Ex Parte* Motion for Entry of Interim Protective Order.  (ECF No. 8.)

Dated: August 9, 2021

Respectfully submitted,

| MORRISON & FOERSTER LLP | FISH & RICHARDSON LLP |
|---|---|
| By: /s/ Kenneth A. Kuwayti<br>Kenneth A. Kuwayti<br>KKuwayti@mofo.com | /s/ David M. Barkan<br>David M. Barkan<br>barkan@fr.com |
| Attorneys for Plaintiffs<br>MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED | Attorneys for Defendants<br>AUTEL. US INC. and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD. |

## SIGNATURE CERTIFICATION

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: August 9, 2021　　　　　　　　　MORRISON & FOERSTER LLP

By: */s/ Kenneth A. Kuwayti*
　　Kenneth A. Kuwayti

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED