| | |
|---|---|
| 1 | Christopher S. Marchese (CA 170239 / marchese@fr.com) |
| 2 | FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400,<br>San Diego CA 92130 |
| 3 | Tel: (858) 678-5070/ Fax: (858) 678-5099 |
| 4 | David M. Barkan (CA 160825 / barkan@fr.com)<br>FISH & RICHARDSON P.C. |
| 5 | 500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Tel: (650) 839-5070 / Fax: (650) 839-5071 |
| 6 | Attorneys for Defendants AUTEL US INC. and |
| 7 | AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL US INC. and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER S. MARCHESE** |

PLEASE TAKE NOTICE that Christopher S. Marchese of Fish & Richardson P.C. (12860 El Camino Real, Suite 400, San Diego CA 92130), a member of the State Bar of California (CA SBN 170239) who is admitted to practice in this Court, enters his appearance in this matter as counsel of record for Defendants Autel US Inc. and Autel Intelligent Technology Corp., Ltd. and is authorized to receive service of all

1  pleadings, notices, orders, and other papers in this matter on behalf of Autel US Inc.
2  and Autel Intelligent Technology Corp., Ltd.
3  Dated:  August 10, 2021            FISH & RICHARDSON P.C.
4
5                                     By: */s/ Christopher S. Marchese*
                                           Christopher S. Marchese
6                                     Attorneys for Defendants
                                      AUTEL US INC. and
7                                     AUTEL INTELLIGENT
                                      TECHNOLOGY CORP.. LTD.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24