1 | Christopher S. Marchese (CA 170239 / marchese@fr.com)
2 | Tim Rawson (CA 304755 / rawson@fr.com)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400,
San Diego CA 92130
3 | Tel: (858) 678-5070/ Fax: (858) 678-5099

4 | David M. Barkan (CA 160825 / barkan@fr.com)
FISH & RICHARDSON P.C.
5 | 500 Arguello Street, Suite 500
Redwood City, CA 94063
6 | Tel: (650) 839-5070 / Fax: (650) 839-5071

7 | Attorneys for Defendants AUTEL US INC. and
AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED, | Case No. 3:21-cv-01339-CAB-BGS |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF TIM RAWSON** |
| v. | |
| AUTEL US INC. and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., | |
| Defendants. | |

PLEASE TAKE NOTICE that Tim Rawson of Fish & Richardson P.C. (12860 El Camino Real, Suite 400, San Diego CA 92130), a member of the State Bar of California (CA SBN 304755) who is admitted to practice in this Court, enters his appearance in this matter as counsel of record for Defendants Autel US Inc. and Autel Intelligent Technology Corp., Ltd. and is authorized to receive service of all

pleadings, notices, orders, and other papers in this matter on behalf of Autel US Inc. and Autel Intelligent Technology Corp., Ltd.

Dated: August 11, 2021

FISH & RICHARDSON P.C.

By: */s/ Tim Rawson*
    Tim Rawson

Attorney for Defendants
AUTEL US INC. and
AUTEL INTELLIGENT
TECHNOLOGY CORP.. LTD.