1  Christopher S. Marchese (CA 170239 / marchese@fr.com)
   Timothy J. Rawson (CA 304755 / rawson@fr.com)
2  FISH & RICHARDSON P.C.
   12860 El Camino Real, Suite 400,
3  San Diego CA 92130
   Tel: (858) 678-5070/ Fax: (858) 678-5099
4
   David M. Barkan (CA 160825 / barkan@fr.com)
5  Jeanel N. Sunga (CA 333815 / sunga@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, CA 94063
7  Tel: (650) 839-5070 / Fax: (650) 839-5071

8  Attorneys for Defendants AUTEL. US INC. and
   AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,
9

10              UNITED STATES DISTRICT COURT

11              SOUTHERN DISTRICT OF CALIFORNIA

12

| MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL. US INC. and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,<br><br>Defendants. | Case No. 3:21-cv-01339-CAB-BGS<br><br>**NOTICE OF APPEARANCE OF JEANEL N. SUNGA** |
|---|---|

PLEASE TAKE NOTICE that Jeanel N. Sunga of Fish & Richardson P.C. (500 Arguello Street, Suite 500, Redwood City, CA 94063), a member of the State Bar of California (CA SBN 333815) who is admitted to practice in this Court, enters her appearance in this matter as counsel of record for Defendants Autel. US Inc. ("Autel US") and Autel Intelligent Technology Corp., Ltd. ("Autel ITC") and is authorized to receive service of all pleadings, notices, orders, and other papers in this matter on behalf of Autel US and Autel ITC.

| | | |
|---|---|---|
| 1 | Dated: August 11, 2021 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Jeanel N. Sunga* |
| | | Jeanel N. Sunga |
| 4 | | |
| 5 | | Attorneys for Defendants |
| | | AUTEL. US INC. and |
| 6 | | AUTEL INTELLIGENT |
| | | TECHNOLOGY CORP.. LTD. |