UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>AUTEL US INC. and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,<br><br>Defendants. | Case No.: 21-CV-01339-CAB-BGS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL ARBITRATION**<br><br>[Doc. No. 31] |

For the reasons stated on the record at the October 7, 2021 hearing, Defendants' motion to compel arbitration is **DENIED** with respect to the "Fifth Cause of Action" in the complaint for breach of contract under the Snap-on end user license agreement, and **GRANTED** with respect to the remainder of the claims/causes of action in the complaint. Pursuant to the arbitration provision in the Mitchell 1 end user license agreement [Doc. No. 1-3 at 3; Doc. No. 1-4 at 5], the question whether the remainder of the claims/causes of action are in fact arbitrable must be decided by the arbitrator. It is further **ORDERED** that this case is **STAYED** in its entirety pending a determination by the arbitrator as to which claims are arbitrable. Within five days of the arbitrator's ruling on which claims are

arbitrable, the parties shall provide a status update to the Court. At that time, Plaintiffs may move to lift the stay as to any claims the arbitrator rules are not arbitrable.

As stated at the hearing, the injunction from paragraph 1 of the Court's August 9, 2021 Order [Doc. No. 19] shall remain in effect until the conclusion of any arbitration. Defendants may move to lift the injunction based on any interim rulings from the arbitrator. Accordingly, the briefing schedule and hearing date for a motion for preliminary injunction set forth in paragraph 7d-g of the August 19, 2021 order are **VACATED**. If Plaintiffs believe they are entitled to additional injunctive relief that is not encompassed by paragraph 1 of the August 9, 2021 order, they may file a brief, on or before **October 22, 2021** and not to exceed ten pages, specifying exactly what additional injunctive relief they want, and what discovery they need before moving for such an injunction. Defendants may file a response, not to exceed ten pages, on or before **November 5, 2021**.

It is **SO ORDERED**.

Dated: October 7, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge