KENNETH A. KUWAYTI
(CA SBN 145384)
KKuwayti@mofo.com
BERKELEY G. FIFE
(CA SBN 325293)
BFife@mofo.com
MAX I. LEVY
(CA SBN 346289)
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

JOHN R. LANHAM
(CA SBN 289382)
JLanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100

*Attorneys for Plaintiffs*
MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON
INCORPORATED

DAVID BARKAN
(CA SBN 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

*Attorneys for Defendants*
AUTEL US INC. and AUTEL
INTELLIGENT TECHNOLOGY
CORP., LTD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUTEL US INC. and AUTEL INTELLIGENT TECHNOLOGY CO. LTD., a Chinese corporation, <br><br> Defendants. | Case No. 21-CV-01339-CAB-BGS <br><br> JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

1 | Plaintiffs Snap-on Incorporated and Mitchell Repair Information Company, LLC ("Plaintiffs") and Defendants Autel US Inc. and Autel Intelligent Technology Corp., LTD ("Defendants"), by and through their undersigned counsel, STIPULATE to the dismissal of this action without prejudice, with each party to bear its costs and fees.

Dated: January 16, 2024

Respectfully submitted,

| MORRISON & FOERSTER LLP | FISH & RICHARDSON P.C. |
|---|---|
| By: */s/ Kenneth A. Kuwayti*<br>Kenneth A. Kuwayti<br>KKuwayti@mofo.com<br>Attorneys for Plaintiffs<br>MITCHELL REPAIR INFORMATION COMPANY, LLC<br>and SNAP-ON INCORPORATED | By: */s/ David M. Barkan*<br>David M. Barkan<br>barkan@fr.com<br>Attorneys for Defendants<br>AUTEL US INC. and AUTEL INTELLIGENT TECHNOLOGY CORP., LTD. |

## SIGNATURE CERTIFICATION

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: January 16, 2024

MORRISON & FOERSTER LLP

By: */s/ Kenneth A. Kuwayti*
　　Kenneth A. Kuwayti

Attorneys for Plaintiffs
MITCHELL REPAIR INFORMATION COMPANY, LLC and SNAP-ON INCORPORATED