UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>AUTEL US INC., et al.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:21-cv-01339-CAB-BGS<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL**<br><br>[Doc. No. 81] |

　　　　Defendants Autel, US Inc. and Autel Intelligent Technology Corp., Ltd. ("Defendants" or "Autel") have moved to seal portions of their forthcoming opposition to Plaintiff's filed contempt motion. [Doc. No. 81.]

　　　　"Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597-98 (1978); *see Valley Broad. Co. v. U.S. Dist. Ct. for Dist. of Nevada*, 798 F.2d 1289, 1294 (9th Cir. 1996) (noting considerations that weigh against disclosure include "the likelihood of an improper use, including . . . trade secret materials; infringement of fair trial rights of the defendants or third persons; and residual privacy rights") (citation and internal quotation marks omitted).

The materials that Defendants seek sealed include documents/communications relating to a confidential settlement agreement and confidential forensic investigations (as specifically identified by Defendants in their motion). Numerous courts have found such materials sealable. *See, e.g., Johnson v. Barber & Assocs. LLC*, No. 3:24-CV-00214-SLG, 2025 WL 417786, at *4 (D. Alaska Feb. 6, 2025) (recognizing well-established policy of protecting confidential materials).

Having reviewed the identified documents and the accompanying declaration, the Court finds that Defendants have sufficiently shown that good cause and compelling reasons exist to justify sealing. The Court notes that the documents are being filed under seal to resolve a dispute related to the permanent injunction filed in this case. [Doc. No. 64.] The Court grants Defendants' motion to file under seal in its entirety.

It is **SO ORDERED**.

Dated: August 15, 2025

Hon. Cathy Ann Bencivengo
United States District Judge