UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>AUTEL US INC., et al.,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:21-cv-01339-CAB-BGS<br><br>**ORDER SCHEDULING HEARING AND ORDERING SUPPLEMENTAL SUBMISSIONS** |

　　　The Court sets the contempt hearing for **Friday, December 19 1:30 - 4:00 pm PT in Courtroom 15A**.  Each side may make a brief opening to frame their respective arguments.  Each side will then have 45 minutes for the examination of witnesses, each of which will only be called once.

　　　Further, to assist the Court's preparation, each party is directed to submit a succinct statement of the case by **Monday, December 15**.  This statement is limited to five pages or less and may not include any exhibits or additional references.  Plaintiff is directed to identify from the previously filed submissions each specific alleged violation of the injunction at issue and the relief sought.  Defendant is directed to summarize its response to those alleged violations and the requested relief.

　　　It is **SO ORDERED**.

Dated:  December 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge