# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Mitchell Repair Information Company, LLC, et al. v. Autel US Inc., et al.**   Case Number: **21-cv-01339-CAB-BGS**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape:  N/A

To further assist the Court's review and the narrowing of issues in dispute, Autel's request to file the previously ordered statement by Wednesday, December 17, 2025 is GRANTED.

Date:  December 8, 2025    Initials:  MS